UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

BEAR WARRIORS UNITED,
INC., a Florida Not for Profit Corporation,

      Plaintiff,

v.                                   **CASE NO.: 6:22-CV-02048**

SHAWN HAMILTON, in his Official Capacity
as Secretary of the FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

      Defendant.

_____

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW the undersigned counsel and withdraws his appearance on behalf of Plaintiff, Bear Warriors United, Inc. Lesley Blackner has entered her appearance for Plaintiff on this 7th day of November and will be lead counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

*/s/ Ralph A. DeMeo*
RALPH A. DEMEO
FBN 0471763
ralph@guildaylaw.com
Elizabeth M. van den Berg

>FBN 087744
>elizabeth@guildaylaw.com
>Macie J.H. Codina
>FBN 1039207
>macie@guildaylaw.com
>Secondary Email Addresses:
>christineb@guildaylaw.com
>GUILDAY LAW, P.A.
>1983 Centre Pointe Blvd. S-200
>Tallahassee, Florida 32308
>Telephone: (850) 224-7091
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that on the 7th day of November, 2022, a true and correct copy of the foregoing has been served through the ECFCM system to all counsel of record.

/s/ Ralph A. DeMeo