Notice of Proposed Rule

**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
RULE NO.:  RULE TITLE:
62-6.001    General
PURPOSE AND EFFECT: The Department of Environmental Protection is revising Rule 62-6.001 F.A.C., to comply with requirements of the Clean Waterways Act, Chapter 2020-150, Laws of Florida.
SUMMARY: Proposed revisions to Rule 62-6.001, F.A.C., incorporate statutory changes that authorize the Department to consider the requirements of onsite sewage treatment and disposal system remediation plans adopted pursuant to s. 403.067(7)(a)9.b. F.S., for permitting onsite sewage treatment and disposal systems.
The 2020 Clean Waterways Act (2020-150, Laws of Florida) transferred the Onsite Sewage Program from the Department of Health (DOH) to the Department of Environmental Protection (Department). Pursuant to Section 381.0065(4)(e), F.S., the act requires the Department to "adopt rules relating to the location of onsite sewage treatment and disposal systems . . . ." The rules must ". . . consider . . . onsite sewage treatment and disposal system remediation plans developed pursuant to s. 403.067(7)(a)9.b, F.S . . . ." This amendment incorporates the requirements of basin management action plans to upgrade existing onsite sewage treatment and disposal systems and provide better treatment for new systems in the areas covered by the plans.
SUMMARY OF STATEMENT OF ESTIMATED REGULATORY COSTS AND LEGISLATIVE RATIFICATION:
The Agency has determined that this will have an adverse impact on small business or likely increase directly or indirectly regulatory costs in excess of $200,000 in the aggregate within one year after the implementation of the rule. A SERC has been prepared by the Agency.
The Agency has determined that the proposed rule is expected to require legislative ratification based on the statement of estimated regulatory costs or if no SERC is required, the information expressly relied upon and described herein: The estimated regulatory cost is $57 million over a period of five years. The proposed rule amendment will implement onsite sewage treatment and disposal system remediation plans after they have become effective. Some of these plans are still under development, and exact dates, costs and implementation dates are not known. For estimation purposes the department relied on the existing requirements of onsite sewage treatment and disposal system remediation plans for impaired Outstanding Florida Springs. These require, within so-called priority focus areas of some springs, an upgrade to a nutrient-reducing technologies when the onsite system must be repaired or modified. The estimate assumed only 1,882 systems will be upgraded every year (in springs areas). This is potentially a lower estimate of costs, given that additional areas will require onsite sewage treatment and disposal system remediation plans within the next 5-year period.
Based on currently known data, over five years 9,408 onsite sewage treatment and disposal systems are estimated to be impacted by the proposed rule. The total costs for the first year are estimated to be $10,655,236. Most of this are one-time costs for permitting and construction of the nutrient reducing systems ($9,882,400). The estimated 5-year total is more than five times the first-year amount, due to the increasing number of OSTDS that require operation and maintenance. The estimate for the total regulatory cost is $56,838,918 for five years following ratification.
Any person who wishes to provide information regarding a statement of estimated regulatory costs, or provide a proposal for a lower cost regulatory alternative must do so in writing within 21 days of this notice.
RULEMAKING AUTHORITY: 381.0065(3)(a), (4)(e), 489.553(3), 489.557(1) F.S.
LAW IMPLEMENTED: 381.0065, 381.0067, 386.041, 489.553 F.S.
IF REQUESTED WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, A HEARING WILL BE SCHEDULED AND ANNOUNCED IN THE FAR.
Pursuant to the provisions of the Americans with Disabilities Act, any person requiring special accommodations to participate in this workshop/meeting is asked to advise the agency at least 5 days before the workshop/meeting by contacting: Eberhard Roeder, Division of Water Resource Management, MS 3596, 2600 Blair Stone Road, Tallahassee, Florida 32399-2400, (850)245-8402 or by email at Eb.Roeder@FloridaDEP.gov. If you are hearing or speech impaired, please contact the agency using the Florida Relay Service, 1(800)955-8771 (TDD) or 1(800)955-8770 (Voice).
THE PERSON TO BE CONTACTED REGARDING THE PROPOSED RULE IS: Eberhard Roeder

THE FULL TEXT OF THE PROPOSED RULE IS:

**62-6.001 General.**

(1) through (3) No change.

(4) Except as provided for in Section 381.00655, F.S., any existing and prior approved system which has been placed into use and which remains in satisfactory operating condition shall remain valid for use under the terms of the rule and permit under which it was approved. Alterations that change the conditions under which the system was permitted and approved, sewage characteristics or increase sewage flow will require that the owner, or their authorized representative, apply for and receive reapproval of the system by the Department, prior to any alteration of the structure, or system. If an applicant requests that the Department consider the previous structure's or establishment's most recent approved occupancy, the applicant must provide written documentation that the onsite sewage treatment and disposal system was approved by the Department for that previous occupancy.

(a) An applicant will be required to complete an application Form DEP 4015, 08/09, Application for Construction Permit, herein incorporated by reference, and provide a site plan in accordance with rule 62-6.004 paragraph 62-6.004(3)(a), F.A.C., to provide information of the site conditions under which the system is currently in use and conditions under which it will be used.

(b) The applicant shall have all system tanks pumped by a permitted septage disposal service. A registered septic tank contractor, state-licensed plumber, person certified under Section 381.0101, F.S., or master septic tank contractor shall determine the tank volume and shall perform a visual inspection of the tank when the tank is empty to detect any observable defects or leaks in the tank. The tank volume shall be obtained from the tank legend or shall be calculated from measured internal tank dimensions for length, width and depth to the liquid level line or from the measured outside dimensions for length and width minus the wall thickness and depth to the liquid level line. For odd shaped tanks and tanks without a legend, metered water flows from the refilling of the tank may be used in lieu of measured inside or outside tank dimensions. The person performing the inspection shall submit the results to the Department as part of the application in accordance with rule 62-6.004, F.A.C. using of Form DEP 4015.

(c) through (i) No change.

(5) through (6) No change.

(7) Where the Department has adopted a basin management action plan for nutrient total maximum daily loads that includes an onsite sewage treatment and disposal system remediation plan, pursuant to applicable Florida law, the following requirements apply:

(a) Onsite sewage treatment and disposal system permits must incorporate the applicable remediation plan requirements or the requirements of this chapter, whichever are more stringent. The remediation plan requirements of the onsite sewage treatment and disposal system and requirements of this chapter, whichever are more stringent, are projected to not cause or contribute to the exceedance of the nutrient total maximum daily load established as of the date of the permit application.

(b) The permit application must identify the lot as being subject to a basin management action plan, onsite sewage treatment and disposal system remediation plan. Unless otherwise specified in the remediation plan, a lot is subject to these requirements when the boundary of a delineated area for an onsite sewage treatment and disposal system remediation plan encompasses or intersects the lot, or if the remediation plan otherwise identifies the lot as subject to its requirements. The permit application must specifically identify additional stringent requirements of an onsite sewage treatment and disposal system remediation plan and how the more stringent requirements will be met.

(c) If the onsite sewage treatment and disposal system remediation plan has provisions that exempt or otherwise allow for relief from total compliance with the remediation plan requirements, the permit applicant must provide documentation affirmatively demonstrating that the thresholds for the exemption or other relief are met.

(8)(7) All materials incorporated herein may be obtained from the Department of Environmental Protection, Onsite Sewage Program at www.floridadep.gov or 2600 Blair Stone Road, MS 3596, Tallahassee, Florida 32399-2400.

*Rulemaking Authority 381.0065(3)(a), 381.0065(4)(e), 489.553(3), 489.557(1) FS. Law Implemented 381.0065, 381.0067, 386.041, 489.553 FS. History–New 12-22-82, Amended 2-5-85, Formerly 10D-6.41, Amended 3-17-92, 1-*

*3-95, 5-14-96, 2-13-97, Formerly 10D-6.041, Amended 11-19-97, 2-3-98, 3-22-00, 9-5-00, 5-24-04, 11-26-06, 6-25-09, 4-28-10, 7-16-13, Formerly 64E-6.001, Amended         .*

NAME OF PERSON ORIGINATING PROPOSED RULE: Eberhard Roeder
NAME OF AGENCY HEAD WHO APPROVED THE PROPOSED RULE: Shawn Hamilton
DATE PROPOSED RULE APPROVED BY AGENCY HEAD: March 10, 2022
DATE NOTICE OF PROPOSED RULE DEVELOPMENT PUBLISHED IN FAR: December 20, 2021