**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

_____

BEAR WARRIORS UNITED,
INC., a Florida Not for Profit Corporation,

                Plaintiff,

        v.                                  **CASE NO.: 6:22-cv-02048**

SHAWN HAMILTON, in his Official Capacity
as Secretary of the FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

                Defendant.

_____

## SECOND AMENDED COMPLAINT AND DEMAND FOR INJUNCTIVE RELIEF AND DECLARATORY JUDGMENT

Plaintiff, BEAR WARRIORS UNITED, INC., by and through its undersigned counsel, hereby files this action against Defendant, SHAWN HAMILTON, in his Official Capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, and alleges as follows:

### NATURE OF THE ACTION

1.    This Complaint by Bear Warriors United, Inc. ("Bear Warriors") seeks to compel the Defendant, Shawn Hamilton, in his official capacity as Secretary of the Florida Department of Environmental Protection ("DEP"), to cease violating the

Endangered Species Act, 16 U.S.C. §§1531-1544, ("ESA") with respect to manatees that occupy and travel through that portion of the northern Indian River Lagoon ("North IRL") which stretches from Turnbull Creek to the Melbourne Causeway. This section of the IRL was designated by DEP as the North Indian River Lagoon in its February 2021 North Indian River Lagoon Basin Action Management Plan. Manatees are protected as a "threatened" species under the ESA. 50 C.F.R. § 17.11. Through a broad grant of statutory authority set forth in Chapter 403, Florida Statutes, DEP regulates, permits, and authorizes sewage disposal via septic tanks and wastewater treatment plant infrastructure, which includes the thousands of miles of pipes, lift stations, and the plant itself (this entire sewage treatment infrastructure is hereinafter "wastewater plant") within the North IRL watershed. The regulatory regime administered by DEP has caused and continues to cause the lagoon's eutrophication and hyper-eutrophication, which in turn causes the obliteration of seagrass and other microalgae food sources manatees require for survival. Manatee starvation and death from lack of food is a direct result of DEP's regulatory regime for sewage, and violates the ESA.

2. This action is a citizen suit seeking declaratory and injunctive relief to protect manatees that occupy and migrate through the North IRL. DEP has known for decades that the septic tanks and wastewater plants it authorizes release human nitrogen into the North IRL, thereby causing the lagoon's eutrophication and present

2

hyper-eutrophication. Nonetheless, DEP's regulatory regime continues to allow such septic tanks and wastewater plants to release nitrogen into the North IRL. DEP thus authorizes the destruction of the lagoon's ability to sustain seagrass and other macroalgae which are essential food sources for the manatees' survival.

3.    DEP's regulatory regime for septic tanks and wastewater plants directly results in the ongoing unlawful "take" of manatees, in violation of section 9 of the ESA, and is subject to injunction by this Court. 16 U.S.C. §1538(a)(1)(B); 16 U.S.C. §1540(g).

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over the claims set forth in this Complaint under 16 U.S.C. § 1540(c), (g), the Federal Declaratory Judgment Act, 28 U.S.C §2201, et seq., and 28 U.S.C. § 2202. More specifically, Congress, through the ESA, expressly provides that "any person may commence a civil suit on his own behalf" to "enjoin any person, including the United States and any other governmental instrumentality or agency (to the extent permitted by the Eleventh Amendment to the Constitution), who is alleged to be in violation of any provision of this chapter or regulation issued under the authority thereof..." 16 U.S.C. §1540(g)(1).

5.    Venue in this District is proper under 28 U.S.C. § 1391(b)(2) and 16 U.S.C. § 1540(g)(3)(A) because DEP's actions giving rise to this suit occurred and continue to occur in this federal judicial district. Furthermore, the ESA specifically

states that the "district courts shall have jurisdiction, without regard to the amount in controversy or the citizenship of the parties, to enforce any such provision or regulation…" 16 U.S.C. § 1504(g)(1)(C).

6.    Section 11(g) of the ESA, 16 U.S.C. §1540(g), requires that anyone contemplating a suit to enforce the ESA must provide the prospective defendant with a Notice of Intent to sue at least 60 days before a complaint may be filed.  Plaintiff gave DEP its notice on November 17, 2021.  A true and correct copy of such Notice is attached hereto as Exhibit "A."  Proof of Notice to DEP and the Secretary of Interior was sent by USPS certified mail and is attached hereto as Exhibit "B."

## PARTIES

7.    Bear Warriors is a Florida not for profit corporation established in 2016. Bear Warriors advocates for respect and protection of Florida wildlife, including the iconic manatee.  One of Bear Warriors' signature campaigns is the promotion of peaceful coexistence of humans and wildlife.  Manatees are very important to Bear Warriors and its membership.  As the three attached exhibits demonstrate, Bear Warriors' members have decades-long relationships of appreciation, awe, and compassion for manatees in the North IRL and throughout Florida. Bear Warriors and its members are specifically interested in the conservation, recreation opportunities, aesthetic value, observation, enjoyment, preservation, protection, and recovery of the manatee population in the North IRL.  Some members of Bear

Warriors operate eco-tourism businesses and therefore have a direct economic interest in the wellbeing of manatees in the North IRL. These interests have been, and will continue to be, directly injured by the violations of law alleged herein.

8.    Bear Warriors Executive Director Katrina Shadix's affidavit is attached hereto as Exhibit "C."  Manatees are a special focus for Ms. Shadix and many of Bear Warriors' supporters because manatees are a beloved iconic Florida native species.  Ms. Shadix is a lifelong Floridian who has been enamored with manatees since childhood.  She has specifically and repeatedly traveled to many Florida waterways to see manatees.  Growing up in central Florida, Ms. Shadix has been to the IRL countless times over the decades and has always found special joy in watching manatees in the lagoon.  The ecological collapse of the North IRL has hurt her deeply–she remembers the fields of seagrass that carpeted the lagoon in prior decades and the marvelous marine life that called it home.  She is horrified by the painful starvation and deaths of manatees in the lagoon and has campaigned the Florida Fish and Wildlife Conservation Commission ("FWC") and other relevant governmental actors to implement a feeding program supplemented with natural forage in an attempt to prevent manatee starvation.  Ms. Shadix's affidavit sets forth her efforts to protect manatees from starvation.

9.    Bear Warriors supporter and member Laurilee Thompson has lived her entire life in Titusville, enjoying the IRL and, for many years, making her living

fishing on the lagoon. Ms. Thompson remembers a pristine lagoon carpeted with seagrass from her childhood in the fifties and sixties. During her childhood, the North IRL was a wonderland for all manner of marine life, including fat, contented manatees, which she has always loved. The lagoon began declining in the 1970s and its decline continued during the ensuing decades, in large part because of sewage pollution. Over the past decade or so the North IRL has ecologically collapsed and has become a dead zone. Ms. Thompson feels an intimate connection with manatees that has been with her through her entire lifetime and she is horrified and absolutely heartbroken over their starvation, death, and suffering due to this collapse. Ms. Thompson's affidavit is attached hereto as Exhibit "D."

10.    Bear Warriors' supporter and member Gregory Lee Roy Pflug has owned and operated Adventures in Florida, a kayaking tour company, since 1995. Mr. Pflug's affidavit, attached hereto as Exhibit "E", documents the thousands of encounters he has had with manatees in the IRL and other Florida waters over the decades. He notes the fact that the most popular kayaking tour he offers is to see manatees. He is depressed and devastated over the lagoon's collapse, together with the extirpation of manatees and other marine life in the northern lagoon.

11.    Plaintiff's members derive economic, scientific, recreational, and aesthetic benefit from the existence of manatees. DEP's actions create an actual, imminent, and ongoing injury to Plaintiff members' opportunities to observe, study,

contemplate, and enjoy manatees that both migrate through and reside full time in the North IRL. The injury to Plaintiff members resulting from the death of hundreds of manatees is directly traceable to DEP's failure to adequately regulate septic tanks and wastewater plants. An award in favor of the manatees and Plaintiffs will likely revive the IRL and prevent further unlawful "takings" by the DEP; therefore redressing the injury to Plaintiffs. Bear Warriors brings this suit under § 11 of the ESA, the citizen suit provision, 16 U.S.C. § 1540(g).

12.    Shawn Hamilton is the Secretary of DEP. In this position, Mr. Hamilton has direct enforcement authority to regulate and control septic tanks and wastewater plants in the State of Florida, pursuant to Florida Statutes Chapter 403.  Section 9 of the ESA prohibits any "person" from "taking" any member of an endangered or threatened species.  16 U.S.C. §1538(a)(1); *see also* 50 C.F.R. §§ 17.21, 17.31.  The term "person" includes any "officer, employee, agent, department, or instrumentality of … any officer, employee, agent, department, or instrumentality of… any State." 16 U.S.C. § 1532(13).  Accordingly, Shawn Hamilton, in his official capacity as Secretary of DEP, is a "person" covered by the ESA. Plaintiff sues Shawn Hamilton in his official capacity only and he shall hereinafter be referred to as "DEP."

## STATEMENT OF THE CASE

13.    Congress enacted the ESA to ensure that "the ecosystems upon which endangered and threatened species depend may be conserved, [and] to provide a

program for the conservation of such endangered species and threatened species."
16 U.S.C. § 1531. The ESA defines "conservation" to mean the use of "all methods
and procedures which are necessary to bring any endangered species or threatened
species to the point at which the measures provided [by the ESA] are no longer
necessary." *See id.* § 1532(3). The ESA reflects "an explicit congressional decision
to afford first priority to the declared national policy of saving endangered species."
*Tenn. Valley Auth. v. Hill,* 437 U.S. 153, 185 (1978).

14.    In enacting the ESA, Congress declared that the purpose of the Act is
to provide a means to conserve the ecosystems upon which endangered and
threatened species rely, and to provide a program for the conservation of such
endangered and threatened species. 16 U.S.C. § 1531(b).

15.    The term "take" includes "every conceivable way" in which anyone
could harm or kill species listed under the ESA. S. Rep. No. 307, 93rd Cong., 1st
Sess., reprinted in 1973 U.S.C.C.A.N. 2989, 2995. Accordingly, the ESA defines
"take" broadly to mean any actions that "harass, harm, pursue, hunt, shoot, wound,
kill, trap, capture, or collect, or attempt to engage in any such conduct." 16 U.S.C §
1532(19).

16.    The term "harm" refers to an act which kills or injures wildlife,
including an act which causes significant habitat modification or degradation which

kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering.  50 C.F.R. § 17.3.

## The Manatee

17.   The manatee is a federally listed threatened species, and therefore subject to full protection under the ESA.  16 U.S.C §1538(a); 50 C.F.R. § 17.11. Some manatees occupy the entire North IRL year-round, while others migrate to the North IRL during the winter, drawn by the warm water refuge created by a power plant operated by Florida Power and Light ("FPL") on the lagoon.

18.   For the past several years, manatees have been suffering, starving, and dying in the North IRL as a direct result of the lagoon's eutrophication, which substantially results from DEP's regulation, permitting, and authorization of sewage disposal via septic tanks and wastewater plants located in the North IRL watershed. This harm and death suffered by manatees in the North IRL as a result of DEP's regulatory actions have been, are, and will continue to constitute unlawful violations of the ESA.

19.   Manatees "are herbivores that feed opportunistically on a wide variety of submerged, floating, and emergent vegetation."   U.S. FISH AND WILDLIFE SERVICE, FLORIDA MANATEE RECOVERY PLAN 21 (2001) ("Recovery Plan"). The Recovery Plan is attached hereto as Exhibit "F."  The average adult manatee weighs

about 2,200 pounds, but can weigh as much as nearly 4,000 pounds, and consumes between 4% and 15% of its weight in aquatic plants daily. *Id.* at 2; *See also* Allen Aarin Conrad, et al., *Evidence of a Dietary Shift by the Florida Manatee (Trichechus manatus latirostris) in the Indian River Lagoon Inferred from Stomach Content Analysis*, 268 ESTUARINE, COASTAL AND SHELF SCIENCE 107788 (May 5, 2022), attached hereto as Exhibit "G."

20.    According to DEP, the IRL was once "one of the most biodiverse estuaries in North America."  FL. ST. PARKS, ECOLOGY OF THE INDIAN RIVER LAGOON, https://www.floridastateparks.org/learn/ecology-indian-river-lagoon (last visited Nov. 2, 2022). The entire lagoon is designated as an "Outstanding Florida Water" and an "Estuary of National Significance."  Historically, the North IRL was blanketed with seagrass meadows.  The entire IRL is designated as manatee "critical habitat" under the ESA.  50 C.F.R § 17.95.  The Recovery Plan recognizes the North IRL as "the most important spring habitat on the East Coast of Florida[.]" Exhibit "F" at 18.

21.    Until 2010, seagrass had been the manatees' primary food in the IRL. *See* Exhibit "F" at 21, 96; *See also* Exhibit "G."  As eutrophication of the IRL has intensified, seagrass has disappeared from the North IRL, and the manatees' diet has shifted to macroalgae. *See id.* ("The results of our study confirm that IRL manatees

experienced a dietary shift from primarily consuming seagrasses to mainly feeding on algae…").

22.    Over the past decade, the North IRL has reached an ecological tipping point and is now classified as hyper-eutrophic.  This "new normal" of hyper-eutrophication is recognized by federal, state, and local regulators tasked with conserving and protecting the IRL:

> **RESPONDING TO A TIPPING POINT:** The IRL experienced a dramatic shift from a system where benthic aquatic vegetation was expanding to one dominated by planktonic microalgae following an unprecedented algal bloom in 2011 (now referred to as the "2011 super bloom"). The post-2011 IRL is characterized by intense, recurring, and long-lasting algal blooms; widespread loss of seagrasses; and episodic wildlife mortality events. Ongoing blooms of picocyanobacteria, nonplanktonic chlorophyte, and the brown tide species that plagued Texas, *Aureoumbra lagunensis*, now appear to be the "new normal" for the central and northern IRL. This shift emphasizes the need for improved scientific understanding of nutrient loads, nutrient cycling, and tipping points for the IRL. (Page 15 of 233.)

INDIAN RIVER LAGOON NATIONAL ESTUARY PROGRAM, INDIAN RIVER LAGOON COMPREHENSIVE CONSERVATION AND MANAGEMENT PLAN – LOOKING AHEAD TO 2030 (2019).    HTTPS://ONELAGOON.ORG/WP-CONTENT/UPLOADS/IRLNEP_CCMP-LOOKING-AHEAD-TO-2030_EBOOK.PDF

23.     This "new normal" means that not only is there no seagrass to sustain manatees, but even macroalgae is frequently absent for the manatees to eat.  This leads to manatee starvation in the North IRL.  *Id.*

24.     Manatee starvation in the North IRL is a direct result of the lagoon's present hyper-eutrophication.  Manatee deaths in the IRL reached a catastrophic level during the winter of 2020-2021, leading to a federal declaration of an "Unusual Mortality Event" ("UME") pursuant to the Marine Mammal Protection Act, 16 U.S.C. § 1421(b), in March 2021.  The National Oceanic and Atmospheric Administration ("NOAA") states that the cause of this UME is: "Malnutrition secondary to ecological factors (e.g., change in forage)."  NOAA FISHERIES, ACTIVE AND CLOSED UNUSUAL MORTALITY EVENTS (Last updated July 26, 2022). https://www.fisheries.noaa.gov/national/marine-life-distress/active-and-closed-unusual-mortality-events#active-umes.  FWC, the Florida agency charged with state protection of the manatee, agrees that a lack of seagrass in the IRL is the principal cause of manatee starvation:

> Environmental conditions in portions of the Indian River Lagoon remain a concern. Researchers have attributed this UME to starvation due to the lack of seagrasses in the Indian River Lagoon. In recent years, poor water quality in the Lagoon has led to harmful algal blooms and widespread seagrass loss.

FL. FISH AND WILDLIFE CONSERVATION COMM'N, MANATEE MORTALITY EVENT ALONG THE EAST COAST: 2020-2022. https://myfwc.com/research/manatee/rescue-mortality-

response/ume/.  A USFWS Biological Opinion dated July 23, 2021 states that many Manatees in the North IRL have died from starvation "likely associated with loss of a foraging habitat." *See* Exhibit "H."

25.    FWC annually publishes "Manatee Mortalities Statistics" documenting dead manatees by county.   FL. FISH AND WILDLIFE CONSERVATION COMM'N, MARINE MAMMAL PATHOBIOLOGY LABORATORY, PRELIMINARY 2022 MANATEE MORTALITY TABLE BY COUNTY (last updated Oct. 28, 2022).  This report is based on FWC staff encounters with dead manatees and likely underreports the actual number of dead manatees in any given year, particularly when there are large numbers of dead manatees.  FWC does not provide a classification for death by starvation. Nonetheless, a review of this government report sets forth that, in 2020, there were approximately 173 documented manatee mortalities in Brevard County out of a total statewide mortality count of 637.  In 2021, there were 358 documented manatee mortalities in Brevard County out of statewide mortality total of 1,101.  This report sets forth that through September 16, 2022, the manatee mortality count for Brevard County accounted for 338 out of the statewide mortality total of 717.  The manatee mortalities in Brevard County occurred in the Indian River Lagoon system.

26.    FWC maintains records in connection with individual dead manatees. FWC officers compile a Report of a Dead Manatee ("report") when responding to a call reporting a dead manatee.  Bear Warriors has obtained a sample of these reports.

Between March and July 2021, at least 26 reports for dead manatees in the North IRL detail specific indicators of emaciation and starvation, including "chronic emaciation," "empty GI tract," "peanut shaped head," "depleted fat," "markedly thin," "scant fat," "no reproductive fat," "emaciated," "visible rib outlines," and "findings consistent with UME." These 26 reports are attached as Exhibit "I." These reports likely understate the absolute number of manatees harmed and killed during these months due to an absence of food in the North IRL. First, because the reports are complaint driven, it is very unlikely that FWC located every dead manatee. Moreover, there are many reports from that period in which the manatee carcass was too decomposed to allow for a determination of the manatee's condition at the time of death and/or "probable cause of death." Further, the attached reports do not include dead manatees who did not die in the North IRL, but were nonetheless severely impacted by an absence of forage during their winter stay at the warm water refuge at the FPL power plant or during their migration through the North IRL to other waters.

### A Primary Cause of Seagrass Destruction in the North IRL is Nitrogen Enrichment from Human Sewage.

27.     The IRL is a shallow estuary where salt water from the Atlantic Ocean mixes with freshwater. Like all estuaries, the IRL is highly sensitive to inputs of nitrogen, which is frequently introduced into the IRL through sewage. Nitrogen

enrichment of the lagoon leads to harmful algae blooms which prevent sunlight from
penetrating down to the lagoon bed, thereby destroying seagrass beds.  Numerous
peer-reviewed academic studies detail how wastewater induced eutrophication has
destroyed the IRL's water quality and seagrass:  1) nitrogen in human wastewater
leaches, and in some cases, is directly introduced as raw sewage, into the North IRL
from septic tanks and wastewater plants, 2) thereby causing nitrogen enrichment of
the lagoon, 3) which in turn causes harmful algae blooms, 4) which in turn destroy
water quality and block sunlight from reaching seagrass, thereby destroying
seagrass.  Such studies include, but are not limited to:

> The most significant ecosystem shifts in the IRL over the past
> three decades of rapid urbanization include increased occurrence
> of HABs [harmful algae blooms], both macroalgal and
> phytoplankton, and catastrophic losses in seagrass cover, which
> were all supported by elevated nutrient concentrations.
> Historically, macroalgae were a small component of IRL
> seagrass communities; however, since the early 2000s, their
> abundance has increased to surpass seagrass biomass.  In 2009,
> IRL, seagrass abundance temporarily peaked, but beginning in
> 2011 unprecedented phytoplankton blooms reduced light
> availability and increased hypoxia, resulting in a 95% loss of
> seagrass cover by 2017 within the northern and central segments
> of the IRL (Volusia, Brevard, and Indian River counties).
> Beginning in late 2020, record setting mass mortalities of the
> threatened Florida manatee (*Trichechus manatus)* occurred in the
> IRL and were attributed to starvation following the loss of their
> primary food source, seagrasses.  (Citations omitted.)

L.W. Herren et al., *Septic Systems Drive Nutrient Enrichment of Groundwaters and Eutrophication in the Urbanized Indian River Lagoon, Florida*, 172 MARINE POLLUTION BULLETIN 112928 (November 2021), attached hereto as Exhibit "J."

28.     Another study found that between 2011 and 2017, catastrophic seagrass collapse in the IRL exceeding 95% occurred as a result of wastewater driven harmful algae blooms.  Brian Lapointe et al., *Nutrient Over-Enrichment and Light Limitation of Seagrass Communities in the Indian River Lagoon, an Urbanized Subtropical Estuary*, 699 SCIENCE OF THE TOTAL ENVIRONMENT 134068 (January 10, 2020) attached hereto as Exhibit "K." Further, scientific studies also conclude that there is a direct connection between the introduction of excess nitrogen through wastewater discharge and the urbanization of the IRL which has caused the eutrophication of the IRL and resulting loss of seagrasses and biodiversity. Peter J. Barile, *Widespread Sewage Pollution of the Indian River Lagoon System, Florida (USA) Resolved by Spatial Analysis of Macroalgal Biochemistry*, 128 MARINE POLLUTION BULLETIN 128 (2018) (attached hereto as Exhibit "L"); Lori J. Morris et al., *Diversity and Distribution of Seagrasses as Related to Salinity, Temperature, and Availability of Light in the Indian River Lagoon, Florida*, 84 FLORIDA SCIENTIST 2 (2021) (attached hereto as Exhibit "M"); Brian E. Lapointe et al., *Evidence of Sewage-Driven Eutrophication and Harmful Algal Blooms in Florida's Indian River Lagoon*, 42 HARMFUL ALGAE 82 (2015) (attached hereto as Exhibit "N").

16

29.    A primary source of nitrogen enrichment in the North IRL is human
sewage, delivered via septic tanks and wastewater plants.  Human sewage includes
urine and feces, both of which contain nitrogen. Urine contains 90% of the human
body's expelled nitrogen, totaling about 12.5 pounds of nitrogen annually per capita.
Thus, a typical household of 2.5 persons annually generates approximately 31
pounds of nitrogen.  Helvi Heinonen-Tanski & Christine Sijbesma, *Human Excreta
for Plant Production*, BIORESOURCE TECHNOLOGY (2003), attached herein as Exhibit
"O."

30.    Septic systems work by allowing wastewater to flow into a septic tank
where feces sink to the bottom of the tank and materials that float form a "sludge"
layer on top of the tank.  These two layers are separated by water.  The "treated"
wastewater is then allowed to flow to a drain field where the wastewater percolates
into the groundwater.  Traditional septic systems are not designed for nitrogen
removal.  Estimates of nitrogen removal within the drain field soil system range from
0% to 40%.  Nitrogen is released from the septic tank into the ground, where it enters
groundwater, and some portion is subsequently transported into the lagoon.

**DEP's Regulation of Sewage/Wastewater in the North IRL.**

31.    Over thirty years ago, the Florida Legislature enacted the Indian River
Lagoon System and Basin Act of 1990 ("IRL Act"), in recognition that sewage
discharges into the IRL from *both* septic tanks and wastewater treatment plants have

destroyed the lagoon's water quality.   Ch. 90-262, at 1890, Laws of Fla. The preamble to the IRL Act provides, in relevant part:

> WHEREAS, studies related to developing the Indian River Lagoon SWIM Plan have established that the physical and ecological characteristics of the system, in combination with threats posed by storm water discharges and urbanization within the drainage basin, make the Indian River Lagoon System unsuitable for future disposal of sewage effluent even if advanced waste treatment is provided, and

> WHEREAS, restoration of the Indian River Lagoon System cannot be accomplished without achieving reductions in nutrient loadings from existing sewage treatment facilities, and

> ….

> WHEREAS, package sewage treatment plants and improper use of septic tanks in certain areas pose a continuing threat to the water quality of the Indian River Lagoon System … *Id.*

32.    The IRL Act required the St. Johns River Water Management District and the South Florida Water Management District to "identify areas where improper septic tank use poses a threat to the Indian River Lagoon System." *Id.* §4 at 1891. While the Act required the creation of maps, it did not prohibit installation of septic tanks in the IRL watershed.  According to DEP's February 2021 Indian River Lagoon Basin North Indian River Lagoon Basin Management Action Plan, there are 16,171 septic tanks operating in the North IRL watershed. FLA. DEP'T OF ENVTL. PROT., DIV. OF ENVTL. ASSESSMENT AND RESTORATION, INDIAN RIVER LAGOON BASIN NORTH INDIAN RIVER LAGOON BASIN MANAGEMENT ACTION PLAN (2021).

Septic tanks continue to be permitted in the North IRL watershed to this day.  Upon information and belief, approximately 1,400 septic tanks were permitted in this watershed in 2021.

33.    Further, the IRL Act banned direct sewage discharges into the IRL after July 1, 1995, apart from the following authorizations:

> 1.  The permit applicant conclusively demonstrates that no other practical alternative exists and that the discharge will be treated to advanced treatment levels or higher;
>
> 2.   The applicant conclusively demonstrates that the discharge will not cause or contribute to water quality violations and will not hinder efforts to restore water quality in the Indian River Lagoon System; or
>
> 3.    The discharge is an intermittent surface water discharge occurring during wet weather conditions, subject to the requirements of applicable DEP rules. Ch. 90-262, §2 at 1891, Laws of Fla.

34.    Direct discharges of sewage into the North IRL continue from point sources, including septic tanks and wastewater plants. Upon information and belief, there are ten wastewater treatment plants within three miles of the North IRL, most of which are permitted to discharge directly into the IRL. The two main wastewater plants at issue are the Brevard County South Beach plant and Titusville plant. These wastewater plants are extremely outdated, underfunded, operate out of capacity, and directly discharge into the North IRL during large rain events.

35.    Upon information and belief, in excess of 20,000,000 gallons of sewage have been discharged from wastewater plants into the North IRL between 2020 and the present time.    An admitted minimum of 7,200,000 gallons of untreated wastewater was released into the North IRL in October 2022 when Hurricane Ian hit. Per DEP's Guidelines for Characterizing Wastewater Violations (attached hereto as Exhibit "P"), unauthorized discharges by wastewater plants are considered "Major" violations because the discharges "actually results in pollution in a manner that represents a substantial threat to human health or the environment." See Exhibit "P" at p. 5. DEP's consistent failure to penalize wastewater plants for unauthorized discharges of untreated sewage contributes to the hyper eutrophication of the North IRL. This failure obviates any incentive to modernize wastewater plants. By failing to require plants to be prepared for strong storms and penalize plants for unlawful behavior, DEP has enabled plants to fail.

36.    Despite adoption of the IRL Act in 1990, the North IRL is now hyper-eutrophic and largely devoid of aquatic vegetation, particularly seagrass.  The State of Florida acknowledges the destructive impact septic tank effluent has on water quality, as demonstrated by the March 22, 2017 Florida Senate Bill 982 Analysis and Fiscal Impact Statement ("Fiscal Impact Statement") (attached hereto as Exhibit "Q"), prepared in connection with a fiscal appropriation for IRL cleanup. The statement provides, in relevant part that "studies have indicated that nitrogen inputs

20

from septic systems in the IRL basin are a major source of nutrients that drive harmful algae blooms." *See* Exhibit "Q" at p. 2. Similarly, the Blue-Green Algae Task Force, appointed by Governor DeSantis, issued a Consensus Document on October 11, 2019, which acknowledges the destructive impact of septic tank effluent and sewage plant overflows on water quality, providing, in relevant part:

### Human Waste-Onsite Sewage and Disposal Systems

> The task force recognizes that conventional onsite sewage treatment and disposal systems, i.e., septic systems, were designed to manage human health risks associated with the introduction of pathogens to the environment…. However, septic systems are also a well-known and substantial source of nutrients to groundwater and surface waters across the state. There are, in fact, more than 2.5 million septic systems in Florida that treat approximately one-third of the wastewater generated in the state. The nutrients in the effluent from these systems contributes to the development and maintenance of harmful blue-green algae blooms.

### Human Waste—Sanitary Sewer Overflows

> Sanitary sewer overflows (SSOs) are both a direct human health concern and a source of localized nutrient pollution. SSOs can, in fact, result in significant downstream environmental impacts including harmful algal blooms.

BLUE-GREEN ALGAE TASK FORCE, BLUE-GREEN ALGAE TASK FORCE CONSENSUS DOCUMENT #1 (October 11, 2019) (attached hereto as Exhibit "R").

37.    Presently, DEP regulates sewage and wastewater through Chapter 403, Florida Statutes:

> pollution of the air and waters of this state
> constitutes a menace to public health and welfare;
> creates public nuisances; is harmful to wildlife and
> fish and other aquatic life; and impairs domestic,
> agricultural, industrial, recreational, and other
> beneficial uses of air and water" and that the
> "public policy of this state to conserve the waters
> of the state and to protect, maintain, and improve
> the quality thereof for public water supplies, for
> the propagation of wildlife and fish and other
> aquatic life, and for domestic, agricultural,
> industrial, recreational, and other beneficial uses
> and to provide that no wastes be discharged into
> any waters of the state without first being given the
> degree of treatment necessary to protect the
> beneficial uses of such water. § 403.021, Fla. Stat.

Throughout Chapter 403, Florida Statutes, DEP is given "the power and the duty to control and prohibit pollution of air and water," §403.061, Fla. Stat. as well as the responsibility to "issue such orders as are necessary to effectuate the control of air and water pollution," §403.061(8), Fla. Stat.

38.    DEP assumed regulatory control over septic tanks from the Florida Department of Health ("FDOH") in 2021.  More specifically, DEP is responsible for implementing the septic tank program in compliance with Florida Statues, regulations, rules, agency policies, and professional best practices and "has the power and duty to control and prohibit pollution of air and water in accordance with the law and rules adopted and promulgated." See, INTERAGENCY AGREEMENT BETWEEN FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION AND FLORIDA

DEPARTMENT OF HEALTH IN COMPLIANCE WITH FLORIDA'S CLEAN WATERWAYS ACT FOR TRANSFER OF THE ONSITE SEWAGE PROGRAM, pages 3, 11-13, June 30, 2021, attached hereto as Exhibit "S." While FDOH, acting through local county health departments, continues the role of permitting, inspecting, data management, and tracking of septic tanks, FDOH is now subject to the supervision of DEP via Florida's Clean Waterways Act of 2020. *See* Exhibit "S".

39.    DEP is authorized to "issue such orders as are necessary to effectuate the control of air and water pollution," §403.061(8), Fla. Stat. as well as "adopt rules relating to the location of onsite sewage treatment and disposal systems ("septic tanks"), including establishing setback distances, to prevent groundwater contamination and surface water contamination and to preserve the public health." §381.0065(4)(e), Fla. Stat.    Further examples of DEP's regulatory control over septic tanks and wastewater plants include, but are not limited to:

> 1) DEP shall ensure that septic tanks "function in a sanitary manner, do not create sanitary nuisances or health hazards and do not endanger the safety of any domestic water supply, groundwater or surface water." Fla. Admin. Code R. 62-6.005; § 381.0065(3)(a), Fla. Stat.
>
> 3)  DEP shall "Establish a permit system whereby a permit may be required for the operation, construction, or expansion of any installation that may be a source of air or water pollution and provide for the

issuance and revocation of such permits and for the posting of an appropriate bond to operate." Section 403.061(15), Fla. Stat.

4)  DEP shall ensure that "in no event shall a permit for a water pollution source be issued for a term of more than 10 years..." Section 403.087, Fla. Stat.  DEP regulatory standards also require permits to be revoked when septic tanks are deemed a sanitary nuisance, are out of compliance, are operating illegally, or are currently in the re-permitting process.

5) DEP shall ensure that "sewage waste and effluent from onsite sewage treatment and disposal systems must not be discharged onto the ground surface or directly or indirectly discharged into ditches, drainage structures, ground waters, surface waters, or aquifers."  Fla. Admin. Code R. 62-6.005; § 381.0065(3)(a), Fla. Stat.

6)  DEP has a duty to "[d]etermine the source of the pollution whenever a study is made or a sample collected which proves to be below the air or water quality standard set for air or water." §403.061(12)(b), Fla. Stat.

7) DEP has the authority to enforce penalties on wastewater plants for unauthorized discharges by imposing fines and revoking permits through § 403.860, § 403.876, and § 403.861, Fla. Stat.

8) DEP has the ability to "institute a civil action in a court of competent jurisdiction to seek injunctive relief to enforce compliance with this chapter or any rule, regulation, permit certification, or order; to enjoin any violation specified in s. 403.161(1); and to seek injunctive relief to prevent irreparable injury to the air, waters, and property, including animal, plant, and aquatic life, of the state and to protect human health, safety, and welfare caused or threatened by any violation." § 403.131, Fla. Stat.

As a direct and proximate result of the DEP's failure to enforce all of the above laws and regulations, DEP has caused a "taking" of manatees in the North IRL within the meaning of Section 9 of ESA.

40.    Pursuant to its regulatory control over water quality, DEP promulgates Basin Management Acton Plans ("BMAP") which lay the framework for water quality restoration and include local and state commitments to reduce pollutant loading. According to DEP, "BMAPs contain a comprehensive set of solutions, such as permit limits on wastewater facilities, urban and agricultural best management practices, and conservation programs designed to achieve pollutant reductions established by a total maximum daily load (TMDL)."FLA. DEP'T OF ENVTL. PROT., DIV. OF ENVTL. ASSESSMENT AND RESTORATION, BASIN MANAGEMENT ACTION

PLANS,          https://floridadep.gov/dear/water-quality-restoration/content/basin-management-action-plans-bmaps.

41.    The first restoration targets for TMDLs were adopted in March 2009 for the North IRL. The first North IRL BMAP was adopted in 2013 specifically to implement total nitrogen and phosphorus TMDLs. Although DEP has been creating lists of solutions to restore the North IRL, nitrogen and phosphorus discharge levels have not met the corresponding TMDLs targets. Since the creation of the 2013 North IRL BMAP, the total nitrogen reduction is merely 18% closer to reaching the TMDL target. In fact, according to the current North IRL BMAP, the total nitrogen levels still need to be reduced 57.9% and the total phosphorus levels still need to be reduced 50.1% on average in order to reach the target TMDLs.    In February 2021, DEP revised the North Indian River Lagoon Basin Management Action Plan to extend nutrient reduction goal compliance out to 2035. FLA. DEP'T OF ENVTL. PROT., DIV. OF ENVTL. ASSESSMENT AND RESTORATION, INDIAN RIVER LAGOON BASIN NORTH INDIAN RIVER LAGOON BASIN MANAGEMENT ACTION PLAN (2021). By setting inadequate TMDLs, permitting wastewater plants to discharge excessive amounts of nitrogen and phosphorus into surface waters, and by failing to reprimand wastewater treatment plants discharging in excess of their TMDL allotments, DEP violates the ESA.

## COUNT I

## VIOLATION OF THE ENDANGERED SPECIES ACT

42.    Plaintiff hereby re-alleges, as if fully set forth herein, each and every allegation contained in paragraphs 1 through 38 above.

43.    The ESA applies to DEP through Secretary Hamilton because it covers all "persons," which is defined to include any "officer, employee, agent, department, or instrumentality of *** any State."  16 U.S.C. § 1532(13).

44.    The ESA forbids the "take" of a protected species, defining "take" to mean any actions that "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to engage in any such conduct."  *Id.*  § 1532(19).  The term "harm…means an act which actually kills or injures wildlife. Such act may include significant habitat modification or degradation where it actually kills or injures wildlife by significantly impairing essential behavioral patterns, including breeding, feeding or sheltering." 50 C.F.R. § 17.3.  The term "harass…means an intentional or negligent act or omission which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns, including breeding, feeding, or sheltering."   50 C.F.R. § 17.3.

45.    DEP's continuing authorization of septic tank and wastewater plants to discharge nitrogen into the North IRL is causing the "take" of manatees in the North IRL, in violation of the ESA.

46.    The ESA's prohibitions contemplate both the actions of individuals who directly take a species and those of a third party authorized by a governmental agency to engage in activity resulting in a taking.  *See* 16 U.S.C. § 1538(g)  ("It is unlawful for any person *** to attempt to commit, solicit to commit, or cause to be committed, any offense" prohibited by the ESA.).

47.    DEP is violating the ESA by effectively authorizing third parties to operate septic tanks and wastewater plants that discharge nitrogen into the North IRL, which takes manatees by harassing, harming, and killing them.

48.    The starvation, impaired health, and deaths of manatees in the North IRL's resulting from human waste driven hyper-eutrophication continues.  DEP's authorization of wastewater discharges and failure to enforce its own laws and regulations has created an ongoing emergency that creates a catastrophic harm for manatees in the North IRL.  DEP's ongoing authorization of septic tanks and wastewater treatment plants that leach and load nitrogen into the North IRL will:

a)   Adversely impact manatee feeding.

b)  Adversely impact manatee health.

c)  Cause manatee starvation, suffering and death.

d)  Cause the extirpation of manatees in the North IRL.

e)  Cause the degradation of manatee habitat.

f)  Hinder the recovery of manatees.

28

49.     The wastewater treatment plant and septic tank authorizations by DEP constitute an unlawful "taking" of manatees pursuant to 16 U.S.C. §1538(a)(1)(B).

50.     The actions of DEP do not fall within the exemptions to 16 U.S.C. §1538, in that DEP does not have an "incidental take" permit issued pursuant to 16 U.S.C. §1539.

51.     Plaintiff's interests are being irreparably injured and Plaintiff has no remedy at law.

WHEREFORE, based on the foregoing and pursuant to 16 U.S.C. §§1531-1544, Bear Warriors demands judgment against DEP for violating the ESA.

## COUNT II

## DECLARATORY JUDGMENT ACT

50.     Plaintiff Bear Warriors hereby re-alleges, as if fully set forth herein, each and every allegation contained in paragraphs 1 through 38 above.

51.     28 U.S.C. §2201 provides:

i.  In a case of actual controversy within its jurisdiction…any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

52.     Bear Warriors, on behalf of its members, and DEP have a present actual controversy within the jurisdiction of this Court. A declaratory judgment will be effective in settling this controversy.

53.     The present dispute between Bear Warriors and DEP as to DEP's continuing authorization of septic tank and wastewater plant nitrogen discharges into the North IRL despite the resulting harm to manatees constitutes irreparable harm to manatees in the North IRL, and is in violation of provisions §§1531-1544 of the Endangered Species Act, as alleged in this Complaint, and thus constitutes an unlawful "taking" of manatees pursuant to 16 U.S.C. §1538(a)(1)(B).

WHEREFORE, based on the foregoing and pursuant to 28 U.S.C. § 2201, Bear Warriors demands judgment declaring that DEP violated the ESA.

## Prayer for Relief

WHEREFORE, Plaintiff requests that the Court:

1.     Issue an Order that manatee starvation, death, suffering, and ill health are a consequence of the destruction of manatee habitat and food sources DEP's continuing authorization of septic tanks and wastewater plants that release nitrogen into the North IRL;

2.     Issue an Order that the regulatory conduct by DEP constitutes an unlawful "taking" of a threatened species in violation of 16 U.S.C. § 1538(a)(1)(B);

3.      Issue an Order that DEP has violated and is continuing to violate the ESA in connection with its authorization of septic tanks and wastewater plants that discharge nitrogen and sewage into the North IRL;

4.      Issue an Order requiring DEP to cease its authorization of the discharge of nitrogen from septic tanks and wastewater plants into the North IRL;

5.      Issue an Order requiring DEP to provide medical monitoring and veterinarian care together with proper nutritional forage to all manatees in the North IRL until such time as sufficient seagrass that will permanently sustain manatees returns to the North IRL;

6.      Declare that DEP has "incidentally taken" manatees in the North IRL within the meaning of the ESA and require DEP to apply for an incidental take permit;

7.      Issue an Order requiring DEP to ensure that septic tanks that are old, faulty, or out-of-compliance do not continue to pollute the North IRL;

8.      Award Plaintiff its reasonable attorneys' fees and costs, including expert witness fees, incurred in pursuing this case; and

9.      Grant such other relief as the Court deems appropriate.

DATED:  March 21, 2023.


RESPECTFULLY SUBMITTED,


*/s/ Lesley Blackner*

Lesley Blackner • FBN 065043
lesleyblackner@gmail.com
300 S. Duval Street #505
Tallahassee, FL  32301
Telephone: (561)-818-6621
*Counsel for Plaintiff*

And

*/S/ Ralph A. DeMeo*

RALPH A. DEMEO • FBN 0471763
ralph@guildaylaw.com
Elizabeth M. van den Berg • FBN 087744
elizabeth@guildaylaw.com
Macie J.H. Codina • FBN 1039207
macie@guildaylaw.com
Secondary Email Addresses:
christineb@guildaylaw.com
GUILDAY LAW, P.A.
1983 Centre Pointe Blvd. S-200
Tallahassee, Florida 32308
Telephone: (850) 224-7091
*Counsel for Plaintiff*

## <u>CERTIFICATE OF FILING</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served to all counsel of record via the CM/ECF system on this 21st day of March,

2023.

/s/ Ralph A. DeMeo

RALPH A. DEMEO