UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BEAR WARRIORS UNITED, INC.,

Plaintiff,

v. Case No: 6:22-cv-2048-CEM-LHP

SHAWN HAMILTON,

Defendant

---

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 74)** |
| **FILED:** | **December 4, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 75)** |
| **FILED:** | **December 4, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

**MOTION: UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 76)**

**FILED: December 4, 2023**

---

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Susann Bradford, Esq., Jessica Blome, Esq., and Brian E. Colton, Esq. may specially appear in this case as counsel for Plaintiff. Attorneys Bradford, Blome, and Colton shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Bradford, Blome, and Colton. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on December 6, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties