# Exhibit 16



# WEBINAR HOUSEKEEPING

## Attendee Participation

Open your control panel.

Join audio:
- Choose Computer Audio **or**
- Choose Phone Call and dial using the information provided with your registration

Attendee audio will automatically be muted.

Submit questions and comments via the **Questions** panel.

If viewing this webinar as a group, please provide a list of attendees via the **Questions** panel.

**Note:** Today's presentation is being recorded and will be provided on the file transfer protocol (FTP) site after the webinar.



000524



# INDIAN RIVER LAGOON (IRL) BASIN MANAGEMENT ACTION PLANS (BMAPS) ANNUAL MEETING

**Diana Turner**
Division of Environmental Assessment and Restoration
Florida Department of Environmental Protection

GoToWebinar | April 25th, 2024

Photo Credit: SJRWMD

000525

# INDIAN RIVER LAGOON BMAPS ANNUAL MEETING





Source: SJRWMD

## Agenda

- Background.
- St. Johns River Water Management District (SJRWMD) Updates.
- Statewide Annual Report (STAR).
- Annual Progress.
- Upcoming BMAP Update.
- Florida Department of Agriculture and Consumer Services (DACS) Updates.

000526



# INDIAN RIVER LAGOON BMAPS
## BACKGROUND





- 2021 IRL BMAPs Updates:
  - Wastewater limits implemented.
  - Allocations developed for all three BMAPs.
  - Milestones established.
  - Monitoring network solidified.

000527



# INDIAN RIVER LAGOON BMAPS
## BACKGROUND

## Seagrass Deep Edge Assessment Data Collection – Aerial Surveys

- Conducted in seasonal window:
  - Spring – early summer.
  - About every two years.
- Aerial imagery is used to create a complete map of seagrass in the lagoon.
- Ground truthing of photographs.
  - Field Sampling Transects:
    - During aerial surveys.
    - Additional independent collection in season and off season.



Source: SJRWMD

000528

# INDIAN RIVER LAGOON BMAPS
## BACKGROUND



## Seagrass Deep Edge Assessment Total Maximum Daily Load (TMDL) Targets



Source: SJRWMD

- Depth targets based on coverage from:



- Focus on 90% of the seagrass recovery estimate
- 2-step evaluation process
  - If the project zone is compliant with both steps, the project zone is achieving the TMDL depth target

Climate Data:
https://origin.cpc.ncep.noaa.gov/products/analysis_monitoring/ensostuff/ONI_v5.php

000529



# STORYMAP
## INDIAN RIVER LAGOON BMAPS



## Introduction

**Welcome to the Central Indian River Lagoon Basin Management Action Plan (BMAP) Story Map**

A Basin Management Action Plan (BMAP) is a framework for water quality restoration, containing local and state commitments to reduce pollutant loading through current and future projects and strategies. BMAPs contain a comprehensive set of solutions, such as permit limits on wastewater facilities, urban and agricultural best management practices, and conservation programs designed to achieve pollutant reduction established by a Total Maximum Daily Load (TMDL).

These broad-based plans are developed with local stakeholders and rely on local input and commitment for development and successful implementation. BMAPs are adopted by DEP Secretarial Order and are legally enforceable.

This Story Map reflects the status of BMAP projects most recently published in the Statewide Annual Report (**STAR**). Please use the tabs above to navigate through this Story Map and learn more about the Central Indian River Lagoon BMAP.

000530

# Indian River Lagoon Water Quality Resources

Stacy Cecil and Lauren Hall
Bureau of Environmental Sciences



**St. Johns River**
**Water Management District**

000531

# Continuous Monitoring





[https://secure.sjrwmd.com/aqportal](https://secure.sjrwmd.com/aqportal)


**St. Johns River**
Water Management District

000532

















**St. Johns River**
Water Management District

000533



Ocean
>35 ppt

*Halodule wrightii* seagrass stress < 18

St. Johns River
Water Management District

000534













St. Johns River
Water Management District

000538





| Station | Chlorophyll-a concentrations (ug/L) | Subbasin |
|---------|-------------------------------------|----------|
| Vero | 5.9 | Central IRL |
| Melbourne | 5.9 | Central IRL |
| Cocoa | 6.4 | North IRL |
| Titusville | 6.4 | North IRL |
| Banana | 7.3 | Banana River |
| Mosquito (South) | 2.5 | Mosquito Lagoon |



**St. Johns River**
Water Management District

000539



# Where are the other water quality data?

- Dataset from ~1980
- Special projects
- Ambient monitoring
- Many, many parameters
- Also submitted to the Florida Department of Environmental Protection and the US Geological Survey

http://webapub.sjrwmd.com/agws10/edqt/

**St. Johns River**
Water Management District

000540



# Where are the other water quality data?

- Dataset from ~1980
- Special projects
- Ambient monitoring
- Many, many parameters
- Also submitted to the Florida Department of Environmental Protection and the US Geological Survey

http://webapub.sjrwmd.com/agws10/edqt/

**St. Johns River**
Water Management District

000541

# Status and Trends Report

- General snapshot of water quality via interactive map application

- Trend based on 15 years of data
  - Non-parametric Mann-Kendall
    - Trend strength

- Status based on 5 years of data
  - Median of annual median values

- Looks at 14 parameters from nutrients to water temperature



https://floridaswater.maps.arcgis.com/apps/MapSeries/index.html?appid=b6fa8a5115bc4c0f871e1a43cc331f97



**St. Johns River**
Water Management District

000542

# Status and Trends Report

- General snapshot of water quality via interactive map application

- Trend based on 15 years of data
  - Non-parametric Mann-Kendall
    - Trend strength

- Status based on 5 years of data
  - Median of annual median values

- Looks at 14 parameters from nutrients to water temperature



https://floridaswater.maps.arcgis.com/apps/MapSeries/index.html?appid=b6fa8a5115bc4c0f871e1a43cc331f97



**St. Johns River**
Water Management District

000543

# Seagrass Data



- 1943 and 1986–2021
  o 2023 is in prep
  o [IRL Wetlands Seagrass (Indian River Lagoon) | St. Johns River Water Management District (SJRWMD) Geospatial Open Data (arcgis.com)](#)

- Many other GIS layers
  o [St. Johns River Water Management District (SJRWMD) Geospatial Open Data (arcgis.com)](#)



**St. Johns River**
Water Management District

000544

# Seagrass Extent







St. Johns River
Water Management District

000545

# Seagrass Extent







000546

# Seagrass Extent by Sublagoon









**000547**

# Mean Seagrass Cover by Sublagoon



000548

# Questions?







000549



# STAR
## STATEWIDE ANNUAL REPORT



- Report will be published by July 1, 2024, with reporting through Dec. 31, 2023.
- Summarizes accomplishments in the BMAPs statewide.
- Reports on restoration projects and management strategies.
- Data download available.

https://floridadep.gov/STAR

000550



# STAR
## BMAP PORTAL FOR PROJECT COLLECTION

- Be sure to let your BMAP coordinator know if changes in access to your projects in the portal are needed.





# STAR
## *PRELIMINARY 2023 STATUS OF PROJECTS

# North IRL (NIRL)

| Lead Entity | Completed | Ongoing | Planned | Underway | Total |
|---|---|---|---|---|---|
| Brevard County | 99 | 14 | 18 | 2 | 133 |
| City of Cocoa | 21 | 3 | 1 | 3 | 28 |
| City of Edgewater | 0 | 1 | 0 | 0 | 1 |
| City of Melbourne | 23 | 2 | 4 | 8 | 37 |
| City of Rockledge | 32 | 2 | 4 | 2 | 40 |
| City of Titusville | 31 | 4 | 7 | 3 | 45 |
| FDACS | 0 | 4 | 0 | 0 | 4 |
| FDOT District 5 | 20 | 4 | 0 | 2 | 26 |
| Kennedy Space Center | 18 | 0 | 0 | 2 | 20 |
| SJRWMD | 1 | 0 | 0 | 0 | 1 |
| Town of Indialantic | 4 | 1 | 0 | 0 | 5 |
| Town of Palm Shores | 1 | 1 | 0 | 0 | 2 |
| Volusia County | 0 | 4 | 1 | 2 | 7 |
| **Total** | **250** | **40** | **35** | **24** | **349** |

000552



# STAR
## *PRELIMINARY 2023 STATUS OF PROJECTS

# North IRL (NIRL)







# STAR
## *PRELIMINARY 2023 STATUS OF PROJECTS

# Banana River (BRL)

| Lead Entity | Completed | Ongoing | Planned | Underway | Total |
|---|---|---|---|---|---|
| Brevard County | 44 | 9 | 11 | 2 | 66 |
| Cape Canaveral Space Force Station | 9 | 2 | 0 | 2 | 13 |
| City of Cape Canaveral | 29 | 4 | 4 | 1 | 38 |
| City of Cocoa Beach | 35 | 3 | 3 | 1 | 42 |
| City of Indian Harbour Beach | 19 | 3 | 5 | 5 | 32 |
| City of Satellite Beach | 45 | 2 | 11 | 2 | 60 |
| FDACS | 2 | 2 | 0 | 0 | 4 |
| FDOT District 5 | 5 | 4 | 0 | 0 | 9 |
| Kennedy Space Center | 27 | 0 | 0 | 2 | 29 |
| Patrick Space Force Base | 18 | 3 | 1 | 4 | 26 |
| **Total** | **233** | **32** | **35** | **19** | **319** |

000554



# STAR
## *PRELIMINARY 2023 STATUS OF PROJECTS

# Banana River (BRL)





000555



**STAR**
**\*PRELIMINARY 2023 STATUS OF PROJECTS**

# Central IRL (CIRL)

| Lead Entity | Completed | Ongoing | Planned | Underway | Total |
|---|---|---|---|---|---|
| Brevard County | 31 | 6 | 1 | 5 | 43 |
| City of Fellsmere | 8 | 1 | 8 | 2 | 19 |
| City of Fort Pierce | 0 | 2 | 0 | 0 | 2 |
| City of Melbourne | 5 | 2 | 3 | 6 | 16 |
| City of Palm Bay | 32 | 3 | 4 | 1 | 40 |
| City of Sebastian | 15 | 2 | 0 | 0 | 17 |
| City of Vero Beach | 17 | 3 | 1 | 3 | 24 |
| City of West Melbourne | 24 | 2 | 0 | 3 | 29 |
| FDACS | 4 | 4 | 0 | 0 | 8 |
| FDOT District 4 | 38 | 6 | 0 | 0 | 44 |
| FDOT District 5 | 11 | 3 | 0 | 0 | 14 |
| Fellsmere WCD | 5 | 4 | 1 | 1 | 11 |
| Fort Pierce Farms WCD | 2 | 4 | 0 | 2 | 8 |
| Indian River County | 14 | 5 | 6 | 7 | 32 |
| Indian River Farms WCD | 1 | 4 | 0 | 0 | 5 |



# Central IRL (CIRL)

| | | | | | |
|---|---|---|---|---|---|
| Melbourne Tillman WCD | 17 | 3 | 0 | 1 | 21 |
| North St. Lucie River WCD | 2 | 3 | 0 | 2 | 7 |
| Sebastian River Improvement District | 0 | 4 | 3 | 1 | 8 |
| SJRWMD | 8 | 0 | 3 | 2 | 13 |
| St. Lucie County | 7 | 2 | 2 | 3 | 14 |
| St. Lucie Village | 1 | 1 | 1 | 0 | 3 |
| Town of Indialantic | 1 | 3 | 1 | 1 | 6 |
| Town of Indian River Shores | 2 | 3 | 0 | 0 | 5 |
| Town of Malabar | 2 | 2 | 0 | 1 | 5 |
| Town of Melbourne Beach | 52 | 0 | 1 | 2 | 55 |
| Town of Melbourne Village | 3 | 1 | 0 | 0 | 4 |
| Town of Orchid | 0 | 1 | 0 | 0 | 1 |
| Turnpike Enterprise | 0 | 2 | 0 | 0 | 2 |
| Vero Lakes WCD | 0 | 3 | 0 | 1 | 4 |
| Town of Grant-Valkaria | 2 | 0 | 0 | 0 | 2 |
| **Total** | **304** | **79** | **35** | **44** | **462** |

000557



# STAR
## *PRELIMINARY 2023 STATUS OF PROJECTS

# Central IRL (CIRL)





# UPCOMING BMAP UPDATE
## COMPONENTS



- Spatial Watershed Iterative Loading (SWIL) model update.
- Entity allocation updates.
- Establish entity milestones.
- Incorporate additional projects.
- Incorporate Clean Waterways Act Requirements
- Incorporate HB 1379 requirements.
- Develop a hot spot analysis.
- Seagrass evaluation.
- Additional water quality analyses.
- Evaluate any needed updates to the monitoring network.
- Evaluate wastewater effluent limits.



Sources: SJRWMD & SFWMD

000559



# UPCOMING BMAP UPDATE
## ENTITY MILESTONES

# North IRL (NIRL)





000560



# UPCOMING BMAP UPDATE
## ENTITY MILESTONES

# Banana River (BRL)







# UPCOMING BMAP UPDATE
## ENTITY MILESTONES

# Central IRL (CIRL)







# HOTSPOT ANALYSIS DEVLOPMENT
## OVERVIEW

**Purpose:**

- To highlight areas where more investigation is needed.

- To find more specific areas to focus restoration activities.

- To highlight areas where projects might have stronger results.

**Analysis is NOT to determine BMAP or TMDL compliance.**

**Analysis:**

- Analysis uses stations with two to five years of data.

- Analysis uses four statistical components to determine an overall index ranking.

- Analysis does not itself identify sources, rather identifies areas that warrant additional investigation.

000563



# HOTSPOT ANALYSIS DEVLOPMENT
## COMPONENTS OF THE HOTSPOT INDEX

**These four statistics calculated for the BMAP overall and used to compare against each station average:**

- TN or TP concentration average.

- TN or TP 90th percentile.

- TN or TP Standard Deviation (SD).

- TN or TP Percent Frequency of Samples over BMAP Threshold.

**BMAP Threshold:**

- Numeric Nutrient Criteria for Southern IRL area
  - TN – 0.72 mg/L.
  - TP – 0.07 mg/L.

000564



# HOTSPOT ANALYSIS DEVLOPMENT
## INDEX RANKING APPROACH

### Station Concentration Average Rank

Compare to BMAP Threshold and overall BMAP average.

**Rank 0**: Station average below BMAP threshold.

**Rank 1**: Station average above threshold but below BMAP average.

**Rank 2**: Station average 2x above BMAP average.

### Percentiles Rank

Compare to BMAP Threshold and 90th percentile for the whole BMAP.

**Rank 0**: Station average below BMAP threshold.

**Rank 1**: Station average above threshold but below 90th percentile.

**Rank 2**: Station average above 90th percentile.

### Standard Deviation (SD) Rank

Compare to overall BMAP SD.

**Rank 0**: Station average below BMAP average + 0.5 SD.

**Rank 1**: Station average at or above average + 0.5 SD but less than BMAP average + 1 SD.

**Rank 2**: Station average at or above BMAP average + 1 SD.

### Frequency Rank

Compare to BMAP Threshold.

**Rank 0**: Station percent exceedance below 5% of samples.

**Rank 1**: Station exceedances between 5% and 49% of samples.

**Rank 2**: Station exceedances over 50% of samples.

000565



# HOTSPOT ANALYSIS DEVLOPMENT
## FINAL OVERALL RANK

**Average Rank**
**+**
**Percentile Rank**
**+**
**SD Rank**
**+**
**Frequency Rank**

**=**

**Total Index Rank**

Rank 0 = Least Concern
Rank 8 = High Concern

000566

# HOTSPOT ANALYSIS RESULTS EXAMPLE
## RESULTS







# UPCOMING SCHEDULE





**Feb. 2024** — Draft wastewater and OSTDS plans due from stakeholders.

**Feb.- Dec. 2024** — Stakeholder meetings/technical analyses/draft document.

Final wastewater and OSTDS plans due from stakeholders. — **Aug. 1, 2024**

**Dec. 2024** — Final Draft BMAP documents.

SWIL update completed. — **Fall 2024**

Statutory deadline for updated nutrient BMAPs. — **July 1, 2025**

000568

# *Indian River Lagoon BMAP Annual Meeting*

**April 25, 2024**

Yesenia Escribano

Florida Department of Agriculture and Consumer Services

Office of Agricultural Water Policy



**Florida Department of Agriculture and Consumer Services**

000569

# Overview

- Office of Agricultural Water Policy (OAWP) Staff and Responsibilities

- Agricultural Best Management Practices (BMP)

- BMP Manual Update

- Enrollments within the Indian River Lagoon Basin

  - Unenrolled Agricultural Lands Classification

- Mail Out Efforts

- BMP Implementation Verification (IVs)

- BMP Enrollment Viewer Web App

- Legislative Report



**Florida Department of Agriculture and Consumer Services**

000570

# **Office of Agricultural Water Policy (OAWP)**

- **West Gregory;** Director West.Gregory@FDACS.gov

- **J.P. Fraites;** Asst. Director John.Fraites@FDACS.gov

- **Bret Prater;** Asst. Director Bret.Prater@FDACS.gov

- **Angela Chelette;** Chief of Policy Planning and Coordination
  Angela.Chelette@FDACS.gov

- **Steve Smith;** Chief of Field Services Steve.Smith@FDACS.gov



**Florida Department of Agriculture and Consumer Services**

000571

# OAWP Staff

- **Yesenia Escribano;** Environmental Administrator - BMAPs
  Yesenia.Escribano@fdacs.gov

- **Raulie Raulerson;** Environmental Administrator - Field Services
  Raulie.Raulerson@fdacs.gov

- **Stacey Simmons;** Environmental Manager - Field Services
  Stacey.Simmons@fdacs.gov



**Florida Department of Agriculture and Consumer Services**

000572

# OAWP Responsibilities

- **Section 403.067, F.S.**

  - Outlines coordination with FDACS on the development of TMDLs and BMAPs

  - Provides for development and adoption of Best Management Practices (BMPs) by FDACS as a tool to meet agricultural pollutant load allocations in BMAPs

- **Section 373.469, F.S.**

  - Requires coordination with FDACS to identify and prioritize strategies to achieve water quality standards in the IRL watershed



**Florida Department of Agriculture and Consumer Services**

000573

# OAWP Responsibilities



Development and implementation of agricultural best management practices (BMPs)

Implementation of cost share programs

Water supply and water quality planning and coordination

Scientific and technical research

Other policy development and statutory responsibilities

Binding determinations



# Benefits of Agricultural Best Management Practices

Management strategies, tools and practices that improve water quality, conserve water, and protect water resources (Efficiency)

Best available science and technology

Technical and economic feasibility (Manual)

Balance productivity with water quality improvement

Proper implementation confirmed through implementation verification (IV) site visits



**Florida Department of Agriculture and Consumer Services**

000575

# BMP Manuals

    

    



**Florida Department of Agriculture and Consumer Services**

000576

# Update BMP Manuals: Status

**Best Management Practices (BMPs)**
The producer agrees to perform the following items either checked as "In Use" or "Planned:

| Nutrient Management | | | Yes | No | - |
|---|---|---|---|---|---|
| Do you apply nutrients or plan to apply nutrients in any form on the operation associated with this NOI? | | | In Use | Planned | N/A |
| **1.1** | **Right Source** | | | | |
| | 1 | If using commercial fertilizer (including Class AA biosolids), identify and document the nitrogen (N), phosphorus (P), and potassium (K) concentrations using the guaranteed analysis or product label information prior to application. | | | |
| | 2 | If using manures, poultry litter, compost, or other sources, determine and document the N, P, and K concentrations of those materials prior to application. Acceptable alternatives to laboratory analysis include supplier analysis, NRCS guidelines or values established in scientific literature. | | | |
| | 3 | If using Class A or Class B biosolids, account for the nutrient concentrations and follow the requirements of the FDEP permit. | | | |
| **1.2** | **Right Rate** | | | | |



Florida Cattle Operations
2024 Edition

Water Quality and Water Quantity Best Management Practices

FDACS-P 01330

# Producer Options in BMAP Areas

1. Sign a Notice of Intent (NOI) and properly implement applicable BMPs for presumption of compliance, <u>OR</u>

2. Follow an FDEP or WMD-prescribed water quality monitoring plan at a producer's expense



**Florida Department of Agriculture and Consumer Services**

000578

# Enrollments within the Indian River Lagoon BMAP

| BMAP | Project Zone | Total Ag Acres | Enrolled Ag Acres | % Enrolled | Irrigated Acres | Enrolled Irrigated Acres | % Enrolled Irrigated |
|------|------|------|------|------|------|------|------|
| Banana | - | 75 | 0.05 | 0% | 0.05 | 0.05 | 100% |
| Central | A | 9,898 | 382 | 4% | 181 | 33 | 18% |
| Central | B | 16,138 | 1,778 | 11% | 1,667 | 454 | 27% |
| Central | SEB | 33,464 | 10,277 | 31% | 5,274 | 3,274 | 62% |
| Central | SIRL | 12,664 | 2,650 | 21% | 2,512 | 1,503 | 60% |
| North | A | 5,383 | 385 | 7% | 265 | 112 | 42% |
| North | B | 1,412 | 228 | 16% | 91 | 15 | 16% |



BMP enrollment as of Dec 31, 2023, and the 10th Florida Statewide Agricultural Irrigation Demand (FSAID) Geodatabase

000579

# Agricultural Lands within Banana BMAP

| BMAP Non-Agricultural Acres | BMAP Agricultural Acres | Enrolled Agricultural Acres | Unenrolled - Unlikely Enrollable Acres * | Unenrolled - Potentially Enrollable Acres |
|---|---|---|---|---|
| 97,854 | 75 | 0 | 32 | 43 |



*This value includes acreages within state-owned properties and/or surface water project areas

# Unenrolled - Unlikely Enrollable Acres within Banana BMAP

| Category | Acres |
|---|---|
| **State Lands, Surface Water Projects** | 0 |
| | |
| **Timberland and Aquaculture**\*\* | 0 |
| **Not Agriculture**<br>[e.g., DOR Use Code 70-99 (industrial or institutional use, acreage not zoned agricultural)] | 25 |
| **Not Enrollable**<br>[e.g., missing parcel information, no overlap, conflicting parcel info, slivers] | 7 |



**Unenrolled - Unlikely Enrollable Acres =  32**

*\*\* May be eligible to be enrolled under the FDACS Florida Forest Service's Silviculture BMP Manual or the FDACS Division of  Aquaculture's Aquaculture BMP manual.*

**Florida Department of Agriculture and Consumer Services**

000581

# Potentially Enrollable Parcels & Agricultural Acres within Banana IRL BMAP



**Unenrolled - Potentially Enrollable Acres = 43 (42.57)**



**Florida Department of Agriculture and Consumer Services**

000582

# Agricultural Acres Enrolled within Central IRL BMAP

| BMP Manual | Acres |
|---|---|
| Citrus | 2,620 |
| Cow/Calf | 10,305 |
| Dairy | 0 |
| Equine | 21 |
| Fruit & Nut | 0 |
| LOPP | 0 |
| Multiple Commodities | 1,211 |
| Nursery | 153 |
| Poultry | 0 |
| Row/Field Crop | 777 |
| Sod | 0 |
| Wildlife | 0 |
| **Total** | **15,087** |



**Florida Department of Agriculture and Consumer Services**

000583

# Agricultural Lands within Central IRL BMAP

| BMAP Non-Agricultural Acres | BMAP Agricultural Acres | Enrolled Agricultural Acres | Unenrolled - Unlikely Enrollable Acres * | Unenrolled - Potentially Enrollable Acres |
|---|---|---|---|---|
| 283,258 | 72,166 | 15,087 | 15,403 | 41,677 |



*This value includes acreages within state-owned properties and/or surface water project areas

**Florida Department of Agriculture and Consumer Services**

000584

# Unenrolled - Unlikely Enrollable Acres
# within Central IRL BMAP

| Category | Acres |
|---|---|
| **State Lands, Surface Water Projects** | 3,956 |
|  |  |
| **Timberland and Aquaculture**\*\* | 138 |
| **Not Agriculture**<br>[e.g., DOR Use Code 70-99 (industrial or institutional use, acreage not zoned agricultural)] | 8,840 |
| **Not Enrollable**<br>[e.g., missing parcel information, no overlap, conflicting parcel info, slivers] | 2,469 |



**Timber and Aquaculture 1%**
**State Lands 26%**
**Not Enrollable 16%**
**Not Ag 57%**

**Unenrolled - Unlikely Enrollable Acres = 15,403**

*\*\* May be eligible to be enrolled under the FDACS Florida Forest Service's Silviculture BMP Manual or the FDACS Division of Aquaculture's Aquaculture BMP manual.*

**Florida Department of Agriculture and Consumer Services**

000585

# Potentially Enrollable Parcels & Agricultural Acres within Central IRL BMAP



**Unenrolled - Potentially Enrollable Acres = 41,677**



**Florida Department of Agriculture and Consumer Services**

000586

# Agricultural Acres Enrolled within North IRL BMAP

| BMP Manual | Acres |
|---|---|
| Citrus | 246 |
| Cow/Calf | 189 |
| Dairy | 0 |
| Equine | 0 |
| Fruit & Nut | 34 |
| LOPP | 0 |
| Multiple Commodities | 143 |
| Nursery | 1 |
| Poultry | 0 |
| Row/Field Crop | 0 |
| Sod | 0 |
| Wildlife | 0 |
| **Total** | **613** |



**Florida Department of Agriculture and Consumer Services**

000587

# Agricultural Lands within North IRL BMAP

| BMAP Non-Agricultural Acres | BMAP Agricultural Acres | Enrolled Agricultural Acres | Unenrolled - Unlikely Enrollable Acres * | Unenrolled - Potentially Enrollable Acres |
|---|---|---|---|---|
| 210,295 | 6,795 | 613 | 3,065 | 3,117 |



*This value includes acreages within state-owned properties and/or surface water project areas

# Unenrolled - Unlikely Enrollable Acres within North IRL BMAP

| Category | Acres |
|---|---|
| **State Lands, Surface Water Projects** | 4 |
| | |
| **Timberland and Aquaculture**\*\* | 243 |
| **Not Agriculture**<br>[e.g., DOR Use Code 70-99 (industrial or institutional use, acreage not zoned agricultural)] | 2,593 |
| **Not Enrollable**<br>[e.g., missing parcel information, no overlap, conflicting parcel info, slivers] | 226 |



**Unenrolled - Unlikely Enrollable Acres =  3,066 (3,065)**

\*\* *May be eligible to be enrolled under the FDACS Florida Forest Service's Silviculture BMP Manual or the FDACS Division of  Aquaculture's Aquaculture BMP manual.*

**Florida Department of Agriculture and Consumer Services**

000589

# Potentially Enrollable Parcels & Agricultural Acres within North IRL BMAP



**Unenrolled - Potentially Enrollable Acres = 3,177**



**Florida Department of Agriculture and Consumer Services**

000590

# Mail Out Efforts

**February 29th: 990 letters**

**April 1st : 114 responses**

**April 25th : 90 landowners in queue for enrollment**

**June 12th : non responders will be sent to DEP**







**Florida Department of Agriculture and Consumer Services**

000591

# Mail Out Efforts





**Florida Department of Agriculture and Consumer Services**

000592

# BMP Implementation Verification (IV)

- Process to verify the status of implementation of BMPs
- **Clean Waterways Act - SB 712 (July 2020)**
  - Requires IV site visits every 2 years (Jan 2022 – Dec 2023)
    - Central IRL 93%
    - North IRL 94%
  - Requires collection, review, and retention of N and P fertilizer records
    - Nutrient Application Record Form (NARF)
  - FDACS reports total N and P applications to FDEP for utilization in BMAP assessments



**Florida Department of Agriculture and Consumer Services**

000593

# BMP Enrollment Viewer Web App



[Office of Agricultural Water Policy: BMP Enrollment Map (fdacs.gov)](https://fdacs.gov)



**Florida Department of Agriculture and Consumer Services**

000594

# 2024 FDACS Legislative Report





https://www.fdacs.gov/Divisions-Offices/Agricultural-Water-Policy

# Thank You!

[http://www.fdacs.gov/Divisions-Offices/Agricultural-Water-Policy](http://www.fdacs.gov/Divisions-Offices/Agricultural-Water-Policy)

**Yesenia Escribano, Environmental Administrator**
**[Yesenia.Escribano@FDACS.gov](mailto:Yesenia.Escribano@FDACS.gov) – (850) 617-1732**





**Florida Department of Agriculture and Consumer Services**

000596



000597