# In The Matter Of:

*Bear Warriors United, Inc. v.*
*Shawn Hamilton*

---

*Dr. Martine de Wit*
*April 26, 2024*

---



SARASOTA
BRADENTON
LAKEWOOD RANCH

TAMPA
ST. PETERSBURG
VENICE

*Thank you for your*
*continued business!*

941.260.9000
imperialcourtreporting.com
admin@imperialcourtreporting.com

*Min-U-Script® with Word Index*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA


BEAR WARRIORS UNITED, INC,
a Florida Not for Profit Corporation,

      Plaintiff,

                    Case No.: 6:22-CV-02048

v.

SHAWN HAMILTON, in his Official
Capacity as Secretary of the FLORIDA
DEPARTMENT OF ENVIRONMENTAL
PROTECTION,

      Defendant.
_____/



DEPOSITION OF MARTINE de WIT

VOLUME 1    (Pages 1 - 95)

APRIL 26, 2024

1:00 p.m. - 3:40 p.m.

LOCATION:  VIA ZOOM

```
APPEARANCES:

Attorney for Plaintiff:

JESSICA L. BLOME, Esquire
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, California 94703
510-900-9502
administrative@greenfirelaw.com


Attorney for Defendant:

JEFFREY BROWN, Esquire
Assistant General Counsel
Department of Environmental Protection
390 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000
850-245-2242
Jeffrey.Brown@FloridaDEP.gov



RHONDA PARNELL, Esquire
Fish & Wildlife Conservation Commission
620 South Meridian Street
Tallahassee, Florida 32399-6543
850-487-1764
rhonda.parnell@myfwc.com
```

```
INDEX
```

```
Examination by Ms. Blome                          4

Examination by Mr. Browne                        86

Examination by Ms. Blome                         89
```

```
EXHIBITS
```

```
Exhibit A (Subpoena Duces Tecum)                  7

Exhibit B (Curriculum Vitae)                       9

Exhibit C (Necropsy Reports)                      44

Exhibit D (Indian River Lagoon Map)              55

Exhibit E (FWC Printouts)                         68
```

```
 1              MARTINE de WIT, having been first duly
 2   sworn, was examined and testified as follows:
 3                    EXAMINATION
 4   BY MS. BLOME:
 5        Q    All right.  Good morning, Dr. de Wit.  We
 6   are here today in the case The Warriors United
 7   versus Shawn Hamilton, which is litigation filed by
 8   a nonprofit organization against the state of
 9   Florida.
10              I've asked you to come today to appear for
11   a deposition.  And so I have just some groundwork
12   and ground laying questions to ask you before we
13   jump into the substantive.  So first, could you
14   please state your name and spell it for the record?
15        A    My name is Martine de Wit, M-A-R-T-I-N-E,
16   last name D-E W-I-T.
17        Q    And thank you for that.
18              Have you ever been deposed, Doctor?
19        A    I have not.
20        Q    Okay.  Great.
21              And so you've never -- have you ever
22   served as an expert witness or a consulting expert
23   witness in litigation before?
24        A    No.
25        Q    What about on behalf of your current
```

1    employer, the Florida Fish and Wildlife Conservation

2    Commission?

3        A    No, I have not.

4        Q    Okay.  So far you've done a great job of

5    answering verbally.  Please make sure to answer

6    verbally and do not -- you can nod, but as long as

7    it's accompanied by some verbal representation of

8    what you're trying to say.

9        Will you do that?

10       A    Yes.

11       Q    We're taking this deposition remotely, so

12    it's important that you speak clearly and slowly for

13    the court reporter.

14       Do you agree to do that?

15       A    Yes.

16       Q    We need complete answers.  So if you

17    provide all of the information you have responsive

18    to your question, we can cut down on time without

19    having to ask unnecessary followups.

20       So will you agree to provide complete

21    information in response to questions?

22       A    Yes.

23       Q    As always, if you don't understand a

24    question, or if there's a word I'm using that you

25    don't understand, please ask me to ask again or to

1    rephrase it.

2            Will you do that?

3    A    Yes.

4    Q    If you think of a document that you're,

5    you know, using to answer a question, or that you're

6    relying upon to draw information to answer a

7    question, I'd ask that you please illuminate that

8    document for the record, please.

9            Will you do that?

10   A    Yes.

11   Q    Is there anything such as illness or

12   medication that might keep you from testifying

13   clearly or accurately today?

14   A    No, there is not.

15   Q    Okay.  As I ask questions, attorneys

16   representing the other parties have a right to make

17   objections.  We don't have a judge here to rule on

18   those objections, however, so a lot of times you'll

19   just have to keep going.

20           But your counsel is present, and she can

21   provide additional advice to you in that regard.  So

22   we might take pauses for that purpose.  That's just

23   part of the process, and I want you to feel

24   comfortable with that.  Okay?

25   A    Yes.  Thank you.

```
 1        Q     And in certain situations I may also make
 2   an objection for the record.  Again, that's just to
 3   make the record for the -- for a potential future
 4   presentment to a judge.  We'll just move on after I
 5   make that objection.  But it's going to make the
 6   conversation a little awkward, and I just want to
 7   pre- that -- preview that for you.
 8             If you need a break, please feel free to
 9   ask.  I'll try to take a break every hour at least.
10   But if you -- if something comes up and you need to
11   take a break, that is completely acceptable and we
12   will take a break.  Okay?
13        A     Yes.
14        Q     All right.  Did you bring any documents
15   with you today?
16        A     I'm sitting in front of my computer, but I
17   did not -- I did not bring specific document.
18        Q     Okay.  Great.
19             (Exhibit A was marked.)
20   BY MS. BLOME:
21        Q     I want to show you what I've marked as
22   Exhibit A.  And I have sent this to everyone by
23   email, but I'm going to go ahead and show it to you
24   on the screen.
25             This is a copy of the subpoena duces tecum
```

1    that I served upon you through your agent -- through

2    the Florida Fish and Wildlife Conservation

3    Commission.

4              Do you recognize this document?

5         A    Yes, I do.

6         Q    Okay.  And you understand that you are

7    here pursuant to this subpoena?

8         A    Yes.

9         Q    Okay.  Do you recall -- do you recall

10   reviewing the pages, like four through six of the

11   subpoena, where we ask you to produce documents in

12   advance of the subpoena?

13        A    Yes.

14        Q    And you responded to those to the best of

15   your ability?

16        A    Yes.

17        Q    All right.  We'll move for -- sorry.

18   We'll mark this as Exhibit A.  Not move for

19   admission.  But we're going to mark this one as

20   Exhibit A so that it's with the transcript for

21   the -- for this deposition.

22              All right.  Dr. de Wit, what information

23   did you use to prepare for your testimony today, if

24   you did prepare?

25        A    I did not prepare anything specific.  I --

1    I'm -- I'm just here to answer your -- your

2    questions.  This is the work that I do.

3        Q    Okay.  So you'll just be relying on

4    generally your experience, knowledge, and skills

5    with respect to your work?

6        A    Yes.

7             (Exhibit B was marked.)

8    BY MS. BLOME:

9        Q    Okay.  I'm going to -- then I'm going to

10   next show you what's been marked as Exhibit B.  This

11   is a copy of your CV, your curriculum vitae, which

12   you shared with me in response to that subpoena.

13            Do you recognize this?

14       A    Yes, I do.

15       Q    Okay.  There's about six pages here.

16   Would you say that this is -- this CV reflects a

17   fair and accurate representation of your educational

18   background and work history?

19       A    Yes.

20       Q    Would you supplement your curriculum vitae

21   with information related to your education,

22   training, certifications or accreditations?

23       A    Do you mean diplomas or -- this CV is --

24   is covered all my experience and -- and notes of my

25   publications and presentations.  I -- I do not have

```
 1    any supplement on file.

 2         Q    Did you update it before sending it to us

 3    in response to the subpoena?

 4         A    Yes.

 5         Q    So it's the most up-to-date information

 6    that you have, or that would -- could provide?

 7         A    Yes.

 8              MS. BLOME:  Okay.  So we'll mark this as

 9         Exhibit B.

10    BY MS. BLOME:

11         Q    I want to sort of specifically understand

12    your educational background with respect to

13    manatees.  So I'm going to skip most of your

14    educational and work history, and I want to just

15    specifically focus on your knowledge, skills and

16    experience with respect to manatees.

17              Do you consider yourself to be the Florida

18    state manatee veterinarian?

19         A    Yes.

20         Q    And why is that?

21         A    I am the research scientist employed by

22    the Florida Fish and Wildlife Conservation, and I'm

23    leading the health research for the state in Florida

24    manatee.

25         Q    That's great.
```

Dr. Martine de Wit - April 26, 2024                    11

1            For the Florida Fish and Wildlife

2    Commission, would you describe your specific job

3    responsibilities in that regard with respect to

4    leading the project for manatees in the state?

5        A    I oversee all manatee necropsies, and I

6    oversee the health research, and any other health

7    concerns I will advise on related to Florida

8    manatees.

9        Q    You mentioned necropsies and health

10   research and health concerns.  Am I correct to

11   assume that health research and health concerns

12   involve living manatees?

13           MR. BROWN:  Objection to form.

14   BY MS. BLOME:

15       Q    You can go ahead and answer if you

16   understood the question.

17       A    Can you repeat the question?

18       Q    Yeah, sure.

19           You mentioned necropsies for manatees,

20   health research and health concerns.  Am I correct

21   to assume that health research and health concerns

22   involve living manatees?

23       A    They do, and they --

24           MR. BROWN:  Object to form.

25

1    BY MS. BLOME:

2         Q    Go ahead, Dr. de Wit.

3         A    They involve both living and dead

4    manatees.

5         Q    Okay.  Could you expand upon that a bit

6    then?

7              MR. BROWN:  Form.

8              THE WITNESS:  The necropsies that we do,

9         they are such an important part of the health

10        information that we collect to inform us about

11        the health of live animals.

12   BY MS. BLOME:

13        Q    Well, great.

14             So do you do any research on living

15   manatees?

16        A    Yes.

17        Q    Would you describe that area of research?

18        A    Yes.  We have a close collaboration with

19   rehabilitation facilities.  So the manatees that are

20   rescued by FWC and our partners, and if they are

21   brought into rehab, I collaborate with the

22   veterinarians from those facilities to advise about

23   certain health conditions.  And in general to learn

24   more about the health in regards to manatee

25   conservation efforts.

1          The other live animal aspect is research

2     captures.  For example, we have manatee capture

3     events for telemetry.  And you have to get the

4     manatee out of the water and capture it to put the

5     telemetry gear on.

6          So as part of that procedure the manatees

7     get a clinical exam to find out more about their

8     health, and possible intervene if they're not fit

9     enough to be released with their telemetry gear.

10    Q     So you are -- you participated -- that

11    sounds like you are participating in the study of

12    wild manatees.  Can you describe that -- those

13    studies a little bit more?

14    A     Yeah, there have been numerous studies

15    over the years.  But the one that is ongoing at the

16    moment is specifically focused on manatee behavior

17    in the Indian River Lagoon, because of the unusual

18    mortalities.

19         And we want to learn more about how

20    manatees react to the same habitat and where they go

21    to feed.  So that -- those captured are based in

22    Brevard County, and they -- last December was the

23    last time we caught manatees for that.  And those

24    manatees were outfitted with telemetry gear after

25    their health assessments and were released.

1        Q     What was your specific role in that study?

2        A     I -- I oversaw the workup of the manatees

3   when they were on the beach, and I -- I worked

4   together with veterinarians from the University of

5   Florida, with local veterinarians, and with

6   training.

7              And it was my -- it is my job to make sure

8   that the animals get a safe workup, that we do it as

9   efficient, quick as possible, and that we get all

10  the right information that we need for the health

11  investigation.

12       Q     When you -- when you say they were on the

13  beach, I think -- would you start from sort of the

14  beginning in how the study works, and describe

15  exactly what the parameters of the study were?

16       A     So the study is a collaboration between

17  the USGS, the US Geological Survey, and Florida Fish

18  and Wildlife Conservation Commission.  And the study

19  is to investigate manatee behavior in that changed

20  habitat.

21             And we pull together a large team of

22  collaborators to -- to make that work.  And I myself

23  am only involved in the health workup of the

24  manatees.

25             Though I cannot speak for everything that

1    goes into it to pull these captures together.  But
2    once we are there we have a couple boats, and these
3    boats include specific boats for manatee rescue that
4    we can use to pull manatees onto a boat.
5              So you have trained teams.  We have a
6    plane in the air that spots manatees, that gives out
7    the manatees that fit the right size for the study,
8    that are in a safe location.  Both for the manatee
9    and the capture teams.
10             And then we have the boat that deploys a
11   net around the manatee.  The team pulls the manatee
12   on board, and then transports the manatee to what we
13   call the -- basically a location right next to the
14   boat ramp where the manatee is then carried onto a
15   workup area.
16             It's boarded with a foam pad, so it lays
17   comfortably on land, and is shaded from sun or
18   protected against cold.  Then we go through a
19   specific workup procedure, collect measurements on
20   the animal, collect blood samples, other biological
21   samples, put the telemetry gear on them.  And then
22   most -- usually within one hour the manatee is
23   released back into the water.
24        Q    What's the telemetry -- well, let's back
25   up a minute.

```
 1            How many times did you capture manatees
 2   for that study?
 3       A    We've done it three -- three times for
 4   that specific study.
 5       Q    Do you recall the -- the rough dates of
 6   the capture events?
 7       A    They're always in December at the
 8   beginning of winter.
 9            MR. BROWN:  Could -- could I interject for
10            a moment?  I've tried to access the exhibits
11            that were provided.  I believe you said they
12            were emailed.
13            MS. BLOME:  Yes, they were emailed.  Let
14            me make sure I have the right one.  I did.  But
15            I will forward it again, Jeff.
16            MR. BROWN:  Thanks.  I appreciate it.
17            Sorry to interrupt.  Thank you.
18            MS. BLOME:  No worries.
19   BY MS. BLOME:
20       Q    Dr. de Wit, we were talking about the
21   timing, and you said in December.  And you also said
22   the last event or capture was in December 2023.  You
23   had said that prior --
24       A    Yes.
25       Q    -- in your --
```

**Dr. Martine de Wit - April 26, 2024**                    17

1          Yeah.  Okay.  So does that mean you

2    captured manatees for December -- you said three

3    years, so 2021, 2022 and 2023?

4          A     Yes.

5          Q     Okay.  Is -- has the results of this study

6    been published anywhere?

7          A     No.

8          Q     Not yet?

9                Do you have a plan to do so?

10         A     I'm not the PI on the study.  As I

11   mentioned, it is a telemetry study, and that is up

12   to our telemetry researcher to publish.  But usually

13   that takes a long time.

14         Q     Are there -- is there a preliminary

15   report, or any preliminary data that's been made

16   public?

17         A     Not that I am aware of, no.

18         Q     When you say -- I have two questions.

19               When you say PI, what's that mean?

20         A     Principle investigator.

21         Q     Who is the principle investigator?

22         A     It is Dr. Dan Sloan (phonetic) of USGS.

23         Q     When you are gathering this data during

24   the clinical evaluation portion of this study, is

25   Florida Fish and Wildlife Conservation Commission

1    retaining that data, or is it transferred to USGS?

2         A    Yes, FWC is retaining that -- those data.

3         Q    Is it always transferred to USGS?

4         A    Yeah, it's shared between all

5    collaborators.

6         Q    Who would have access to all of the data,

7    a comprehensive set?

8         A    Can you explain what you mean all of the

9    data?

10        Q    Yeah.  So if I -- I'm thinking about a

11   public records request.  If I were to do a public

12   records request to try and -- to get access to the

13   data, would I send it to USGS, to Mr. Sloan, or to

14   Fish and Wildlife Conservation Commission?

15        A    I -- I cannot answer if every single party

16   has all of the data.

17        Q    Okay.  Have you -- do you know of any

18   summary reports or summaries that have been prepared

19   of the data along the way, or anything like that?

20        A    I -- I have prepared summaries for

21   internal use.

22        Q    Okay.  Thank you.

23             And are those easily accessible to you?

24        A    If I can clarify that.

25        Q    Yes.

1      A    So I am just speaking for my part.  So
2  these are summaries of the health examinations of
3  the manatees.  I -- I do not write a summary on what
4  happens to the manatees afterwards once they are
5  participating in the study for animal movement.
6      Q    Yes.  And -- and that -- I want to talk
7  about -- let's talk about those summaries.
8           But before that I kind of want -- I want
9  to understand what the telemetry part of the study,
10  what's happening there.  So you said the manatees
11  are equipped with a telemetry device.  And then what
12  happens after that?
13      A    I cannot speak for that.  That's not my
14  expertise.
15      Q    Do you --
16      A    So basic -- basic concept of telemetry is
17  that the manatee has a belt around its tail, and
18  that it connected to a GPS transmitter.  So their
19  computer programs will allow you to follow the
20  movement of those manatees through satellite update.
21      Q    When you're conducting the clinical
22  examinations of the manatees on the capture event,
23  are you -- do you have access to the telemetry data
24  for the individual manatee that you're examining?
25      A    When -- when we examine them they are

1   usually new, so they are -- they do not have the

2   telemetry gear on them.  They will get that at the

3   capture, and that's why we do these captures.

4        Q    So the --

5        A    There were -- I'm sorry.  There were a few

6   exceptions --

7        Q    Go ahead.

8        A    -- where we caught an animal that was

9   caught the previous year, or was released from

10  rehabilitation, and we caught the animal, so we were

11  familiar with some of their previous movements.  But

12  that's not standard.

13       Q    Okay.  So this -- so generally there's a

14  different set of research scientists that are

15  looking at the telemetry information?

16       A    Yes.

17       Q    So what -- what has -- what can you tell

18  us about the summaries -- summary -- getting a

19  summary of the data you collected in December of

20  2021 after that capture event?

21       A    I do not -- I do not have those data.

22  I -- I -- I am not involved in the telemetry effort,

23  so I do not have the data after the manatees were

24  released.

25       Q    My apologies.  I meant from your part,

1    from your -- the clinical evaluation portion of it

2    where you said that you were sometimes preparing

3    summaries of the data you were collecting.  So just

4    your part, can you provide us with the -- with

5    information about that, the summary of that data

6    that you collected?

7         A    Yes.  So starting in December of 2021,

8    that's when we were still in the middle of our

9    unusual mortality event.  The manatees in that year,

10   that month, were in poor body condition.

11             Their weights were below what we expected

12   for a manatee of that size normally.  Their blood

13   values were mostly normal.  Nothing that was too

14   concerning that indicated the animals had to come

15   into rehab, that it was not safe to release them

16   back.

17             We -- we did bring in one animal, I

18   believe, from what I remember in the first year.

19   But otherwise the main finding in the December 2021

20   was manatees in poor body condition.

21        Q    Were you able to derive any conclusions

22   about the reasons for the poor body conditions in

23   December 2021?

24        A    Yes.  We were one year into the starvation

25   malnutrition event, and we knew that seagrass

1   coverage in the area was of major concern.  Though,

2   the reason, as we expected, was that manatees did

3   not have enough food to sustain their body

4   condition.

5        Q    What -- I wanted to get -- get a

6   definition of the unusual mortality event.  You

7   referred to it a couple of times.

8             Can you describe in your own words what

9   the unusual mortality event is, or was, or means?

10       A    Yeah.  So there are specific parameters

11  that define an unusual mortality event for -- for

12  this case.  It is mass mortality.  So high numbers

13  of mortality and morbidity in manatee rescues that

14  need further investigation and require a -- a

15  response.

16       Q    Is it fair to say that their response

17  needs to be immediate?

18       A    Correct.  Yes.

19       Q    Okay.  I'm going to keep talking about

20  that study that -- so -- that you summarized your

21  findings from December 2021.

22            I wonder if you can recall based on your

23  personal knowledge of conducting the evaluations in

24  December 2021, whether there was any evidence of

25  macro algae in the manatee's mouths or throats

1    during your examination?

2         A    No, there was not.

3         Q    So then let's fast forward to

4    December 2022.  Can you describe what you generally

5    found in December 2022, with respect to the

6    manatees?

7         A    In December '22, the overall body

8    condition of the manatees was much improved compared

9    to the previous year.

10        Q    And what -- what, if anything, do you know

11   about the Indian River Lagoon that would have caused

12   the improved condition?

13        A    There -- there is still a lot of research

14   going on, but one of the main differences that we

15   learned was that some of the seagrass was coming

16   back.  Specifically in one area, in the Mosquito

17   Lagoon, which is a very popular manatee habitat, and

18   manatees spend a lot of their time in the summer

19   there.

20        Q    Okay.  And were there any manatees in

21   December of 2022, however, that were in an emaciated

22   condition, or low body condition as it were?

23             MR. BROWN:  Objection to form.  You can

24        answer.

25             THE WITNESS:  No, there were not.

```
 1   BY MS. BLOME:

 2        Q    All right.  In December 2023, what --

 3   could you please provide a summary of your findings

 4   from that capture and release?

 5        A    Manatees in December '23 were in good,

 6   sometimes great body condition.  And we had three

 7   pregnant females captured.  So that was an

 8   indication of better health.

 9        Q    Yeah.  Can you -- do you -- are you

10   familiar with -- well, I'm going to ask you some --

11   I want to get back to your knowledge, skills and

12   experience with respect to manatees specifically,

13   and then we'll talk about -- some more about the --

14   this study after we -- after we talk about that.

15             So do you -- do you specifically -- what's

16   your relationship to the Florida Fish and Wildlife

17   Conservation Commission's pathology lab?

18        A    I -- I work there.

19        Q    Are you a --

20        A    I lead the necropsies -- necropsies in our

21   lab.

22        Q    I see.  For all of wildlife or only

23   manatees?

24        A    Manatees.

25        Q    Okay.  Do you consider yourself to be a
```

1    forensic scientist?

2         A    We -- we approach a lot of our

3    investigations from a forensic side.  So I'm not

4    certified as a forensic pathologist or veterinarian,

5    but I -- I do use the methods.

6         Q    Are -- do you consider the lab to conduct

7    any veterinarian diagnostics?

8         A    Yes.

9         Q    Could you describe what those are?

10        A    We perform our gross necropsies, and we

11   collect samples for further diagnostics, and that

12   includes histopathology, cytology, sample testing

13   for all the toxins for additional research.

14        Q    And when you're doing the diagnostic work,

15   are you -- are you doing that in the pathology lab?

16        A    I do not do all of the diagnostic work

17   myself.  I'm more like a case manager, where I

18   oversee the necropsy.  I determine what samples we

19   collect, how to store them.  And then I work with my

20   collaborators for further testing.

21             For example, for the histopathology we --

22   I'll work together with a board certified

23   veterinarian pathologist.

24        Q    I see.

25             You said that you sometimes are doing work

1    in collaboration with rehabilitation facilities.  Do
2    you sometimes do -- have -- you or your staff do
3    diagnostic work at those rehab facilities?
4        A    We do the necropsies of the manatees that
5    die at the rehab facilities.
6        Q    Okay.  Would you be doing diagnostic work
7    during those capture events on the manatees that you
8    capture out of the IRL?
9        A    Not -- no, not at -- at that specific
10   site.  The samples that are collected are being
11   distributed to -- to laboratories.
12       Q    Is your diagnostic work sort of connected
13   to the necropsy?
14       A    Yes, it is.
15       Q    And -- and how so?
16       A    Sometimes when you have a carcass that you
17   examine and it is not immediately clear from your
18   gross necropsy the cause the death.  You can use
19   further diagnostics to inform you on, you know,
20   potential -- potential pathogens that lead to the
21   animal's death.
22       Q    How much of your current job
23   responsibilities involve manatees?
24       A    All my time.
25       Q    All of it?  Okay.

1        A     Yep.

2        Q     And then what would you say is your

3   specific focus of expertise generally?  How would

4   you describe that?

5        A     It's basically case management of manatee

6   health, and I use manatee carcasses.  I -- I use the

7   information I get from my veterinary colleagues.

8   I -- I use information we get from field

9   observations.

10       Q     When you say manatee health, what are --

11  what are the constituents of manatee health?

12       A     In our work for FWC, it's really important

13  to identify threats to manatees.  And, you know,

14  obviously there are manatee threats.  But my

15  expertise is -- is veterinary medicine I focus on.

16  So I focus on, you know, clinical health and those

17  threats.

18       Q     Threats to clinical health?

19       A     Threats to the overall health of a

20  manatee, yeah.

21       Q     Okay.  Would you say that that also --

22  that manatee health also involves nutrition?

23       A     Yes.

24       Q     What about treatment, including for

25  starvation?

1        A      I -- I work together with the
2   veterinarians at the rehab facilities, but they --
3   they take the lead on -- on the treatment of those
4   animals.  And we exchange some information, but
5   they -- they are usually the ones who institute the
6   treatment.  They always are.  Yeah.
7        Q      Okay.  And would you also agree that
8   manatee health includes some welfare, their welfare?
9             MR. BROWN:  Objection to form.  You can
10            answer.
11            THE WITNESS:  There's probably some effect
12            of manatee welfare are included, yep.
13   BY MS. BLOME:
14        Q      And what about rehabilitation?
15        A      When -- like it's the US Fish and Wildlife
16   Service who oversees manatee rehabilitation.
17        Q      Okay.
18        A      But they -- we -- we sometimes get
19   involved in some manatee welfare issues through --
20   through their work.
21        Q      Do you work pretty closely with the US
22   Fish and Wildlife Service?
23        A      Yes.
24        Q      Can you describe that relationship?
25        A      It -- in general, FWC and -- and the

1    service are the two entities who manage manatee

2    conservations.  So it's a very strong partnership.

3    And for me I -- I am the one relaying everything we

4    know about threats to manatees, to their health.

5    And that could be total numbers of watercraft

6    related mortality, specific threats like the

7    starvation event.

8              And, you know, I will advise and tell them

9    my observations, so the manager can do their job and

10   see how they can protect manatees from those

11   threats.

12       Q    Is it the Florida Fish and Wildlife

13   Conservation Commission's responsibility to ensure

14   manatee health in the wild?

15             MR. BROWN:  Objection to form.  You can

16        answer.

17   BY MS. BLOME:

18       Q    Go ahead.

19       A    I -- I -- I don't think I can speak for

20   FWC's mission in regard to that.  I -- I -- I -- I

21   cannot say it's their responsibility to ensure.  I

22   know that their management actions are targeted into

23   protecting manatee health issues.

24       Q    Okay.  Does -- this might be -- do you

25   have any -- does the Fish and Wildlife Conservation

1   Commission have authority to take certain management

2   actions to protect manatees in the wild if they --

3   if it deems them appropriate?

4          MR. BROWN:  Objection to form.  You can

5       answer.

6          THE WITNESS:  I -- I'm not a manager, so I

7       cannot speak for that.

8   BY MS. BLOME:

9       Q    Sure.  Sure.  Sure.

10          What information or education have you

11   received that specifically relates to manatee

12   health?

13          MR. BROWN:  Objection to form.  You can

14       answer.

15          THE WITNESS:  It's -- it's -- if you look

16       at the manatee statistic, which we publish on

17       our website, if you look at the overall trends,

18       there's consistent threats that are also

19       indicated by a population model that are

20       longterm threats to the manatee population.

21          And that is watercraft collisions, loss of

22       warm water habitat, and then red tide blooms in

23       Southwest Florida, so on the gulf coast.  So

24       those are existing threats.  You know, if you

25       look at all our data over the years are

1       jumping -- jumping out.

2            Then over the years we have documented

3       what, you know, you call unusual mortality

4       events.  And then if they happen again and

5       again and again, they're called repeat

6       mortality events.

7            And an example of that is red tide, which

8       has already been recognized in -- in our

9       population models.  We had two recognized cold

10      events from severe cold.  The cold threatens

11      every single year, but to have mass mortality

12      from cold, that happened twice, and was

13      recognized as a UME.

14           Then another big threat was in 2013

15      from -- this event was due to a dietary change

16      that caused a infection in the manatee's gut.

17      So that was a clostridial event that caused

18      large numbers of mortality.  And now recently

19      we have documented the starvation event.

20  BY MS. BLOME:

21      Q    In 2013, with the -- the gut infection you

22  were just referring to --

23      A    Um-hum.

24      Q    -- do you know what was the nutritional

25  cause for that?

1      A     It was a dietary change.

2      Q     Yes.

3      A     Yep.  So it was a loss of seagrass.  While

4  manatees use alternative vegetation -- and at that

5  time there was an abundance of macro algae.  So it

6  was floating surface vegetation.

7            And it was not one specific algae, but it

8  was overall the macro algae that has a different

9  nutritional composition than seagrass.  For example,

10  less fiber.  So a lot of manatees who switched to

11  that diet got a gut upset basically because the gut

12  flora were not used to less fiber and more carbs.

13            And that caused the bacteria to overgrow

14  and release bacterial toxins, and that is a very

15  acute toxic death.  So it was not specifically the

16  algae themselves that killed the manatees, but how

17  the manatee's body reacted to that basically, and

18  over sensitivity.

19  BY MS. BLOME:

20      Q     You mentioned some red tide events.  Did

21  those effect the Indian River Lagoon?

22      A     We've only had --

23            MR. BROWN:  Objection.  You can answer.

24            THE WITNESS:  We've had one series of red

25      tide mortalities in the Indian River Lagoon,

1          which is I think was more than 15 years ago.

2          That numbers were not high enough to declare an

3          unusual mortality event.  But those findings

4          have been published.

5    BY MS. BLOME:

6          Q    And then you said two recognized cold

7    events.  Did those cold events effect the Indian

8    River Lagoon?

9          A    Yes.

10         Q    Okay.  Could you describe those some more?

11         A    Yes.  It was in 2010, and it was the

12   winter of '09, '10, where -- it was a statewide

13   disaster, basically, that that winter where, you

14   know, you heard about frost down into the

15   Everglades.

16              And not only manatees were effected at

17   that time, it was unusual cold that effected many

18   species.  And manatees being the subtropical animals

19   that they are, were obviously effected too.  So that

20   was record breaking cold starting in January.

21              And then that same year we had a early,

22   very cold winter starting in December that also lead

23   to high mortality, even though it was less than in

24   '09, '10.

25         Q    Did the two cold weather events count as

1   UME's?

2        A    Yes.

3        Q    I don't know why I'm making a balloon.

4             You were -- you were talking a little bit

5   about the consequence of eating the macro algae on

6   the manatee's digestive system.  Could you explain a

7   bit more what the digestive strategy is for a

8   manatee?

9        A    Yeah.  So manatees eat about -- they're

10  vegetarians, and they eat about general average

11  seven percent of their body weight per day.  And

12  considering an average weight of a manatee being

13  1,000 pounds, that's about 70 pounds of vegetation

14  they will eat throughout the day.

15            And they will explore any type of

16  vegetation.  You know, they will -- besides those

17  macro algae that they were eating in the Indian

18  River Lagoon during that time, you know, they will

19  eat -- if not seagrass, they'll eat mangroves,

20  shoreline vegetation.  Then they'll eat freshwater

21  vegetation.  So anything possible.

22       Q    And how -- let's see.  What types of -- so

23  you just described the types of plants that they

24  will eat.  What's the preferred diet?

25       A    It is seagrass.

1      Q     What happens --

2      A     Rather than -- and, you know, it's --

3   yeah, it's -- manatees are in -- in the freshwater

4   system.  You'll have the freshwater vegetation.

5      Q     What happens to manatees if they are

6   eating like a -- not -- something else that's not

7   seagrass or freshwater vegetation that they -- that

8   they prefer?

9      A     We -- we do not have all the answers on

10  that.  You know, what we saw in the clostridial

11  event, the macro algaes in 2013, it may be just the

12  tip of an iceberg.  Because we also knew that there

13  were manatees out there, many of them, most of them

14  who were eating the same diet and survived.

15           So there's possibly an adaptation to

16  certain diets that can happen.  But we -- we do not

17  have much insight in that.

18     Q     What is the predominant plant availability

19  in the Indian River Lagoon right now, today, in

20  2024?

21           MR. BROWN:  Objection to form.  You can

22        answer.

23           THE WITNESS:  I -- I do not know.  I am

24        not a seagrass expert.

25

1    BY MS. BLOME:

2        Q    What types of plants cause digestive

3    difficulties in manatees?

4        A    It's the general category of macro algae

5    in certain individuals.  But that really -- we still

6    see health or -- or, you know, manatees dying from

7    that.  But it is on an individual basis.  And

8    they're probably other manatees that do just fine.

9        Q    When the manatees are getting sick from

10   eating the macro algae, is the cause nutritional

11   deficiency, or that toxicity reaction that you

12   described earlier?

13       A    It's the toxicity.  Manatees at that time

14   were in great, excellent body condition.  They --

15   they were fat, and their gut were full.  So it had

16   nothing to do with a deficiency, even though at the

17   time we looked into it, because it was a new disease

18   to us, and we explored all avenues to -- to find the

19   cause.  So we did look into deficiencies.  But it --

20   it really was a bacterial dialysis of clostridial

21   bacterial that produced a lethal toxin.

22       Q    And that was in 2013?

23       A    That was when it was declared an unusual

24   mortality event.

25       Q    Yeah.

Dr. Martine de Wit - April 26, 2024                    37

1         A      But it -- it -- the cases were seen

2    outside of that year.  It started in 2012.  So it

3    was recognized the first case, and then they

4    lingered on in the year after.

5         Q      Do -- do you have any -- based on your own

6    personal knowledge, do you know -- or skills and

7    experience, do you know what caused the macro algae

8    to be in the Indian River Lagoon in 2012 and 2013?

9         A      I cannot speak for that, but there are

10   local scientific article --

11        Q      Yeah.

12        A      -- that provide insight in that.

13        Q      Well, fast forwarding to the 2020 unusual

14   mortality event, what was the cause of that event?

15        A      It was a lack of vegetation, any

16   vegetation.  So it was starvation, malnutrition,

17   manatees that did not have any food available, or

18   manatees that had probably suboptimal food.

19        Q      And what caused the lack of available

20   vegetation?

21        A      The loss of seagrass.

22        Q      What caused the loss of seagrass?

23        A      They're -- they're assuming --

24               MR. BROWN:  Object to form.  Go ahead.

25               THE WITNESS:  There are so many factors

1       that are involved in what is going on for --

2       yeah, for what is going on in the Indian River

3       Lagoon, in the whole ecosystem.  You know, the

4       component is algal blooms.

5            And then you asked me what is the cause of

6       the algal blooms.  USG grass experts still say

7       there are a thousand pieces to the puzzle.  So

8       that's -- that's all I know.

9  BY MS. BLOME:

10      Q    If you were going to ask a seagrass

11 expert, who would you ask?  Who would you identify

12 as your go to seagrass expert?

13      A    I have communicated with scientists from

14 the St. Johns River Water Management District.

15      Q    So you find the scientists there to be

16 reliable and credible?

17      A    Yes.

18      Q    Now I want to talk about necropsies a

19 little bit more.  What's the difference between

20 emaciation and starvation in manatees?

21      A    Emaciation is a sign of starvation.  So

22 when you starve for a prolonged period of time you

23 become emaciated.

24      Q    What could -- so what conditions would

25 cause an emaciation in manatees most often?

1        A     There can be various reasons.  It can be a

2   chronic disease.  And that disease can be a chronic

3   watercraft injury, that the body just uses too much

4   energy to fight the infection.  It could be a

5   manatee is sick from, for example, cold stressed,

6   that their metabolism shuts down, and they are so

7   lethargic that they will not eat.

8              And another example is primary starvation,

9   which is what caused this unusual mortality event

10  that started in December 2020.

11       Q     What is --

12       A     Primary starvation, that is considered a

13  lack of food.  So there is no food available.  It

14  really is the primary cause of the animal becoming

15  emaciated.  It's not an underlying disease.

16       Q     Okay.  So you mentioned that was the

17  primary cause of the UME in the Indian River Lagoon

18  in 2020.  Were you responsible for conducting the

19  necropsies from that UME?

20       A     Yes.

21       Q     How many necropsies would you say that you

22  conducted during that period?

23       A     We had over -- in -- in two years time,

24  which were the peak years of 2021, 2022, we had

25  about 1,300 carcasses, I would estimate.  But those

1    numbers are -- are available on our website.  So I

2    would say maybe 25 percent were necropsies, but --

3        Q    About 25 percent of animals that died were

4    necropsies?

5        A    That were documented as a -- as a carcass,

6    yep, were full necropsies.  And we also have partial

7    necropsies.

8        Q    Okay.  Would you describe the necropsy

9    process?

10       A    Yeah.  The necropsy process is for one to

11   determine the cause of death.  But we also collect

12   other information pertaining to the manatee's

13   history.  And that is information that is important

14   for other research in manatee conservation and

15   population model.

16            So we make an effort to document all sides

17   of the carcasses for their scar pattern, so they can

18   be matched for a photo ID program which is one of

19   the feeds for life history for survival rates.

20            We'll check for TCAP (phonetic).  That's

21   the microchips that manatees get whenever they go

22   through the rehab, or any hands (inaudible) to get

23   an easy match.

24            We collect the genetic sample.  That's

25   also to match the animal with possibly previous

1    sightings.  We collect external measurements, the

2    length of the manatee, the weight of the manatee,

3    girth measurements.

4              And then the necropsy itself is a

5    systematic approach where you work through the whole

6    body of the manatee, and investigate each organ, and

7    then put all of the pieces of the puzzle together to

8    make an informed cause of death determination.

9         Q    What are -- what are the categories for

10   cause of death that you could assign to a manatee

11   during a necropsy?

12        A    So those causes were developed years ago,

13   like back in the '70s, I think.  And it was basic

14   categories, really related to -- to management.

15   Because the -- that's why we do what we do to help

16   manage the manatee population.

17             So there are three categories --

18   categories that point out human related causes of

19   death.  Because those are the ones that managers

20   want to target and see if they can prevent those or

21   mitigate those.  We have watercraft collision,

22   watercraft trauma.  You have structure, water

23   control structure mortality.

24             And then there's the other human category

25   that includes entrapments and entanglements, anything

1    that has a primary human related cause.  And then we

2    have our natural causes.  We have cold stress.  And

3    then our large portion of undetermined causes where

4    that's some decomposition.

5            Or because we have inconclusive necropsy

6    sightings to really tell what happened with the

7    manatee.  And then there's one category that's

8    really not a cause of death, but it was determined

9    based on the manatee size, and that's perinatal, any

10   carcass that's smaller than five foot, and did not

11   die from a human related cause.

12       Q    Where does starvation fit into the

13   categories?

14       A    It depends.  If you have a manatee that

15   starved from another cause, say from chronic

16   disease, if that disease was watercraft injury, then

17   it will be on the chronic watercraft.  If it's a

18   manatee that died because -- because it was

19   entrapped somewhere, by a barrier, a human -- a

20   human related barrier, and did not have access to

21   food to get out, that -- that would also be human,

22   another category.  And then for this event we

23   determined the cause as natural.

24       Q    So starvation could be under the

25   natural -- just check natural cause of death, and

1   then starvation would be the natural cause?

2       A    Correct.  Yep.

3       Q    If that were the case, would you or your

4   staff have notated in the -- in the necropsy

5   somewhere that you suspected like the

6   circumstances -- what circumstances caused the

7   starvation?  Would that be noted?

8       A    Yeah.  So our cause of death will be

9   natural.  And then the findings indicate whether

10  there was emaciation and whatnot, etc.

11      Q    Would you go so far as to list lack of

12  seagrass as a -- as a finding in a necropsy?

13      A    Not in those words.  But if -- if you want

14  to search for manatees in the starvation, unusual

15  mortalities, and there are codes for manatees that

16  were -- that qualified for criteria in that event.

17  So it wouldn't say it starved from the lack of

18  starvation, because our findings are just

19  observations of the carcass.  But you look for

20  emaciation, you look for fear of atrophy, empty gut.

21  Sometimes on empty gut, not always.

22      Q    What was that last word?

23      A    Sometimes empty guts.

24      Q    Empty guts?

25      A    Yeah.  But I have classified manatees for

1    the starvation events that have had full guts.

2    Because it's a chronic condition, and so manatees

3    once they reach area of where there was food

4    available, their condition was already so much

5    debilitated that the food that they got didn't help,

6    and they -- and they had chronic malnutrition.

7              (Exhibit C was marked.)

8    BY MS. BLOME:

9         Q    I want to show you some necropsy reports

10   that we have in our -- that we got from the -- from

11   your agency as a result of a records request.  And

12   it's marked as Exhibit C in the documents that I

13   sent you and co-counsel -- or, I'm sorry, opposing

14   counsel.

15             So is this -- this is the -- an example of

16   the form that you would use to fill out a necropsy

17   report?

18        A    This is -- yeah, from our mortality

19   database.  It's a page that compiles the basic

20   information.  Yeah.

21        Q    And on the -- on this document, Exhibit C,

22   it says it looks like a writing over the top of

23   everything that says "Preliminary data findings may

24   be added or deleted after review, and cause of death

25   may change."  What does that mean exactly in your

1    process?

2       A    Yeah, so the -- when we do the necropsy,

3    we note all our findings, and it could be necropsies

4    that are done in the field, not at our lab, but by a

5    field station.

6            But, you know, we basically pull all of

7    that information together, do a first Q/A, Q/C for

8    check if we think that this is the possible cause of

9    death.  And we get all of that information, and

10   determine the preliminary cause of death.

11           Sometimes you have pending samples that

12   you have to wait on.  And there is another -- there

13   are two more steps needed to finalize those reports.

14   So this is the first draft.  And then one of our

15   staff will do the first Q/A, Q/C just to make sure

16   we have all the findings documented, reviewed

17   photos, make sure everything is correct.

18           And then in the meantime if we get any

19   more lab findings in, those may not be incorporated

20   into those reports right away.  And then we have our

21   third round.  That's when I finally sign off on

22   those necropsy reports.  And the problem is with all

23   of those high numbers that we've had over the past

24   few years, there's a backlog in the finalizing of

25   the report.  Because the same staff would do the

1    necropsies, also do the rescues, and also do the

2    finalizing of -- of this information.  Because it's

3    a really specific skill set.

4                So we -- we try our best to catch up, and

5    we are, but right now the data from 2022 still need

6    to be finalized.  I -- I think what you may have

7    here is an outdated version.  I think those reports

8    are finalized now.

9        Q    So I could submit this to your office and

10   get the finals for the 2021 necropsies at this

11   point?

12       A    Yes.

13       Q    Okay.  So on this one, page one of Exhibit

14   C, we're looking at a necropsy dated March 6th,

15   2021, FWC case 4151.  And I'm reading that

16   underneath the little box in the top left corner

17   there.  The probable cause of death is listed as

18   human related watercraft collision.  Do you see

19   that?

20       A    Yes.

21       Q    And then the explanation indicates that

22   there are some chronic issues that the manatee

23   presented as emaciated, depleted fat, a relatively

24   empty GI tract, wet lungs.  What does -- what does

25   all of that mean?

1      A     So the first word chronic, that relates to

2    a chronic watercraft injury.  And then everything

3    that follows behind it, so starting with emaciated,

4    those are necropsy findings and interpretations.  So

5    the animal was thin, part of two, depleted fat, was

6    not eating, and it did have significant findings of

7    chronic trauma.

8           You see the one lung was not functioning?

9    There was chronic rib trauma, still with old blood

10   clots in there.  Yeah, so probably one of the

11   pleural cavities was filled with old blood.  So the

12   chronic trauma really impacted the animal's

13   condition and ability to survive.

14     Q     So is it fair to say that the -- the

15   watercraft collision lead to the starvation?

16     A     Yep.  And the --

17           MR. BROWN:  Objection to form.  You can

18           answer.

19           THE WITNESS:  Yep.  That's most

20           probable -- most probable what happened.

21           That's why our cause is the probable cause of

22           death.  And we used the most -- best

23           information that's available to us from the

24           necropsy.

25

1   BY MS. BLOME:

2       Q    And if that's the case, if the water

3   collision caused the animal to then later starve,

4   would the explanation include that chronic

5   indicator?

6       A    Yep.  Because if it's an animal that died

7   on impact, or died from significant blood loss

8   within 24, 48 hours, then it will say acute.

9       Q    Now, if it says an acute -- that's a -- I

10  want to explore that.

11          If the necropsy says human related water

12  collision, explanation says acute, but there's also

13  evidence that the animal was deplete -- had depleted

14  fat, was emaciated, and had an empty GI tract, would

15  it be safe to say that that animal was starving

16  before it was hit?

17          MR. BROWN:  Objection to form.

18          MS. BLOME:  That's not an objectionable

19       question, but please go ahead.

20          MR. BROWN:  Excuse me.  Are you saying I

21       can't object to form?

22          MS. BLOME:  You can if it's an

23       objectionable question.  But it's not an

24       objectionable question.  Form --

25

1   BY MS. BLOME:

2        Q     Go ahead, Dr. de Wit.

3        A     I would consider it a possibility that the

4   animal had an underlaying condition and had possible

5   starvation.

6        Q     Is it possible -- is it also possible that

7   the starvation increased the likelihood that the

8   animal would get hit by a watercraft?

9             MR. BROWN:  Objection to form.

10            THE WITNESS:  Yes.

11   BY MS. BLOME:

12       Q     And why is that?

13       A     Starvation -- not in all cases, but as we

14   found in this event, that that starvation is, you

15   know, long-lasting chronic process and organ

16   function may be impaired.  And, you know, we see an

17   impact on metabolism, (inaudible) atrophy, for

18   example, heart function, loss of muscle.  So it is

19   possible these animals cannot function as they

20   normally do.

21       Q     Thank you.

22             There's a lot of pages to this necropsy,

23   and I wonder if you can help me just understand when

24   this -- if -- if I'm correct in identifying when

25   this one ends and the next one begins.  So on page

1   1, that's obviously a part of the same necropsy.

2   What about page two?

3        A    Yes.  So page one is really the short

4   summary of the carcass.  And then you go to page

5   two, and it shows additional information.  And

6   that's really just more for metric data and some

7   life history information.  So it's mostly body

8   measurements and reproductive info.

9        Q    And then what about page three, is this

10  part of the same?

11       A    Yes.  So this is the -- we call page one

12  page one, and page two page two.  But when you come

13  to this page, that's when gross necropsy starts.

14  And this is the information that's generated from

15  the start of the report of the carcass to us, and

16  how the carcass was -- responded to, and what

17  happened with it until we did the necropsy.  And the

18  necropsy narrative is really the story of what we

19  see in necropsy.

20       Q    Okay.  And then -- and then this continues

21  to page four, the gross necropsy, and then page

22  five?

23       A    Yeah.  And this -- the significant

24  findings list all of the findings that are

25  considered significant.  So not normal, if I may

1    call it that way.  And then we make interpretations

2    on what significant findings were significant to the

3    cause of death.

4            For example, this carcass, it had a piece

5    of plastic in his cecum.  Well, that did not cause

6    death, but it is a significant finding.  But it does

7    not -- it's not related to the death.  And the

8    probable cause of death is then the interpretation

9    of the top of the significant finding.

10        Q    But what is the cecum?

11        A    The cecum is part of the GI tract.  It is

12   between the small and the large intestine.

13        Q    Okay.  And then there's this photo -- this

14   image of the -- like a drawing of the manatee on

15   page six of this Exhibit C?

16        A    Yeah.  That's -- if there are any wounds,

17   then we will draw those in there.  If the wounds are

18   fresh enough to measure, we will put that in there.

19   And then this is the scars of the manatee sketched

20   out.

21        Q    Yeah.  I see why you said that there was

22   some watercraft injury.

23            Okay.  And then we have an email here.

24   We'll skip that.

25            So then when I go to page nine of Exhibit

1    C, is this a new necropsy or a new information?

2        A    No.   This is our recent page one that

3    comes straight out of the necropsy room.   And this

4    is used to enter information in the database, which

5    is the printout you saw on the first page of this

6    document.

7        Q    I see.   So this is still related to

8    necropsy one?

9        A    Yes.

10       Q    Okay.   And as well as page ten?

11       A    And this is page -- yeah, page ten is page

12   two.   So this is the raw information, just written

13   on a piece of paper.

14       Q    Okay.   So we don't actually get to a new

15   animal until page 11?

16       A    Yeah.   This is the same animal.   You see

17   the --

18       Q    Still the same animal?

19       A    It's still ID -- that's all --

20       Q    21207?

21            (Speaking over each other).

22       A    It's one carcass, lungs.   They are

23   verified.   Yeah, that's the number.

24       Q    I see.   Okay.   So then 21209 is the next

25   one which starts on page 12?

1        A     Right.

2        Q     Okay.  So on -- this is -- this is good.

3   So this is the one -- this is another one I wanted

4   to talk to you about.  We're on page 12 of Exhibit

5   C.  This one says probable cause of death is

6   natural, and then lists in the explanation section

7   emaciated, depleted fat, zero (sic) fat, serous

8   muscle, et cetera.  So is this animal -- would you

9   say this one was -- died of starvation?

10       A     I think so.  If -- if you scroll down

11  further into the remarks section.  Go up a little

12  bit.

13       Q     Oh, sorry.  In the same page one you want

14  to...

15       A     Yeah.  So this was a few months into the

16  events when, you know, we just started to work

17  through things.  So later on we've added a code for

18  the starvation event.  So you can easily recognize

19  if it was one in the event.  Since you have like the

20  first draft from that time, that's not visible here

21  yet.

22       Q     What is the code for the starvation event?

23       A     We have UME starvation, and then a

24  possible and a probable.  So there are three codes.

25       Q     And that code would appear whereas a -- as

1   a probable cause of death?

2        A    In the remarks section.

3        Q    I see.  Down here?

4        A    Yep.

5        Q    Okay.  And so you said that would be a way

6   that you could search for necropsy reports related

7   to the death of the animals during that UME?

8        A    Yep.

9        Q    If there had been macro algae or -- well,

10  let's start with macro algae -- in the animal's gut

11  or digestive tract, would that have been noted on

12  these necropsy reports?

13       A    Yep.  And -- and here it's in the remarks

14  section because we did not consider it a finding

15  significant to the cause of that.

16       Q    Okay.  Why is that?

17       A    Significant -- significant findings were

18  the fact that the animal had -- was constipated,

19  chondry (sic) feces, dry feces.  So that's, you

20  know, a sign of dehydration, a relatively empty

21  upper GI tract.

22            And the macro algae that were in there, if

23  only the animal would have eaten more of it, it may

24  not have died.  So we do note the macro algae.

25  Because what we learn in 2013, it may be a health

1    consideration, so we want to be able to keep track

2    of that.  But it did not cause death in the specific

3    individual.

4         Q    Is macro algae a good substitute for

5    seagrass?

6         A    I -- I don't think so.  I mean, there are

7    manatees in other parts of the world that have

8    predominantly macro algae in their -- in their

9    system.  But if historically you look at Florida

10   manatees, overall it's not --

11        Q    Okay.

12        A    -- their main diet but...

13        Q    Okay.  Well, thank you.  I think we'll --

14   I'm going to stop sharing Exhibit C and actually

15   suggest that we take a little five minute or ten

16   minute break here for any purpose.  And meet back

17   here at say -- I'm going to get this wrong.  Is it

18   2:15 your time right now?  So 2:30 your time.  We'll

19   meet back at 2:30 your time.

20             And you don't have to leave the Zoom, you

21   can just hit -- you know, take your video off, take

22   your sound off, and then you can just come back at

23   2:30.  So off the record madam reporter.

24             (A brief break was taken.)

25             (Exhibit D was marked.)

1    BY MS. BLOME:

2        Q     Okay.   Thank you, Dr. de Wit.   We're back

3    on the record.

4              I would like to talk to you about the

5    Indian River Lagoon and manatee population

6    monitoring next.   And I'd like to start with showing

7    you what's been marked as Exhibit D.   Let's see if I

8    can --

9              Because everyone here is familiar with the

10   Indian River Lagoon because you're -- you're living

11   it day in and day out, but I wanted to make sure

12   that we had some record of what we're talking about.

13             So I'm showing you what's been marked as

14   Exhibit D, Dr. de Wit.   This is a slide taken from

15   the St. Johns River Water Management District

16   presentation.   And I'll just represent to that the

17   St. Johns River Water Management District used this

18   slide in their manatee forum presentation for the

19   Florida Fish and Wildlife Conservation Commission

20   last November.

21             Do you recall attending that forum?

22       A     I may have.   I do not attend all of them.

23   But I will have to look back in my calendar.

24       Q     That's understandable.

25             Would you -- would you agree that this

1    document shows the Indian River Lagoon off the coast

2    of -- on the coast of Florida?

3         A    Yes.

4         Q    Okay.  And then page two of Exhibit D

5    shows the seagrass percent cover in the north Indian

6    River Lagoon over a period of years.  Do you see the

7    graph in the bottom right hand corner?

8         A    Yes.

9         Q    Okay.  Do you have any reason to -- or are

10   you familiar with the data that's reflected in that

11   graph in the bottom right hand corner?

12        A    I don't know what the abbreviations stand

13   for.

14        Q    But we'll just mark this as Exhibit D, and

15   take it for what it's worth in terms of your

16   experience with it.

17             So let's focus mostly on page one.  And I

18   mostly just want to use this so that we could get a

19   sense of where the Indian River Lagoon was.  But

20   with respect to some other lagoons that you've sort

21   of mentioned, like the Mosquito Lagoon, and with the

22   remainder of the -- of the lagoon.

23             When you're talking about the study that

24   you have conducted in connection with the Fish and

25   Wildlife service and USGS over the last three years,

1    the one where you captured manatees in

2    December 2021, December 2022, and December 2023,

3    were those manatees captured in -- along the

4    entirety of the lagoon, or in a certain location?

5               MR. BROWN:  Object to form.  You can

6         answer.

7               THE WITNESS:  They were at one location,

8         and that was the -- at -- this case -- not the

9         FP&L power plant, but the Reliant one just

10        north of it.

11   BY MS. BLOME:

12        Q    And where -- where about on this diagram

13   is the -- is that Reliant power plant generally

14   located?

15        A    It's -- it's in Port St. John.  So if

16   you -- I think it's in -- my sense of geography is

17   horrible, but I think it's between like your north

18   central and your north IRL.

19        Q    Okay.  So if we were looking at this map

20   there's a -- some darker blue in the northern IRL,

21   and some sort of lighter blue in the north central

22   IRL.  You're suggesting the Reliant plant is sort of

23   at the border there?

24        A    Can I look it up on a map?

25        Q    No.  Let's just go based on your own

1    recollection.

2         A    I cannot answer that.

3         Q    Do you recall that it's, you know,

4    connected to the northern Indian River Lagoon?

5         A    It is in the northern Indian River Lagoon.

6         Q    Okay.  All right.  I'm going to close this

7    now.

8              Are you familiar in your -- in your work

9    with Fish and Wildlife Conservation Commission with

10   population monitoring for manatees?

11        A    I am familiar with it, yes.

12        Q    Are you specifically familiar with the

13   commissions manatee abundant surveys?

14        A    I -- I am familiar.  So -- I'm -- it's not

15   my expertise, so I get the results when everyone

16   else gets them.

17        Q    Do you rely on abundant surveys for your

18   work on manatee health?

19        A    I don't rely on them, but it's part of --

20   of the information that -- that we collect and, you

21   know, it is a very wide estimate.

22        Q    How so?

23        A    Well, if -- if -- if -- if you look at,

24   you know, the latest abundant survey that was

25   closed, which was in December '22, I -- there could

1    be anywhere between 4,000 and 7,000 manatees on the
2    Atlantic coast.
3        Q    And -- and what -- what about the -- that
4    wide range bothers you, if at all?
5        A    It doesn't bother me, but you cannot say
6    oh, you know, we lost so many manatees in -- in our
7    unusual mortality event, and it impacted -- like how
8    did that impact the population.  I -- I -- I do not
9    have the answer to that because of that wide range.
10            And as you compare with the previous ones,
11   it's almost like the population could have grown.
12   But, you know, here we are with the numbers that we
13   know died.  So, you know, it's a question for the
14   statisticians what -- what it really means.  But I
15   think it's, you know, the best information available
16   to us for the population.
17            And because I work in manatee
18   conservation, I -- I follow those numbers.  But it
19   does not directly impact the work that I do, which
20   is determining cause of death in manatees.
21       Q    But how often do you get over to the
22   Indian River Lagoon in your work?
23       A    Not often.  I go there for the capture, so
24   at least once a year.  I did a few trips recently,
25   but normally the manatee carcasses are transported

1   to our lab for necropsy, so I do not lose time on

2   the road that I can use for processing all the

3   health information.

4        Q    When you -- when you said that you're

5   familiar with the population models, but the sort of

6   imprecise nature of the large estimate, you know, it

7   lead you to -- it sort of lead you to believe you

8   couldn't rely on that data for showing trends.

9             Does it -- does that same sort of concept

10  apply when thinking about how the manatees that are

11  present in the Indian River Lagoon from -- during

12  your capture surveys in December '21 and '22 and

13  '23, seems to be increasing in their presentation of

14  health?

15            And I guess what I'm trying to get at is,

16  is -- is there a relationship between a population

17  decline and an increase in manatee health with

18  respect to the Indian River Lagoon?  And if yes,

19  what would you say that relationship might be?

20            MR. BROWN:  Objection to form.  You can

21       answer if you -- you could.  I'm not saying you

22       can't answer the question.  But objecting to

23       form.

24            THE WITNESS:  Yeah, I -- I do not think

25       you can draw any conclusions from -- from those

```
1          data.  Like from what I see in -- in my part
2          of -- of the work that FWC does, is that we see
3          less, or at this time no starvation related
4          mortality.  Manatees are in better body
5          conditions.
6               But you cannot use an abundant survey to
7          directly connect that.  Like to me that
8          abundant survey tells me there are manatees
9          left.  You know, there are still manatees left.
10         But I -- I do not know what else you can draw
11         from that --
12    BY MS. BLOME:
13         Q    Understood.
14         A    -- on this part of, you know, manatee
15    condition.
16         Q    What is your understanding of why manatees
17    are present in the Indian River Lagoon?
18         A    There are two main reasons why manatees
19    use the Indian River Lagoon, and one has always been
20    food.  It's historically speaking.  The lush
21    seagrass everywhere.  So you have manatees who over
22    winter in southeast Florida, and then spent their
23    summer and most of their year in the Indian River
24    Lagoon to -- to eat.
25               And the other main reason that draws
```

1    manatees to the Indian River Lagoon is in the winter

2    to stay warm.   They -- in the winter they aggregate

3    at warm water sites, and the Indian River Lagoon has

4    one of the main warm water sites on the Atlantic

5    coast at the power plant of FP&L Canaveral.

6        Q     Why is it -- why is it warm in the Indian

7    River Lagoon at that power plant?

8        A     It's the discharge, warm water discharge

9    from the operation of the plant.

10        Q     Would it help the manatees to turn off the

11   warm water discharges and keep them out of the

12   lagoon all together?

13        A     That's a topic that -- you know, there

14   are -- there's a big team addressing all those

15   issues.   Because you would think, you know, this is

16   not a natural situation, but manatees have learned

17   to use that power plant.

18             And -- and we've seen small skill

19   scenarios where a power plant goes out and manatees

20   do not know where else to go, and they -- they will

21   basically die from -- from cold because they do not

22   have an alternative.

23        Q     Well, how would you --

24        A     Ultimately, you know, it -- it -- it will

25   help them, but there has to be an alternative before

1    you turn off the power plant.

2         Q    Well, what do you mean by that?

3         A    They have to have an alternative warm

4    water site.  They need warm water to get through

5    winter.

6         Q    What would you say is the state of the

7    Indian River Lagoon habitat right now?

8         A    I cannot make any statements on the

9    habitat.

10        Q    Would you characterize it as healthful for

11   manatees?

12             MR. BROWN:  Objection to form.

13             THE WITNESS:  Helpful as in it helps their

14        health or --

15   BY MS. BLOME:

16        Q    Oh, no healthy, healthful?

17        A    Oh, healthy.

18             MR. BROWN:  Same objection.

19             THE WITNESS:  I think, you know, there --

20        there have been -- there have been improvement

21        in -- in their habitat.  If -- if you look at

22        the unusual mortality event, and the

23        starvation, after 2022, the mortality and --

24        and the sick animals -- and the sick animals

25        that we saw have -- have declined.

1         And if you look at the seagrass reports

2     that -- that you just showed in -- in the

3     exhibit, there is somewhat of an improvement in

4     certain areas in the Indian River Lagoon with

5     seagrass coming back.

6         So manatees find that.  You know, they --

7     they are pretty clever.  If there are seagrass

8     and other vegetation, they will -- they will

9     find it.

10  BY MS. BLOME:

11     Q    Can we go back to that unusual mortality

12  event?  How did it start?

13     A    It started in 2020.  And 2020, as you may

14  recall, was a very strange year for everyone with --

15  with Covid.  And, you know, it had an impact on our

16  program.

17         Like we -- we normally, we are a self

18  collaborative.  If -- if you need to rescue a

19  manatee, all partner teams will come together from

20  different organizations.  And at the time everyone

21  functions in bubbles.

22         So December 2020, we were all in our

23  bubbles, you know, trying to do the best we could,

24  and the best we can for the -- priority is always

25  respond to live animals in need.  So December 2020,

1    it was a increase in manatee rescue, increase in the

2    stress manatees, and small manatees that were not

3    big enough to be on their own.

4              That month was also rather cold.  So not

5    having seen mass starvation before, not having the

6    usual carcass transports and necropsies to our lab,

7    because we tried to keep everyone safe in their own

8    area, we -- we did not have any information coming

9    into December until rescues were as busy as they

10   are.

11             So all resources went into bringing

12   manatees into rehab.  And carcasses picked up at

13   that time as well.  But there were no resources to

14   immediately dive into those carcasses.  So that came

15   a little bit later.

16             And by that time mortality was

17   unprecedented, and so were the rescues.  You know,

18   then we put everything together and realized it was

19   not the cold from December, because temperatures

20   warmed up in January, and rescues and mortality

21   continued and -- and, you know, we did our

22   necropsies and determined it was primary starvation.

23   Q     What happened to the seagrass in that

24   period of time?

25             MR. BROWN:  Objection to form.

1    BY MS. BLOME:

2        Q    The period of time of 2020 --

3    December 2020 to December 2021?

4             MR. BROWN:  The same objection.

5             THE WITNESS:  I -- I -- I think the graph

6        that you showed in the exhibit, it -- it

7        shows -- shows what happened to the seagrass

8        before that.  But we -- we know that the

9        seagrass was declining.

10            But up to December 2020, we had not seen

11       real problems.  And it appeared that, you know,

12       manatees were still able to find whatever was

13       remaining.  That's what we assumed.  And, you

14       know, getting -- putting all the information

15       together, you see that there was a decline in

16       the seagrass in Mosquito, which was always the

17       area -- the most northern area in the lagoon

18       where manatees could go in the summer.

19            But then it became clear that that was

20       gone as well.  So that explains why you were

21       seeing that mortality.  Not because it

22       disappeared in December in the winter, it

23       was -- what manatees do in the summer

24       determines how they come into winter.

25

1    BY MS. BLOME:

2         Q    And what is -- what was the cause of

3    seagrass loss?

4              MR. BROWN:  Objection to form.

5              THE WITNESS:  There are so many reasons,

6         and there's no one cause for the seagrass loss,

7         and I -- I cannot speak for that.

8    BY MS. BLOME:

9         Q    Was it as a result of human sewage in the

10   lagoon?

11             MR. BROWN:  Objection to form.

12             THE WITNESS:  I cannot speak for that.

13        There are so many reasons.  And even the

14        seagrass experts putting all those pieces

15        together cannot -- there are -- no one reason

16        has been published.

17   BY MS. BLOME:

18        Q    The --

19        A    It's a multifactorial issue.

20             (Exhibit E was marked.)

21   BY MS. BLOME:

22        Q    I'm going to show you what's been marked

23   as Exhibit E.  This is a printout from -- I'm going

24   to go to the top here -- the Florida Fish and

25   Wildlife Conservation Commission's website, titled

1    Carcass Examinations in the Atlantic, Unusual

2    Mortality Event.

3              In response to discovery -- well, not

4    discovery, sorry.  In response to that Exhibit A

5    subpoena, the Florida Fish and Wildlife and

6    Conservation Commission produced a link to this

7    website to us to show data that responded to some of

8    the categories in our request.

9              And I want to just focus on a couple of

10   tables.  First of all, though, do you recognize this

11   website?

12        A    I wrote it, yes.

13        Q    Okay.  So you wrote this information on

14   this website?

15        A    Yes.

16        Q    Does it exist anywhere else, or is this

17   the primary way that the commission is keeping this

18   information?

19        A    It exists on my computer because I wrote

20   the Word document.  Then it was published by our

21   media office.

22        Q    Great.  Thank you for that clarification.

23              So I want to scroll down to the tables

24   here.  The first table I'm showing you is carcass

25   Findings, Atlantic Coast, December 2021 to

1   October 2023.  Are you familiar with this table?

2        A    Yes.

3        Q    Why -- why are you familiar with it?

4        A    I -- I made this table.

5        Q    Okay.  What data went into making the

6   table?

7        A    The necropsy findings cause of death of

8   each carcass that was verified between December '21

9   and October '23.

10       Q    Okay.  So we talked a little bit about the

11  category for starvation on -- sorry.  Strike that.

12            We talked about the categories for cause

13  of death in the necropsy report which you described

14  as a code for cause of death.  Do you remember that

15  conversation?

16       A    Yes.

17       Q    Are -- in this dataset that we're looking

18  at -- I'll just -- left it the table, the first

19  table on page three of Exhibit E, were you -- did

20  you have the benefit of the -- the code that

21  indicated the UME starvation event was a possible

22  cause of death?

23       A    Yes.

24       Q    Okay.  So this table accurately reflects

25  when you would have identified the UME starvation

1    cause of death on necropsies during the entirety of
2    the period reflected in the table?
3         A    Yes.
4              MR. BROWN:  Objection to form.
5    BY MS. BLOME:
6         Q    When I'm looking at the -- the,
7    descriptors, I see VNN, not fully necropsied, and
8    VNN, starvation findings.  What is VNN?
9         A    VNN stands for one of our death categories
10   or our death codes.
11        Q    What --
12        A    And that -- it's death code No. 7, and it
13   stands for verified not necropsied.
14        Q    Verified not necropsied.  What does that
15   mean?
16        A    It means that we verified that the carcass
17   was a carcass, and the carcass got a report.  It is
18   filed in our database.  Usually a carcass is
19   verified once we have photos.  So that is all
20   compiled.
21             And if it was not necropsied, or not fully
22   necropsied, it gets the death code of VNN.
23        Q    So what can we take away from the light
24   blue that says VNN not fully necropsied on this
25   table?

1      A     So if you look, for example, at the first

2   column here, the first bar in December, you see

3   that about -- well, maybe 60 percent of the column

4   is blue, and then -- and it's blue, and then another

5   portion is blue and stripped.

6           So we necropsied about 40 percent of the

7   carcasses for cause of death, and about 60 percent

8   of the carcasses did not get a full necropsy.  But

9   we did partial examinations in most of them, and

10  found signs of starvation in those.

11     Q     I see.  So in this graph is it fair to say

12  that you can combine the blue with the black

13  stripes, and the green, primary starvation, for a

14  total of the animals that probably died of

15  starvation during that month?

16          MR. BROWN:  Objection to form.

17          THE WITNESS:  I -- I would not say you can

18          combine them.  You know, I -- I like to keep

19          them separate, because -- the reason why we did

20          this, there were too many carcasses to do full

21          examination.

22          But to have like such a large proportion

23          of carcasses that you cannot get any

24          information from, we went to this partial

25          necropsy protocol to say, you know, we -- we

1          couldn't necropsy.

2                Also, it's still possible the animal died

3          from a watercraft injury.  But this shows you

4          that it had findings of malnutrition in it.

5          And that was based on the consistence of the

6          fat, the depletion of the fat, and filling or

7          non-filling of the stomach.

8    BY MS. BLOME:

9          Q    To generate this table -- or how did you

10   generate this table?  What was the process?

11         A    The -- through our necropsied we go

12   through each carcass that is reported.  And I review

13   the photos of the carcasses that are examined in the

14   field.  And then we confirm whether there were

15   starvation findings in ones that were not fully

16   necropsied.  And then that is then pulled into a

17   spreadsheet, and then come up with this graph in the

18   spreadsheet.

19         Q    Okay.  Great.  What, if any, do you --

20   what, if any information or opinions about the

21   Indian River Lagoon manatees do you derive from this

22   table?

23         A    So just to clarify, this is not just

24   Indian River Lagoon, this is the whole Atlantic

25   coast.  So this does include some other manatees.

1    But the take home methods from this graph is the

2    majority in the winter die from primary starvation

3    as the probable cause.  For the ones that were not

4    necropsied, the majority of those had findings of

5    starvation.

6         Q    And then trending past, what looks like

7    April 2021, what is your conclusion past April 2021?

8         A    So once the winter was over, the mortality

9    goes down.  The total numbers go down.  And the

10   numbers that you see here are what you expect for

11   baseline in -- in normal mortality year.

12        And if you look at the different color

13   codes, you see that the green disappears, or almost

14   disappears, and the leading cause of death is

15   watercraft in the summer of 2022.

16        Q    Is the overall population of manatees also

17   declining?

18        A    I do not -- I -- I cannot say that.

19        Q    All right.  Let's look at -- is there

20   anything else you want to tell me about this graph?

21        A    No.  I -- I -- I think, you know, it --

22   it -- it was made to give information beyond the

23   normal mortality statistics that are published on

24   our website where everything is lumped into a

25   natural category, or the VNN, the not necropsied

1    category.

2              And the point of this was to show what we

3    found in the natural category, and to inform

4    everyone that starvation was the main cause for the

5    elevated mortality numbers.

6       Q    All right.  Let's look at the next graph

7    on this table.  This is -- unfortunately with my --

8    the way my screen printed it, the title of the table

9    is on page -- the bottom of page four, and then the

10   actual -- sorry, the bottom of page three.  And then

11   the actual table itself is on the bottom of page

12   four.

13             So I'm going to present it as a -- a total

14   package, but just note for the record that this

15   table transects pages three and four of Exhibit E.

16   And this table is called carcass numbers and cause

17   of death by a (inaudible) months for the past three

18   winters.  And are you familiar with this table?

19      A    Yes, I am.

20      Q    And how -- why are you familiar with it?

21      A    I made the table.

22      Q    What are we -- what are you trying to show

23   us with this second table in Exhibit E?

24      A    Some of it is a repeat from the table that

25   we looked at before which is -- which started in

1   December '21.

2        Q    Oh, it just popped up.

3             I'm sorry.  Go ahead.

4        A    And this is a closeup view of what

5   happened in the winter, because the winter is peak

6   time for this unusual mortality event.  So it

7   provides a more detailed view of what happened each

8   winter, except for that first winter I could only

9   show the total numbers.

10            Because if I played it out in the bars,

11  like we do for the second and the third winter,

12  those data are not comparable, because we did not

13  have the same methods that we started in 2020 --

14  late near 2021.  So it would not be reasonable to

15  put the same colors in there.  And we just showed

16  the total number.

17       Q    Are you in the process right now of

18  preparing a table like just for 2023, 2024 winter?

19       A    Not yet.

20       Q    Do you intend to put one together?

21       A    Yeah, we will provide another update, yep.

22       Q    When could we expect that data to be

23  released?

24       A    I do not have a timeframe right now.

25       Q    Okay.  In your opinion is the UME from the

1   2020 to 2021 period in the Indian River Lagoon

2   unprecedented?

3        A    That -- that is the definition of a UME.

4   It's usually unprecedented.

5        Q    What made the UME in the Indian River

6   different from manatee difficulties you see

7   elsewhere in Florida?

8        A    We have not seen any disease or dead

9   manatees related to starvation in other areas of

10  Florida.  But I do want to correct it here.  It's

11  not just the Indian River Lagoon, it effects the

12  whole Atlantic coast.  So starvation cases are found

13  all along the Atlantic coast.

14            And if you keep in mind, Indian River

15  Lagoon is manatee central on the Atlantic coast.  So

16  manatees that were diseased in southeast Florida in

17  the winters, they are connected to the Indian River

18  Lagoon, because they likely spent their summers

19  there.

20            And you could tell that by the same case

21  presentation of the serious atrophy of fat, organ

22  atrophy, emaciated condition, even though they moved

23  out of the Indian River Lagoon.

24            The same thing for manatees in northeast

25  Florida, even into Georgia, they left the Indian

1    River Lagoon, spent significant time there without

2    food available, and then died somewhere else.  And

3    that's the Atlantic coast.  Manatees move up and

4    down.  So whenever you have a problem in the central

5    area, it goes beyond those boundaries of the IRL.

6         Q    Understood.

7              Is it fair to say, then, that all of the

8    manatees on the Atlantic coast spend their time in

9    the Indian River Lagoon in the winter?

10             MR. BROWN:  Objection to form.

11             THE WITNESS:  They will spend time in the

12        Indian River Lagoon at some time in the year.

13        Like the southeast Florida manatees, they will

14        be in the southeast in the winter, not in the

15        Indian River Lagoon.  That's where they will go

16        for summer.

17   BY MS. BLOME:

18        Q    And would you say that that impacts their

19   health, the animals that are migrating to the lagoon

20   from the southeast coast?

21        A    Yes.

22        Q    And how so?

23        A    For this whole event they are reporting it

24   in Atlantic numbers, not (inaudible) around numbers.

25        Q    I see.  If the seagrass returned to the

1    Indian River Lagoon, would that improve the health

2    of all of the manatees on the Atlantic coast?

3         A     The population -- the sub population in

4    general, yes.

5         Q     How so?

6         A     Because if a manatee spends a certain time

7    of the year in the Indian River Lagoon, and they

8    have access to the food that supports their

9    health.  If they do not have access to food and for

10   some reason do not go elsewhere, then they will not

11   get enough nutrition to sustain their health.

12        Q     Does the Florida Fish and Wildlife

13   Conservation Commission have any protocols for

14   helping the manatees who are starving in the Indian

15   River Lagoon?

16        A     That -- that was -- yes.  We -- FWC

17   implemented a supplemental feeding program in their

18   protocols.  There were protocols instituted for

19   that.

20        Q     You said were.  Is that program over?

21        A     We did not feed this past winter.

22        Q     Would you describe that program generally?

23        A     That is -- I -- I was not on the

24   management side for that.  But in -- in general it

25   was the -- the concept of supplemental feeding is

1    well known in wildlife, and there are positives and

2    negatives to it.  So when you -- you have a

3    starving -- a starving situation, the first thought

4    is can we supplement.  But if you look in the

5    literature, it can have negative effects.  Maybe you

6    feed an animal but longterm.  It's not helping the

7    population.

8            So if you know that you're dealing with a

9    starvation issue, you got to put -- you know, weigh

10   all the options.  And that's what happened for --

11   for manatees.  There was a expert elicitation that

12   was done after the first winter of -- of the -- of

13   the event.

14           So in that summer of 2021, there was a

15   large group of experts that was consulted.  And the

16   recommendations were, the information that came out

17   of there was gathered by manatee managers.  And it

18   was FWC and the service, and then that was a wait,

19   and the decision was made to go in with a trial for

20   the second winter to put it in as an emergency

21   action.

22      Q    Was the emergency action successful?

23      A    I cannot provide an answer to that.  I --

24   I -- if -- if -- if you look at the mortality

25   numbers when the feeding first happened, they --

1    they were still high that second winter.  But you

2    cannot tell which manatees ate the supplemental

3    food, which did not.  We do know that there was a

4    lot of movement in and out of the feeding site.

5              Manatees did not immediately take the

6    concept either.  You know, it took weeks for them to

7    take the first bite of lettuce, even though it was

8    available.  So it -- it's -- it was not set up as a

9    research trial or a research project, where we

10   examined whether you can feed manatees and if it

11   helps them.

12             This was really a management action.

13   Because in other wildlife it has been shown to be

14   beneficial.  Our experts determined that it could be

15   beneficial, but that's what if.

16        Q    Are there any summaries or findings that

17   have been produced as a result to that feeding

18   event?

19        A    I -- I think there have been some slide

20   presentations to -- you know, our common partners in

21   the manatee rehabilitation partnership, manatee

22   forum, and the working group on marine unusual

23   mortalities, and the reports each year.  So there

24   are some summaries slides that were generated, but

25   not a report that I am aware of.

1        Q    What, if anything, should the state of

2   Florida do to improve the presence of seagrass in

3   the Indian River Lagoon over the next six months to

4   a year?

5             MR. BROWN:  Objection to form.

6             THE WITNESS:  I -- I don't work in

7        habitat.  I cannot speak for that.

8   BY MS. BLOME:

9        Q    Is there someone in -- within the Florida

10  Fish and Wildlife Conservation Commission who does

11  work in habitat who could answer that question?

12       A    I do not know what FWC's specific role in

13  that is.

14       Q    As the person responsible for manatee

15  health, has anyone approached you about that

16  question?

17       A    If they asked me to what I can do about

18  seagrass, no.  There are others who -- who have

19  answers to that, and I do not.  I only document the

20  consequences in manatees when there is no seagrass.

21       Q    Understood.

22             With respect to manatees, is there

23  anything that the state of Florida could do to

24  improve the condition of manatees over the next six

25  months?

1       A    I -- I think it comes back to -- to

2   habitat, and I -- I do not know that.  That's not my

3   expertise, what actions are being taken there.

4       Q    What would happen to manatees if the state

5   took no action?

6       A    I -- I don't know, because you're --

7   you're asking if the state -- but I don't think it's

8   purely the state that that is responsible for this.

9   I -- I think it's several entities.

10      Q    What entities?

11      A    The only one that I work with is the

12  service.  But I'm not aware of -- I'm not familiar

13  with everyone who is overseeing the habitat.

14      Q    Are you familiar with the Federal

15  Endangered Species Act?

16      A    Yes.

17      Q    And with the Florida Threatened and

18  Endangered Species Act?

19      A    Yes.

20      Q    Who in Florida is responsible for managing

21  the manatee habitat under those two statutes, like

22  working together as you've identified that they work

23  together?

24      A    Yeah, I guess I'm not familiar with the

25  act to know who is named in that.

1        Q    If someone were to develop a manatee
2   habitat management plan for the Indian River Lagoon,
3   would you expect to be consulted?
4        A    No, I would not expect to be consulted.
5        Q    And why not?
6        A    Because there are others who have much
7   more expertise that are -- you know, that would be
8   on those teams.  And I'm busy enough as it is with
9   the manatee mortality investigations.  So, you know,
10  I got to divide and conquer.
11       Q    Who would you expect to be consulted at
12  Florida Fish and Wildlife Conservation Commission?
13       A    I -- I -- I -- so I have one example, and
14  that is one water habitat.  There is a large team
15  for that, so that does not include the seagrass that
16  I am aware of.  But I'm not on that team.  But that
17  is it, you know, our section leader, Leslie
18  Ward.  She is key in organizing those efforts.  And
19  then from our management counterparts at FWC, Ron
20  Mazaey (phonetic), Michelle Paso (phonetic).
21       Q    Okay.  In your written responses to the
22  subpoena, which we have as Exhibit A, you indicated
23  you had never spoken with anyone at the Florida
24  Department of Environmental Protection about the
25  UME.  Is that correct?

1        A    Yes.

2        Q    What knowledge, if any, do you have of

3    interagency cooperation with the Florida Department

4    of Environmental Protection with respect to the UME?

5        A    I have no knowledge.

6        Q    What about with respect to manatee health

7    in general?

8        A    I -- I have not been involved in that.

9        Q    Okay.  Well, I would like to take a moment

10   to confer with my co-counsel.  So could we take

11   another five minute break here and then return?

12            All right.  We'll come back at like maybe

13   3:25.  Does that sound good?  All right.  Thank you.

14   We're off the record.

15            (A brief break was taken.)

16   BY MS. BLOME:

17       Q    So we'll go back on the record.  I just

18   wanted to ask you Dr. de Wit, if I sent your counsel

19   a list of documents that you referenced today, could

20   you possibly get them together pretty quickly and

21   send them to me?

22       A    What is pretty quickly?

23       Q    Well, we have a discovery deadline of May

24   6th in our case.  So over the next week and --

25       A    Next week?

1       Q      Yeah.

2       A      Yeah, I -- I will try our best to get

3    everything to you next week.  It depends on the

4    list.

5       Q      I'll try to make it, you know, succinct.

6    I don't want to make it a burdensome thing for you.

7            All right.  Well, that is it for

8    plaintiff.  I don't know if Mr. Brown has any

9    questions for you.

10                     EXAMINATION

11   BY MR. BROWN:

12      Q      Hello, I'm Jeffrey Brown from the

13   Department of Environmental Protection, and I have a

14   few questions for you today.

15           Do you know why FWC ended the supplemental

16   feeding program?

17      A      It was after another round of expert

18   elicitations where we presented the findings that we

19   had in manatees at that time, considering the

20   condition and the health of the seagrass.  Latest

21   seagrass updates were reviewed, and it -- it -- it

22   was determined that manatees should have enough

23   condition to go through the winter without

24   supplementation, that the environmental conditions

25   had improved.

1       Q     Okay.  You used the term baseline

2    condition earlier in your testimony.  Can you

3    explain what your -- what you're -- what you're

4    referring to with that term?

5       A     I think it may have been -- I may have

6    meant baseline mortality.

7       Q     Okay.

8       A     And baseline mortality is the average

9    mortality -- total mortality numbers either for a

10   week or a month that we would expect at that time in

11   non-mass mortality event years.  So a baseline

12   mortality that you always have with manatees from

13   are known causes.

14      Q     Okay.  And how does the baseline

15   manatee -- excuse me -- the baseline mortality for

16   manatees in the Indian River, are you familiar with

17   that -- with that -- with the general quantity of

18   the baseline mortality during the past year in the

19   Indian River Lagoon?

20      A     Yeah, it was at or below baseline.

21      Q     Okay.  So -- and that would also be

22   consistent with mortality before the -- was the

23   baseline mortality before the UME?  Is that correct?

24      A     Yes.  That -- that -- that's the numbers

25   that we used from before 2020, excluding the cold

1    year and the post radium year of 2013.

2         Q    Okay.  Just so the record is clear, how

3    would you compare the instances of emaciation among

4    manatees in the Indian River Lagoon before and after

5    the UME?

6         A    We -- we -- we do not have records of

7    emaciated manatees from primary starvation before

8    the UME, except less than a handful in that fall

9    before 2000- -- December of 2020.

10             But in the carcasses we -- we did not have

11   any record of primary starvation before that.  And

12   UME is still open because we are in the process of

13   applying for the closure.

14             But if we look at the past year, we -- we

15   do not have -- well, let me change my words -- maybe

16   a handful of cases that were starvation.  But

17   they're really low number compared to the UME here.

18        Q    Do you have any reason to believe that

19   that -- those instances of starvation are

20   statistically significant?

21        A    It's run through an algorithm, so there is

22   a statistical evaluation involved when we determine

23   that mortalities are above baseline.

24        Q    And when was that performed?

25        A    Yes.  When we applied for the mortality

1    event those numbers were submitted.

2         Q    Okay.  And are current -- is the -- are

3    the instances of emaciation concurrently consistent

4    with baseline conditions?

5         A    We -- we do not have any instances of

6    emaciation at this time.

7         Q    Okay.  So would you agree with me that

8    they are at or below baseline conditions at the

9    present time?

10        A    Yes.

11        Q    No additional questions.

12                        EXAMINATION

13   BY MS. BLOME:

14        Q    And I just have a couple of follow-ups, Dr.

15   de Wit.  Is there what we would think of as like a

16   home heard in the Indian River Lagoon that does not

17   migrate, or do all manatees migrate?

18        A    I -- it is my understanding that there are

19   some year round residents.

20        Q    And with respect to the current -- the

21   testimony you just gave about the current status of

22   there being no increase in emaciated manatees over

23   the baseline condition of manatees that you would

24   expect to see, do you think that's because there are

25   fewer manatees in the Indian River Lagoon?

1             MR. BROWN:  Objection to form.

2             THE WITNESS:  If you look at the manatees

3         that are there, they are in good condition.  So

4         it's not that they are competing for resources,

5         and the ones that are left can now feed.

6    BY MS. BLOME:

7         Q    When you say the ones that are left, has

8    the population rebounded since the UME to pre-UME

9    levels?

10        A    We don't have that information.  For that

11   you need an abundance -- another population

12   abundance of -- the last one we have was

13   December 2022.

14        Q    What was the status of the population

15   abundance in December 2022 for manatees?

16        A    That -- that was for the Atlantic coast.

17   It was a range estimate from 4 to 7,000.

18        Q    Was that more or less than the prior

19   population abundant survey?

20        A    The prior was around 3,200 to 5,000.

21        Q    And when was that?

22        A    And if you look at the upper and lower

23   boundaries, you know, it can either have increase or

24   decrease.  So -- so that's what I was referring to

25   earlier with that very large margin.

1            So, you know, we've been talking about

2    abundant survey but, you know, it's really we need

3    more models.  And it takes a little bit of time to

4    see which manatee survived to put that in survival

5    model.

6        Q    Understood.  Thank you.  No further

7    questions.

8            MR. BROWN:  No more questions for me.

9        Thanks for your time.

10           (Off-the-record discussion.)

11           THE WITNESS:  Read.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH OF WITNESS


STATE OF FLORIDA )

COUNTY OF LAKE    )


        I, Jeanne Correll, CSR, CCR, Court

Reporter and Notary Public, in and for the State of

Florida at Large, certify that the witness, MARTINE

de WIT, appeared before me via Zoom on April 26th,

2024, and was duly sworn by me.


        WITNESS my hand and official seal this

15th day of May, 2024.


_Jeanne Correll_
_____
Jeanne Correll, CSR, CCR
Court Reporter and Notary Public
State of Florida at Large
Certificate No. HH 449068
Expiration 10/2/27

REPORTER'S DEPOSITION CERTIFICATE


I, Jeanne Correll, CSR, CCR, Court Reporter and Notary Public, certify that I was authorized to, and did stenographically report the Zoom deposition of MARTINE de WIT, the witness herein, on April 26th, 2024, that a review of the transcript was requested; that the foregoing pages numbered 1 through 91, inclusive, are a true and complete record of my stenographic notes, to the best of my ability, of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action.

DATED this 15th day May of 2024.


*Jeanne Correll*

JEANNE CORRELL, CSR, CCR
Court Reporter and
Notary Public at Large
Certificate No. HH 449068
Expiration 10/2/27.

```
CASE STYLE :   BEAR WARRIORS VS. FDOEP
DEPO OF    :   MARTINE de WIT
DATE TAKEN :   4/26/24
```

EXCEPT FOR ANY CORRECTIONS MADE
ON THE ERRATA SHEET BY ME, I
CERTIFY THIS IS A TRUE AND
ACCURATE TRANSCRIPT.

FURTHER DEPONENT SAYETH NOT.


_____
                MARTINE de WIT



STATE OF FLORIDA  )

COUNTY OF _____ )


        Sworn and subscribed to before me, this
_____ day of _____, 2024.
PERSONALLY KNOWN _____ OR I.D._____


        _____
        Notary Public in and for
        The State of Florida at
        Large



My commission expires: _____



**Imperial Court Reporting  (941) 260-9000**

ERRATA SHEET

CASE STYLE :   BEAR WARRIORS VS. FDOEP
DEPO OF    :   ~~MARITNE DEWIT~~ Martine de Wit
DATE TAKEN :   4/26/24

DO NOT WRITE ON TRANSCRIPT.  ENTER ANY CHANGES HERE.

| Page # | Line # | Change | Reason |
|--------|--------|--------|--------|
| 4 | 1 | Martine de Wit | name misspelled throughout |
| 10 | 21 | resource = research | |
| 19 | 17 | gill = tail | |
| 25 | 10 | growth = gross | |
| 32 | 11 | got .. got upset = got a gut upset | |
| 40 | 19 | live = life | |
| 41 | 25 | trap nodes & tangle nodes = entrapments and entanglements | |
| 77 | 21 | plateaus thertus fat organ atrophy = serous atrophy of fat, organ atrophy | |
| 79 | 8 | remove 'fish' | |
| 84 | 17 | affection = section | |
| | | | |
| | | | |
| | | | |

State of Florida  )

County of  Pinellas    )

Under penalties of perjury, I declare that I have
read my deposition transcript, and it is true and
correct, subject to any changes in form or substance
entered here.

31 May 2024                        M. de Wit
_____                  _____
Date                       Witness


**Imperial Court Reporting  (941) 260-9000**