United States District Court
Middle District of Florida
ORLANDO DIVISION

BEAR WARRIORS UNITED,
INC., a Florida Not for Profit Corporation,
    Plaintiff,

v.                                                 Case No. 6:22-cv-02048

SHAWN HAMILTON, in his Official Capacity
as Secretary of the FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION,

    Defendant.
_____/

**DECLARATION OF MOIRA HOMANN**
**IN SUPPORT OF DEFENDANT'S MOTION**
**FOR SUMMARY JUDGMENT**

I, Moira Homann, hereby declare as follows:

    1.    My name is Moira Homann, and I am presently a program administrator for the State of Florida Department of Environmental Protection (DEP) within the Division of Environmental Assessment and Restoration. My responsibilities include managing the analysis, preparation, and implementation of basin management action plans (BMAPs) for impaired waters. The facts set forth herein are based on my own personal knowledge, except where based on a review of the

Department's records kept in the ordinary course of business. Where indicated as an opinion, the stated opinion a truthful as my opinion. If called as a witness, I could and would testify to the facts stated in this Declaration.

2. A true and correct copy of my resume is attached as Exhibit A, and this document presently summarizes by professional background, education, and the subject matter of my previous testimony as an expert witness.

3. DEP has issued a final order a BMAP for the North Indian River Lagoon (the NIRL BMAP), as described more particularly in that final order and in the BMAP. A true and correct copy of that final order is attached as Exhibit B, and a true and correct copy of that BMAP is attached as Exhibit C.

4. The NIRL BMAP is presently in effect, and the Department is making efforts to implement that BMAP at the present time.

5. For practical purposes, the BMAP process incorporates commitments by local governments and stakeholders to implement projects that will lead to the reduction in nutrient loading. Those commitments are binding on the parties making the commitments. Tables

20 and 22 in the NIRL BMAP (beginning and pages 68 and 83 as numbered in the text of the document), describe the commitments as of the time of the BMAP adoption.

6. Based on statutory amendments during the 2020 legislative session (chapter 2020-150, Laws of Florida), the Department is adopting an updated BMAP that would amend the existing NIRL BMAP. This BMAP update will include the wastewater treatment plan (WWT plan) described in section 403.067(7)(a)9a of that statute as amended, as well as the onsite treatment and disposal system remediation plan (OSTDS plan) described in section 403.067(7)(a)9b of that same statute.

7. To paraphrase the statute, when certain conditions are met, local governments must prepare WWT plans and OSTDS plans for areas within the existing BMAPs for nutrients, such as the NIRL BMAP, and the Department must incorporate the plans into the BMAP updates by July 1, 2025. In the case of the NIRL BMAPs, those conditions have been met, and the Department has made the determination to that effect.

8. DEP is working diligently to meet the July 1, 2025 deadline. The updated plans will improve the ability of the Department to meet the nutrient reduction goals described more particularly in the BMAP.

9. Based on statutory amendments during the 2023 legislative session (chapter 2023-169, Laws of Florida), the Department is required to update BMAPs to incorporate 5-year milestones and work with responsible entities to identify projects to meet the next milestone. The Department must evaluate and update the IRL BMAPs every five years. The law also requires all domestic wastewater facilities discharging to an impaired waterway to upgrade to meet advanced waste treatment standards by 2033. As of January 1, 2024, the installation of conventional onsite sewage treatment and disposal systems (OSTDS; septic tanks) is prohibited in all IRL BMAP areas. By July 1, 2030, all existing conventional systems must connect to central sewer if available or upgrade to an enhanced nutrient reducing system or other wastewater system that achieves 65 percent reduction in nitrogen.

10. Based on statutory amendments during the 2024 legislative session (chapter 2024-180, Laws of Florida), any wastewater treatment facility providing reclaimed water that will be used for commercial or residential irrigation or be otherwise land applied within a nutrient BMAP or RAP area must meet advanced waste treatment standards if the Department has determined that the use of reclaimed water is causing or

4

contributing to the nutrient impairment being addressed in the BMAP or RAP.

11. The NIRL BMAP, like other BMAPs, is intended to operate as part of an iterative process. If DEP is able to improve its restoration strategies over time, it will adjust its strategies as appropriate in order to expedite the restoration of the water body.

I swear under penalty of perjury that the foregoing is true and correct. Executed this ___ day of _____ 2024.

/s/ Moira Homann
Moira Homann (scanned signature with filing)

contributing to the nutrient impairment being addressed in the BMAP or RAP.

11. The NIRL BMAP, like other BMAPs, is intended to operate as part of an iterative process. If DEP is able to improve its restoration strategies over time, it will adjust its strategies as appropriate in order to expedite the restoration of the water body.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 5 day of June 2024.

/s/ Moira Homann
Moira Homann (scanned signature with filing)