

# UPCOMING BMAP UPDATE
## ENTITY MILESTONES

## North IRL (NIRL)





Exhibit A to Second Declaration of Moira Homann