UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BEAR WARRIORS UNITED, INC.,**

       **Plaintiff,**

**v.**                                     **Case No: 6:22-cv-2048-CEM-LHP**

**ALEXIS A. LAMBERT,**

       **Defendant.**

| UNITED STATES DISTRICT JUDGE: | Carlos E. Mendoza | COURTROOM: | 5B |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | COUNSEL FOR PLAINTIFF: | Lesley Blackner and Jessica Blome |
| COURT REPORTER: | **Suzanne Trimble** trimblecourtreporter @gmail.com | COUNSEL FOR DEFENDANT: | Jeffrey Brown and Kelley Corbari |
| DATE/TIME: TOTAL TIME: | March 17, 2025 8:32 A.M. – 9:20 A.M. 9:30 A.M. – 10:50 A.M. 11:03 A.M. – 11:18 A.M. 12:48 P.M. – 2:37 P.M. 2:49 P.M. – 4:00 P.M. 4:10 P.M. – 4:24 P.M. 5 Hours, 37 Minutes | | |

**CLERK'S MINUTES**
**BENCH TRIAL (DAY ONE)**

8:32 a.m.      Case called. Appearances made by counsel. The Court addresses trial matters with the parties.

8:36 a.m.      Plaintiff's opening statement by Ms. Blome.

8:41 a.m.      Defendant's opening statement by Mr. Brown.

8:45 a.m.      Plaintiff's witness, Dr. Ray Ball, sworn and testified. Direct examination of Dr. Ball conducted by Ms. Blome.

9:20 a.m.        Court is in brief recess.

9:30 a.m.        Court resumes.

9:30 a.m.        Cross examination of Dr. Ball conducted by Mr. Brown.

9:33 a.m.        Redirect examination of Dr. Ball conducted by Ms. Blome.

9:36 a.m.        Plaintiff's witness, Dr. Martine De Wit, sworn and testified. Direct examination of Dr. De Wit conducted by Ms. Blome.

10:39 a.m.       Cross examination of Dr. De Wit conducted by Mr. Brown.

10:50 a.m.       Court is in brief recess.

11:03 a.m.       Court resumes.  The Court discusses trial matters with the parties.

11:09 a.m.       Cross examination of Dr. De Wit conducted by Mr. Brown continues.

11:18 a.m.       Lunch recess.

12:48 p.m.       Court resumes.

12:48 p.m.       Redirect examination of Dr. De Wit conducted by Ms. Blome.

1:04 p.m.        Recross examination of Dr. De Wit conducted by Mr. Brown.

1:05 p.m.        Plaintiff's witness, Dr. Peter Barile, sworn and testified. Direct examination of Dr. Barile conducted by Ms. Blackner.

2:37 p.m.        Court is in brief recess.

2:49 p.m.        Court resumes.  Direct examination of Dr. Barile by Ms. Blackner continues.

4:00 p.m.        Court is in brief recess.

4:10 p.m.        Court resumes.

4:10 p.m.        Cross examination of Dr. Barile conducted by Mr. Brown.

4:23 p.m.        Plaintiff rests.

4:24 p.m.        Defendant moves for a Rule 50 Judgment as a Matter of Law.  The Court takes the motion under advisement.

4:24 p.m.        Court is adjourned.  Court will resume on Tuesday, March 18, 2025 at 8:30 a.m.