# CURRICULUM VITAE

**Kenneth C. Weaver**
Deputy Director
Division of Environmental Assessment and Restoration
Florida Department of Environmental Protection
2600 Blair Stone Road, MS 3000
Office Phone: (850) 245-7609
Email:Kenneth.Weaver@Floridadep.gov

## PROFESSIONAL EXPERIENCE

**Florida Department of Environmental Protection**

- **Deputy Director**                                       June 2022 – Present
    - Responsible for overseeing the management and development of state and federally authorized programs to assess and restore Florida's water resources.
    - Program areas surprised include 303(d) assessment, total maximum daily loads (TMDLs), data collection and management, surface water sampling, basin management action plans (BMAPs), and stakeholder led water quality restoration plans.
    - Supervises staff and directs programs responsible for environmental assessment of priority watersheds and development and implementation of effective control strategies.
    - Collaborate with other department divisions and stakeholders on Rule development and implementation.

- **Program Administrator**                                 September 2020 – May 2022
    - Responsible for the administration of the Water Quality Evaluation and TMDL Program.
    - Direct the implementation of the 303(d) Impaired Waters Listing in the state of Florida.
    - Direct the development of TMDLs in the state of Florida.
    - Coordinate alternative restoration plan (4e and 4b) development and implementation with stakeholders.
    - Lead program staff by setting priorities, establishing performance expectations, ensuring timely completion of work assignments, and maintaining productivity under tight timeframes.

- **Environmental Administrator**                           December 2008 – August 2020
    - Responsible for the administration of existing water quality rules, development of scientifically defensible water quality standards, policy recommendations, technical report preparation, analysis of technical data, and presentation of DEP proposals.
    - Lead section staff by setting priorities, establishing performance expectations, ensuring timely completion of work assignments, and maintaining productivity under tight timeframes.
    - Provide staff training opportunities including the creation of employee development plans designed to build strengths, enhance employee motivation, and help staff work toward their individual career goals.

- **Environmental Consultant**                              March 2005 - December 2008
    - Provided technical and scientific expertise in support of Everglades restoration activities

   and refinement of surface water quality standards.
- o Provided expert scientific review, statistical evaluation, and interpretation of biological and chemical environmental data, and prepared technical reports.
- o Coordinated DEP efforts to develop numeric nutrient criteria.

- **Environmental Specialist III**        **March 1998 - February 2005**
  - o Provided technical and scientific expertise in support of Everglades restoration activities.
  - o Provided scientific review, statistical evaluation, and interpretation of biological and chemical environmental data.
  - o Reviewed and commented on technical reports, publications, proposals, and water quality models submitted to DEP.

**Research Foundation State University of New York**
- **Research Scientist**        **February 1996 - March 1998**
  - o Supervised student laboratory technicians.
  - o Oversaw the collection and analysis of biological, chemical, and hydrologic data.
  - o Analyzed project data, and prepared reports, publications, and presentations.

**State University of New York at Brockport, Brockport, NY**
- **Adjunct Lecturer**        **September 1997 - March 1998**
  - o Instructed Scientific Explorations I and II (DCC 230 and 330)

- **Graduate Teaching Assistant**        **September 1994 - May 1996**
  - o Instructed Principles of Biology (BIO 111) laboratory

- **Laboratory Technician**        **September 1993 - May 1996**
  - o Performed water quality analyses, including nutrient determinations.
  - o Water quality sample collection
  - o Aquatic macroinvertebrate, zooplankton, phytoplankton, and fish sample collection
  - o Aquatic macroinvertebrate taxonomic identification
  - o Data entry

## PROFESSIONAL COMMITTEES AND ADVISORY GROUPS
- Member of the Florida Key Water Quality Protection Program Technical Advisor Committee, 2020-Present.
- Everglades Technical Oversight Committee Member, 2007 – 2010.
- 2005 – 2013 EPA Region 4 Nutrient Criteria Regional Technical Group Member, 2015 – 2013.
- Florida Fish Consumption Advisory Committee Member, 2008 – 2022.

## EXPERT TESTIMONY
- State of Florida Division of Administrative Hearings, Case No. 20-002967: Florida Keys Aqueduct Authority; and Monroe County vs. Florida Department of Environmental Protection; and Florida Power & Light Company.
  - o Qualified as expert in aquatic ecology, statistical analysis, and evaluation and application of water quality standards.
- State of Florida Division of Administrative Hearings, Case No. 20-002967: Florida Keys Aqueduct Authority; and Monroe County vs. Florida Department of Environmental Protection; and Florida Power & Light Company.

- o   Qualified as expert in aquatic ecology, statistical analysis, and evaluation and application of water quality standards.
- State of Florida Division of Administrative Hearings, Case No. 11-6137RP: Florida Wildlife Federation, Inc.; Sierra Club, Inc.; Conservancy of Southwest Florida, Inc.; Environmental Confederation of Southwest Florida, Inc.; and St. Johns Riverkeeper, Inc. vs. Department of Environmental Protection.
    - o   Qualified as expert in surface water quality standards and statistics.
- State of Florida Division of Administrative Hearings, Case No. 03-2872RP: Miccosukee Tribe of Indians vs. State of Florida, Department of Environmental Protection and Environmental Regulation Commission.
    - o   Qualified as expert in evaluation of water quality and biological data.

## MAJOR PROJECTS AND ACCOMPLISHMENTS

- Exert witness in four administrative law hearings to support the defense of agency permitting and rulemaking actions.
- Led the effort to develop a revised turbidity criterion to protect corals.
- Led the effort to revise Florida's water quality standards for the protection of human health.
- Developed numeric nutrient criteria for Florida streams, lakes, springs, and estuaries.
- Developed a probabilistic risk assessment in support of Florida statewide mercury total maximum daily load (TMDL).
- Coordinated, organized, and facilitated the Numeric Nutrient Criteria Technical Advisory Committee.
- Contributed to the development of the phosphorus TMDL for tributaries to Lake Okeechobee.
- Served as the DEP technical representative on the Everglades Technical Oversight Committee (2007 - 2010).
- Acted as the lead author on the water quality status chapter within the annual peer-reviewed South Florida Environmental Report.
- Developed a statistical-based (peer-reviewed) methodology to assess water quality criteria attainment in the Everglades.
- Contributed to the development of a Water Quality Based Effluent Limit for the Everglades.
- Developed the dissolved oxygen site specific alternative criterion for the Everglades.
- Led the effort to design the Everglades phosphorus criterion monitoring network.
- Contributed to the derivation of the Everglades phosphorus criterion.
- Developed the dissolved oxygen site specific alternative criterion for the Everglades.
- Environmental impacts of a net-pen aquaculture operation in the North Channel of Lake Huron, Ontario, Canada.
- Consulted on the taxonomy and ecology of wetland macroinvertebrates.
- Advised Native American (Mohawk and Ojibway) commercial aquaculture operations on water quality analyses and data management.
- Identification of benthic macroinvertebrates in Onondaga Lake, New York.

## PUBLICATIONS AND REPORTS

FDEP. 2014. Numeric Nutrient Criteria for Estuaries Addressed in the August 1, 2013: Report to the Governor and Legislature. Division of Environmental Assessment and Restoration, Water Quality

Standards Program, Florida Department of Environmental Protection, Tallahassee, FL.

Julian P. II, B. Gu, G. Redfield, K. Weaver, T. Lange, P. Frederick, J. M. McCray, A.L. Wright, F.E. Dierberg, T.A. DeBusk, M.Jerauld, W.F. DeBusk H. Bae, and A. Ogram. 2014. Chapter 3B: Mercury and Sulfur Environmental Assessment for the Everglades. In: 2015 South Florida Environmental Report – Volume I: The South Florida Environment. South Florida Water Management District, West Palm Beach, FL.

FDEP. 2014. Technical Support Document: Derivation of Human Health-Based Criteria and Risk Impact Statement. Florida Department of Environmental Protection, Tallahassee, FL.

FDEP. 2014. (DRAFT) Appendix D. Relative Source Contribution (RSC) Derivation for Non-carcinogenic Parameters Evaluated for Chapter 62-302, FAC Human Health Criteria Revision. Florida Department of Environmental Protection, Tallahassee, FL.

FDEP. 2013. Report to the Governor and Legislature: Status of Efforts to Establish Numeric Interpretations of the Narrative Nutrient Criterion for Florida Estuaries and Current Nutrient Conditions of Unimpaired Waters. Division of Environmental Assessment and Restoration. Florida Department of Environmental Protection.

FDEP. 2013. Technical Support Document: Derivation of Human Health-Based Criteria and Risk Impact Statement. Florida Department of Environmental Protection, Tallahassee, FL.

FDEP. 2011. Overview of Approaches for Numeric Nutrient Criteria Development in Marine Waters. Florida Department of Environmental Protection, Tallahassee, FL.

FDEP. 2011. Development of Type III Site Specific Alternative Criteria for Nutrients. Florida Department of Environmental Protection, Bureau of Assessment and Restoration Support, Tallahassee, FL.

Payne, G., S. Xue, K. Hallas and K. Weaver. 2010. Chapter 3A: Status of Water Quality in the Everglades Protection Area. In: 2010 South Florida Environmental Report – Volume I, South Florida Water Management District, West Palm Beach, FL.

Payne, G., K. Weaver and S. Xue. 2009. Chapter 3A: Status of Water Quality in the Everglades Protection Area. In: 2009 South Florida Environmental Report – Volume I, South Florida Water Management District, West Palm Beach, FL.

Weaver, K., G. Payne, S. K. Xue. 2008. Status of Water Quality in the Everglades Protection Area. Chapter 3A in G. Redfield, editor. 2008 South Florida Environmental Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., K. Weaver and S. Xue. 2008. Chapter 3C: Status of Phosphorus and Nitrogen in the Everglades Protection Area. In: 2008 South Florida Environmental Report – Volume I, South Florida Water Management District, West Palm Beach, FL.

Weaver, K., G. Payne, S. Xue. 2007. Status of Water Quality in the Everglades Protection Area. Chapter 3A in G. Redfield, editor. 2007 South Florida Environmental Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., K. Weaver and S. Xue. 2007. Chapter 3C: Status of Phosphorus and Nitrogen in the Everglades Protection Area. In: 2007 South Florida Environmental Report – Volume I, South Florida Water Management District, West Palm Beach, FL.

Weaver, K. and G. Payne. 2006. Status of Water Quality in the Everglades Protection Area. Chapter 2A in G. Redfield, editor. 2006 South Florida Environmental Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., K. Weaver and S. Xue. 2006. Chapter 2C: Status of Phosphorus and Nitrogen in the Everglades Protection Area. In: 2006 South Florida Environmental Report – Volume I, South Florida Water Management District, West Palm Beach, FL.

Weaver, K. and G. Payne. 2005. Status of Water Quality in the Everglades Protection Area. Chapter 2A in G. Redfield, editor. 2005 South Florida Environmental Report. South Florida Water Management District, West Palm Beach, FL.

Weaver, K. and G. Payne. 2004. Status of Water Quality in the Everglades Protection Area. Chapter 2A in G. Redfield, editor. 2004. Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G. and K. Weaver. 2004. Chapter 2C: Status of Phosphorus and Nitrogen in the Everglades Protection Area. In: 2004 Everglades Consolidated Report, South Florida Water Management District, West Palm Beach, FL.

Weaver, K., G. Payne, and T. Bennett. 2003. Status of Water Quality in the Everglades Protection Area. Chapter 2A in G. Redfield, editor. 2003 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., K. Weaver, and T. Bennett. 2003. Development of a Numeric Phosphorus Criterion for the Everglades Protection Area. Chapter 5 in G. Redfield, editor. 2003 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Weaver, K., T. Bennett, G. Payne, G. Germain, T. Bechtel, S. Hill and N. Iricanin. 2002. Status of Water Quality in the Everglades Protection Area. Chapter 2A in G. Redfield, editor. 2002 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., T. Bennett and K. Weaver. 2002. Ecological Effects of Phosphorus Enrichment. Chapter 5 in G. Redfield, editor. 2002 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Weaver, K., T. Bennett, G. Payne, G. Germain, S. Hill and N. Iricanin. 2001. Status of Water Quality Criteria Compliance in the Everglades Protection Area. Chapter 4 in G. Redfield, editor. 2001 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Weaver K., 2001. Evaluation of Chronic Toxicity Based Guidelines for Pesticides and Priority Pollutants in the Florida Everglades. Appendix 4-4 in G. Redfield, editor. 2001 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Payne, G., T. Bennett and K. Weaver. 2001. Ecological Effects of Phosphorus Enrichment. Chapter 3 in G. Redfield, editor. 2001 Everglades Consolidated Report. South Florida Water Management District, West Palm Beach, FL.

Weaver, K. 2000. Everglades Marsh Dissolved Oxygen Site Specific Alternative Criterion Technical Support Document. Florida Department of Environmental Protection, Tallahassee, FL.

Payne, G., T. Bennett, K. Weaver, and F. Nearhoof. 2001. Everglades Phosphorus Criterion Development Support Document, Part 3: Water Conservation Area 3 and Everglades National Park. Everglades Technical Support Section, Division of Water Resource Management, Tallahassee, FL.

Payne, G., T. Bennett, K. Weaver, and F. Nearhoof. 2000. Everglades Phosphorus Criterion Development Support Document, Part 2: Water Conservation Area 1. Everglades Technical Support Section, Division of Water Resource Management, Tallahassee, FL.

Payne, G., K. Weaver, T. Bennett, and F. Nearhoof. 1999. Everglades Phosphorus Criterion Development Support Document, Part 1: Water Conservation Area 2. Everglades Technical Support Section, Division of Water Resource Management, Tallahassee, FL.

Buttner, J.K., R.H. Findlay, J.C. Makarewicz, D.M. Arquette, K.C. Weaver, and D.E. Landworth. 1997. Impact and Potential of Yellow Perch Culture in the St. Lawrence River at Akwesasne.

Proceedings Sharing Knowledge, Linking Sciences: An International Conference on the St. Lawrence Ecosystem.

Buttner, J.K. and K.C. Weaver 1997. Progress Report: Impacts and Mitigation of Commercial Net-pen Culture in the Great Lakes. Report to New York Sea Grant Institute. SUNY Brockport, NY.

Buttner, J.K., R. H. Findlay, J.C. Makarewicz, D.M. Arquette, K.C. Weaver. 1996. Impact and potential of yellow perch culture in the St. Lawrence River at Akwesasne. In: An International Conference on the St. Lawrence Ecosystem, Cornwall, Ontario.

## EDUCATION

- **M.S.**, Aquatic Ecology, State University of New York at Brockport, 1997
- **B.S.**, Biology, State University of New at Geneseo, 1991.
- **LEAPS**, Cohort II, 2019.
- **Time Series Methods**, Practical Stats, Tallahassee, 2013.
- **U.S. EPA Water Quality Standards Academy**, Washington, D.C., 2007.

## ACHIEVEMENTS

- **DEP Star Award**. Florida Department of Environmental Protection. 2012. Tallahassee, Florida.
- **Employee of the Month**. Florida Department of Environmental Protection. February 2012. Tallahassee, Florida.
- **Employee of the Month**. Division of Water Resource Management, Florida Department of Environmental Protection. March 2000. Tallahassee, Florida.
- **Eagle Scout**. Boy Scouts of America. 1985. Perry, New York.