**62-304.520 Indian River Lagoon TMDLs.**

(1) Crane Creek. The bacteriological TMDL is an annual median of $1.23 \times 10^{11}$ colonies/day for fecal coliform, and is allocated as follows:

(a) The WLA for the Melbourne/Grant Street Wastewater Treatment Facility is $1.21 \times 10^{10}$ colonies/day. The WLA is only allowed during the maximum five-day Mechanical Integrity Test period, as defined in the Department permit;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is to address anthropogenic sources in the basin such that in-stream concentrations meet the fecal coliform criteria which, based on the measured concentrations from the 1999 through 2007 period, will require a 56% reduction at sources contributing to exceedances of the criteria; and

(c) The LA for nonpoint sources is to address anthropogenic sources in the basin such that in-stream concentrations meet the fecal coliform criteria which, based on the measured concentrations from the 1999 through 2007 period, will require a 56% reduction at sources contributing to exceedances of the criteria.

(2) Eau Gallie River. The bacteriological TMDL for Eau Gallie River is 400 counts/100 ml for fecal coliform, and is allocated as follows:

(a) A WLA for wastewater point sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is to address anthropogenic sources in the basin such that in-stream concentrations meet the fecal coliform criteria which, based on the measured concentrations from the 1999 through 2007 period, will require an 81% reduction at sources contributing to exceedances of the criteria; and

(c) The LA for nonpoint sources is to address anthropogenic sources in the basin such that in-stream concentrations meet the fecal coliform criteria which, based on the measured concentrations from the 1999 through 2007 period, will require an 81% reduction at sources contributing to exceedances of the criteria.

(3) Indian River above Max Brewer Causeway. The TMDLs for the Indian River above Max Brewer Causeway are 177,220 lb/year of TN and 9,320 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 35% reduction of TN and a 47% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 35% reduction of TN and a 47% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(4) Indian River above NASA Causeway. The TMDLs for the Indian River above NASA Causeway are 173,232 lb/year of TN and 14,793 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 35% reduction of TN and a 47% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 35% reduction of TN and a 47% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(5) Indian River above 520 Causeway. The TMDLs for the Indian River above 520 Causeway are 147,524 lb/year of TN and 11,845 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources are 8,151 lb/year of TN and 1,589 lb/year of TP. The WLAs are granted to Cocoa Water Reclamation Facility (5,556 lb/year of TN and 1,423 lb/year of TP), FP & L Cape Canaveral Plant (2,555 lb/year of TN and 146 lb/year of TP), and Reliant Energy-Indian River Plant (40 lb/year TN and 20 lb/year of TP);

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 36% reduction of TN and a 53% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 36% reduction of TN and a 53% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(6) Indian River above Melbourne Causeway. The TMDLs for the Indian River above Melbourne Causeway are 189,068 lb/year of TN and 20,592 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources are 9,200 lb/year of TN and 225 lb/year of TP. The WLAs are granted to Rockledge Wastewater Treatment Facility (30 lb/year of TN and 30 lb/year of TP), and Melbourne Reverse Osmosis (9,170 lb/year of TN and 195 lb/year of TP).

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 36% reduction of TN and a 48%

Exhibit C to Weaver Declaration

**DEP00087**

reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 36% reduction of TN and a 48% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(7) Indian River above Sebastian Inlet and the northern South Indian River. The TMDLs for the Indian River above Sebastian Inlet and the northern South Indian River are 684,715 lb/year of TN and 111,594 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources are 831 lb/year of TN and 122 lb/year of TP. The WLAs are granted to BCUD/South Beaches Wastewater Treatment Facility (173 lb/year of TN and 36 lb/year of TP), Melbourne/Grant Street Wastewater Treatment Facility (182 lb/year of TN and 8 lb/year of TP), and Barefoot Bay Advanced Wastewater Treatment Facility (476 lb/year of TN and 78 lb/year of TP).

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 56% reduction of TN and a 48% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 56% reduction of TN and a 48% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(8) Central and southern South Indian River. The TMDLs for the Central and southern South Indian River are 278,273 lb/year of TN and 53,599 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is 25,391 lb/year of TN and 1,949 lb/year of TP. The WLAs are granted to Vero Beach Wastewater Treatment Facility (12,173 lb/year of TN and 916 lb/year of TP), Vero Beach Demineralization Concentrate (2,985 lb/year of TN and 487 lb/year of TP), IRCUD/Hobart Park Demineralization Concentrate (2,759 lb/year of TN and 96 lb/year of TP), IRCUD/West Regional Wastewater Treatment Facility (2,838 lb/year of TN and 159 lb/year of TP), and IRCUD/South County Reverse Osmosis, Potable Water Treatment Plant (4,636 lb/year of TN and 291 lb/year of TP).

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 56% reduction of TN and a 48% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 56% reduction of TN and a 48% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(9) Banana River above Barge Canal. The TMDLs for the Banana River above Barge Canal are 116,314 lb/year of TN and 7,825 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is 1,214 lb/year of TN and 302 lb/year of TP. The WLA is granted to Morton Salt Industrial Wastewater Treatment and Disposal System (1,214 lb/year of TN and 302 lb/year of TP);

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 67% reduction of TN and a 72% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 67% reduction of TN and a 72% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(10) Banana River below 520 Causeway and Banana River above 520 Causeway. The TMDLs for the Banana River below 520 Causeway and Banana River above 520 Causeway are 144,780 lb/year of TN and 12,181 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is 6,173 lb/year of TN and 1,221 lb/year of TP. The WLAs are granted to Cape Canaveral Water Reclamation Facility (2,151 lb/year of TN and 158 lb/year of TP), and Cocoa Beach Water Reclamation Facility (4,022 lb/year of TN and 1,063 lb/year of TP).

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 59% reduction of TN and a 64% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LAs for nonpoint sources are a 59% reduction of TN and a 64% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(11) Newfound Harbor. The TMDLs for Newfound Harbor are 30,661 lb/year of TN and 3,247 lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) WLAs for discharges subject to the Department's NPDES MS4 Permitting Program are a 66% reduction of TN and a 70% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005);

(c) The LAs for nonpoint sources are a 66% reduction of TN and a 70% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(12) Goat Creek Marine Segment. The nutrient TMDL for the Goat Creek Marine Segment is 18,405 lb/year of TN and 3,376

Exhibit C to Weaver Declaration

**DEP00088**

lb/year of TP, and are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is not applicable; and

(c) The LA for nonpoint sources is a 36% reduction of TN and no reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(13) Sykes Creek. The nutrient TMDL for Sykes Creek is 30,030 lb/year of TN and 3,174 lb/year of TP and is allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 66% reduction of TN and a 70% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005); and

(c) The LA for nonpoint sources are a 66% reduction of TN and a 70% reduction of TP based on the year 2000 landuse and a 30-year long-term average annual rainfall (1975 through 2005).

(14) Addison Creek. The DO TMDL for Addison Creek is 35,605 lb/year of BOD and is allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 72.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005; and

(c) The LA for nonpoint sources is a 72.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005.

(15) Eau Gallie River. The DO and nutrient TMDLs for the Eau Gallie River are 28,842 lb/year of TN, 4,307 lb/year of TP, and 70,056 lb/year of BOD and are allocated as follows:

(a) The WLA of TN and TP for the Melbourne Reverse Osmosis is the TN and TP loading limits established in paragraph 62-304.520(6)(a), F.A.C. for the facility. The WLA of BOD is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 51.0% reduction of TN, 58.0% reduction of TP, and 86.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005; and

(c) The LA for nonpoint sources is a 51.0% reduction of TN, 58.0% reduction of TP, and 86.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005.

(16) Crane Creek. The DO and nutrient TMDLs for Crane Creek is 110,547 lb/year of BOD and the TN and TP percent reduction established in paragraphs 62-304.520(7)(b) and (c), F.A.C. These TMDLs are allocated as follows:

(a) The WLA of TN and TP for the Melbourne Grant Street Wastewater Treatment Facility is the TN and TP loading limits established in paragraph 62-304.520(7)(a), F.A.C. for the facility. The WLA of BOD granted to the facility is 139 lb/year;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 80.1% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(b), F.A.C.; and

(c) The LA for nonpoint sources is a 80.1% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(c), F.A.C.

(17) North Prong Sebastian River. The DO TMDL for the North Prong Sebastian River is 282,346 lb/year of BOD, and is allocated as follows:

(a) The WLA to the Barefoot Bay Advanced Wastewater Treatment Facility is 2,707 lb/year of BOD;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is 69.7% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005; and

(c) The LA for nonpoint sources is 69.7% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005.

(18) C-54 Canal at Confluence with the Sebastian River. The DO and nutrient TMDLs for C-54 Canal at Confluence with the Sebastian River is 834,397 lb/year of BOD and the TN and TP percent reduction established in paragraphs 62-304.520(7)(b) and (c), F.A.C. These TMDLs are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 72.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(b), F.A.C.; and

Exhibit C to Weaver Declaration

**DEP00089**

(c) The LAs for nonpoint sources are 72.3% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(c), F.A.C.

(19) South Prong Sebastian River Freshwater Segment and South Prong Sebastian River Estuary Segment. The DO and nutrient TMDLs for the South Prong Sebastian River Freshwater Segment and the South Prong Sebastian River Estuary Segment is 515,178 lb/year BOD and the TN and TP percent reduction established in paragraphs 62-304.520(7)(b) and (c), F.A.C. These TMDLs are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 78.2% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP loads reductions established in paragraph 62-304.520(7)(b), F.A.C.; and

(c) The LA for nonpoint sources is a 78.2% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(c), F.A.C.

(20) Sebastian River above the Indian River. The DO and nutrient TMDLs for the Sebastian River above the Indian River is 1,722,130 lb/year of BOD and the TN and TP percent reduction established in paragraphs 62-304.520(7)(b) and (c), F.A.C. These TMDLs are allocated as follows:

(a) The WLA for wastewater sources is not applicable;

(b) The WLA for discharges subject to the Department's NPDES MS4 Permitting Program is a 74.2% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(b), F.A.C.; and

(c) The LA for nonpoint sources is a 74.2% reduction of BOD based on the year 2000 landuse and a modeling period from 1996 through 2005, and the TN and TP reductions established in paragraph 62-304.520(7)(b), F.A.C.

*Rulemaking Authority 403.061, 403.067 FS. Law Implemented 403.061, 403.062, 403.067 FS. History–New 6-3-08, Amended 3-26-09, 4-9-13, 6-7-13, 5-9-21.*

Exhibit C to Weaver Declaration

**DEP00090**