United States District Court
Middle District of Florida
Orlando Division

| | |
|---|---|
| BEAR WARRIORS UNITED, INC, a Florida Not for Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN HAMILTON, in his Official Capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>Defendant. | **DECLARATION OF DR. RAY L. BALL, D.V.M. IN SUPPORT OF PLAINTIFF'S PROPOSED INJUNCTION**<br><br>CASE NO.:  6:22-cv-02048 |

I, Dr. Ray L. Ball, D.V.M. declare as follows:

1.     I have personal knowledge of the facts declared herein and would competently testify to them if called upon to do so. I am submitting this declaration in support of Plaintiff's Proposed Injunction.

2.     Attached as **Exhibit A** is a true and correct copy of my proposal and recommendations for "Supplemental Feeding of Wild Manatees in IRL Due to Seagrass Compromise," which I prepared at Plaintiff's counsel request as a supplement to my expert testimony in this case and in support of Plaintiffs' Proposed Injunction.

3.     Attached as **Exhibit B** is a model biomedical health assessment program that has proven successful in the Crystal River system for

monitoring the health and welfare of Florida manatees. I am incorporating the model as described in the *Journal of Marine Animals and Their Ecology*, Bonde, 2012, as my expert recommendation for a biomedical health assessment plan for manatees in the North Indian River Lagoon and Indian River Lagoon System.

4. Based on my knowledge skills, and decades of experience as an ecologist studying manatees, I believe the recommended supplemental feeding program set forth in Exhibit A and biomedical health assessment model outlined in Exhibit B are necessary to reduce and ultimately end the unlawful take of Atlantic coast Florida manatees until the Florida Department of Environmental Protection obtains the required "Incidental Take Permit" from the Department of Interior, pursuant to 16 U.S.C. § 1539.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2024, in Young Harris, Georgia.

*/s/ Dr. Ray L. Ball*
Dr. Ray L. Ball, D.V.M.