# Dr. Ball, Exhibit A

### Dr. Ray Ball's Recommended
### Supplemental Feeding of Wild Manatees in IRL Due to Seagrass Compromise

Case No: 6:22-cv-2048-CEM-LHP
*Bear Warriors United, Inc. v. Alexis Lambert, et al.*

**Program Objectives**

- Establish the goal in providing supplemental forage to manatees
- Identify when to initiate supplemental feedings
- Identify appropriate forages to utilize and their management
- Develop delivery systems of forage to manatees
- Develop a monitoring response to manatees to the supplemented forages
- Thresholds for discontinuing supplemental feedings
- Additional alternatives


- Establish the goal in providing interim supplemental forage to manatees
    - The objective is to minimize harassment and harm to manatees because of sub-optimal feeding resources due to eutrophication in the IRL.
    - Carrying capacity for adult manatees in the IRL with a healthy seagrass bed should be established for long term management purposes but not essential for this interim plan.
    - Interim supplemental feedings are intended to support manatees that are still affected by the recent seagrass loss.
    - The perinatal loss of manatees in 2024 is good evidence that the energy levels (equivalent to feed intake) are not sufficient to maintain late term pregnancies or lactation.
        - This supports an ongoing deficiency and not an after effect of the previous malnutrition.
        - Infectious disease has been ruled out and no other area in the state has this concentrated loss of perinatal manatees.

- When to initiate supplemental feedings
    - Unusual Mortality Events, or UMEs, are not sensitive indicators to direct supplemental feedings as they do not indicate harassment that is manifest in manatees by malnutrition.

## Dr. Ball, Exhibit A

- - Earlier indicators of when to initiate supplemental feedings should be based on the amount of seagrass available to maintain the manatees at the carrying capacity level.
  - Other vegetation surveys can be utilized as potential sources of forge for manatees but should not be considered as staples.  They may provide a natural reservoir for manatees to forge on.
    - Monitoring the mass of these plants will also provide an indicator that manatees may be exhausting the existing seagrasses.  This can be utilized as another indicator to start supplemental feedings.
- Appropriate forages to utilize and their management
  - Grass hay should be the main staple during supplemental feedings of manatees. Several types of grass hay can be sourced in Florida and any mix that is appropriate for cattle and horses will be adequate.  Specific requirements for the hay include a crude protein of between 8-12% and neutral detergent fiber (NDF) of at least 50%.
    - Grass hays have been shown to be practical, digestible, and affordable for manatees.
    - Grass hay that is readily available in Florida includes coastal Bermuda, Bahia grass, and Tifton 85 bermudagrass.
  - Hay should be stored under cover in a well-ventilated area.  Storage time can vary but several months are not unreasonable.  There is flexibility in this that can be utilized to adjust to availability of a desired hay.
  - Hay will be sampled for nutritional content prior to feeding and ideally before purchasing.  Standard subjective and objective criteria commonly used in feeding domestic livestock can be utilized to evaluate hay prior to feeding manatees.
    - Grass hays have been fed to numerous herbivores in zoological gardens for decades and no significant infectious disease has been noted and none expected for domestically produced hay.
  - Alfalfa hay as a sole forge must be avoided.  The higher protein and higher energy content is not indicated, and manatees can overindulge in this hay if not managed well.  Alfalfa can be utilized in a mixed hay product (commonly timothy grass and alfalfa in an 80:20 mix) but this also needs close monitoring.  I mixture with only 10% alfalfa is safer and will make the hay more palatable.

## Dr. Ball, Exhibit A

- - To better accommodate the bite size of manatees, hay should be chopped to pieces no longer than 10cm long. Commercial agricultural machines are available to chop hay.
    - https://www.vermeer.com/na/bale-processors
  - Hay should be soaked for 24 hours so it can better replicate both the texture and moisture content of natural seagrasses. This soaked hay can be fed at 10% of the body weight of the group of manatees.
    - In this context, feeding free choice is the most practical and manatees should be expected to self-regulate due to the filling effect of the moist hay.
    - No hay should be fed out if it is left soaking for more than 48 hours.
  - Invasive plants should be avoided. While manatees will eat such plants as water hyacinth, the permits and restrictions on its movement make this a complex option and one that could result in delays due to bureaucratic processing. The spreading of invasive plants is also in contrary to seagrass preservation.
    - If manatees are moved to isolated bodies of water for feeding then this may become an alternative option.
- Delivery systems of forage to manatees
  - Chopped soaked hay should be scattered fed to manatees in designated areas but not tightly confined. This will reduce the possibility of dominant animals hoarding and excluding others.
  - A central location for processing and soaking hay can be established and several feeding points established. These points can be moved as needed to prevent manatees from being too acclimated to human activities.

Ball, RL. Nutritional concerns of rehabilitated and long-term captive manatees (Trichechus manatus latirostris) with reference to healthy wild populations. European Association of Zoo and Wildlife Veterinarians Conference, Kolmarden Sweden, June 2019. (Addendum 3.)

Ball, RL. Reference intervals of fructosamine in wild Florida manatees (*Trichechus manatus latirostris*). EC Veterinary Science, Volume 5 Issue 10 (2020) 108-111.