United States District Court
Middle District of Florida
Orlando Division

| | |
|---|---|
| BEAR WARRIORS UNITED, INC, a Florida Not for Profit Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>SHAWN HAMILTON, in his Official Capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>  Defendant. | **DECLARATION OF DR. PETER BARILE IN SUPPORT OF PLAINTIFF'S PROPOSED INJUNCTION**<br><br>**CASE NO.:  6:22-cv-02048** |

I, Dr. Peter Barile, declare as follows:

1.    I have personal knowledge of the facts declared herein and would competently testify to them if called upon to do so. I am submitting this declaration in support of Plaintiff's Proposed Injunction.

2.    Attached as **Exhibit A** is a true and correct copy of my "Interim Scientific Assessment to Support Injunctive Relief," which I prepared at Plaintiff's counsel request as a supplement to my expert testimony in this case and in support of Plaintiffs' Proposed Injunction.

3.    Based on my knowledge skills, and decades of experience as an ecologist studying the health and decline of the Indian River Lagoon ecosystem, I believe the recommended injunctive relief set forth in Exhibit A

is necessary to reduce and ultimately end the unlawful take of Atlantic coast Florida manatees until the Florida Department of Environmental Protection obtains the required "Incidental Take Permit" from the Department of Interior, pursuant to 16 U.S.C. § 1539.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 25, 2025, in Melbourne, Florida.

*/s/ Dr. Peter Barile*
Dr. Peter Barile