# Dr. Barile, Exhibit A

1

### Dr. Peter Barile's Recommended
### Interim Scientific Assessment to Support Injunctive Relief

Case No: 6:22-cv-2048-CEM-LHP
*Bear Warriors United, Inc. v. Alexis Lambert, et al.*

To maximize the success of any permanent injunctive relief, the Court requires credible, contemporaneous scientific information on the status and health of the Atlantic population of the Florida manatee, including its primary habitat of seagrass ecosystems within the Indian River Lagoon (IRL) system. The IRL system includes the Northern Indian River Lagoon (NIRL), Central Indian River Lagoon (CIRL), Banana River Lagoon (BRL), and Mosquito Lagoon (ML).

Remedial measures are necessary beyond the NIRL, as the Atlantic manatee population utilizes other portions of the IRL system. The Atlantic manatee population utilizes a smaller portion of the IRL system, e.g., sites in the NIRL (Pt. St. John FPL power plant warm water refuge in NIRL), and Banana River Lagoon (Satellite Beach, Berkley Canal warm water refuge in the BRL) during the winter. However, following the winter season, this population expands its geographic range as it migrates looking for forage food in other impaired portions of the IRL system, including the CIRL, the BRL and the ML. The Mosquito Lagoon is not classified by the Florida Department of Environmental Protections (FDEP) as an "impaired water body," but is subjected to a "Reasonable Assurance Plan" (RAP) by the FDEP to restore water quality in this adjacent lagoon of the IRL system complex.

<u>Interim Assessments needed to support Injunctive Relief</u>

1) FDEP should be required to report to the Court **Biomedical health assessments** of the Atlantic population of the Florida Manatee within the IRL. I recommend these reports to be submitted quarterly, as conditions in the IRL fluctuate with the seasons.

Expert assessment of manatee health and welfare should include baseline information on manatee health, reproductive status, and nutritional condition. A manatee health and welfare assessment program has been outlined by Bonde et al. (2012) for the Crystal River manatees on the west coast of Florida and should be considered as a model program. An expert team, including manatee and marine mammal experts external to the Florida Fish and Wildlife Conservation Commission (FWC), must be tasked with performing routine health and welfare assessments of the Atlantic manatee population throughout the IRL system. Bonde et al. (2012).

2) I recommend that FDEP submit quarterly reports on **Manatee Mortality Statistics** to the Court from its agency partner, the FWC. These reports must, at a minimum, include data on **a)** quarterly summaries on mortality and causes of mortality for both adults and neonatal (baby) manatees on a state-wide level, and **b)** these summary data must also be reported specific to the Atlantic Florida manatee population in the Indian River Lagoon system. These summary data should also be reported relative to historical trends and annual averages.

## Dr. Barile, Exhibit A

2

3) I recommend that FDEP provide quarterly reports to the Court regarding the condition of any live manatee, that is recovered, for whatever reason, from any portion of the IRL system and moved to a rehabilitation facility.

4) I recommend that FDEP provide quarterly reports to the Court on the **Water Quality conditions** of its "impaired water bodies" of the IRL system utilized by the Atlantic manatee population, which includes the NIRL, CIRL, and BRL, and the Mosquito Lagoon that is monitored under FDEP's RAP. These water quality conditions are directly related to predictive models of seagrass habitat availability to the Atlantic manatee population.

Reports should include, at a minimum, data from stakeholders, permitees, agency partners, etc. on the concentrations and annual loads of the regulated nutrients subjected to TMDLs, including nitrogen and phosphorus and chlorophyll, which are directly and indirectly impactful to the IRL system's seagrass habitat, and ultimately to the Atlantic manatee population.

5) I recommend that FDEP report data summary findings from its agency partner, the St. Johns River Water Management District, to the Court regarding official scientific **Seagrass and Macroalgal species and Macroalgal HAB surveys** in the NIRL, CIRL, BRL and ML as they relate to available forage for the Atlantic population of the Florida Manatee. These assessment reports will properly include the most current data included in histograms of historical percent cover and total acreage, of both seagrass and macroalgae, in each of these IRL system management units.

Reports should also be made on the species, concentration and toxin production of phytoplankton Harmful Algal Blooms (HABs), in these areas of the IRL system, that have and may continue to either directly or indirectly impact the Atlantic manatee population and/or its seagrass habitat.