**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BEAR WARRIORS UNITED, INC., a
Florida Not for Profit Corporation,

*Plaintiff,*

v.

ALEXIS LAMBERT, in her official
capacity as Secretary of the FLORIDA
DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

*Defendant.*

No. 6:22-cv-02048

## NOTICE OF APPEAL

Notice is hereby given that Defendant Alexis Lambert, as the Secretary of

State of the Florida Department of Environmental Protection, appeals to the

United States Court of Appeals for the Eleventh Circuit from the final order and

judgment (Doc.173) declaring Defendant in violation of the Endangered Species

Act, which was entered on April 14, 2025, and from all previous rulings, opinions,

and orders entered in this case.

Defendant understands that this Court has not yet decided whether to enter

an injunction, but the Court has entered judgment on Plaintiff's claim for

declaratory relief and Defendant has 30 days to file a notice of appeal. *See* 28 U.S.C.

§2107(a).

1

Respectfully submitted this <u>9th</u> day of May 2025.

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION

*/s/ Jeffrey Brown*
**JEFFREY BROWN**
Florida Bar No. 843430
**KELLEY F. CORBARI**
Florida Bar No. 103692
Department of Environmental Protection
3900 Commonwealth Blvd., MS 35
Tallahassee, Florida 32399-3000
Telephone: (850) 245-2242
Email:  Jeffrey.Brown@FloridaDEP.gov
        Kelley.Corbari@FloridaDEP.gov
        DEP.Defense@FloridaDEP.gov

*Counsel for Alexis Lambert, in her official
capacity as Secretary of the Florida
Department of Environmental Protection*

## CERTIFICATE OF SERVICE

I HEREBY certify that a rule and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 9th day of May 2025.

/s/ Jeffrey Brown
Jeffrey Brown