# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BEAR WARRIORS UNITED, INC, a Florida Not for Profit Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXIS LAMBERT, in her Official Capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>    Defendant. | **CASE NO.: 6:22-cv-2048-CEM-LHP** |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant Alexis Lambert, as the Secretary of the Florida Department of Environmental Protection, appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's order granting Plaintiff's requested injunction (Doc.190), entered May 19, 2025, in addition to the final order and judgment (Doc.173) declaring Defendant in violation of the Endangered Species Act, which was entered on April 14, 2025, and all previous rulings, opinions, and orders entered in this case.

Defendant previously appealed the final order and judgment on May 9, 2025, and that appeal has been docketed in the Eleventh Circuit as case number 25-11612.

Respectfully submitted this 28th day of May, 2025.

STATE OF FLORIDA DEPARTMENT
OF ENVIRONMENTAL PROTECTION

*/s/ Jeffrey Brown*
**JEFFREY BROWN**
Florida Bar No. 843430
**KELLEY F. CORBARI**
Florida Bar No. 103692
Department of Environmental Protection
3900 Commonwealth Blvd., MS 35
Tallahassee, Florida 32399-3000
Telephone: (850) 245-2242
Email:  Jeffrey.Brown@FloridaDEP.gov
           Kelley.Corbari@FloridaDEP.gov
           DEP.Defense@FloridaDEP.gov

*Counsel for Alexis Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection*

## CERTIFICATE OF SERVICE

I HEREBY certify that a rule and correct copy of the foregoing was served via the Court's CM/ECF system, which provides notice to all parties, on this 28th day of May 2025.

*/s/ Jeffrey Brown*
**JEFFREY BROWN**
*Counsel for Defendant*