**United States District Court**

**Middle District of Florida**

**Orlando Division**

| | |
|---|---|
| BEAR WARRIORS UNITED, INC, a Florida Not for Profit Corporation, | |
| Plaintiff, | **CASE NO.: 6:22-cv-02048** |
| v. | |
| ALEXIS A. LAMBERT, in her Official Capacity as Secretary of the FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | |
| Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Rule 2.02, Local Rules for the Middle District, undersigned counsel, Lesley Blackner, moves for leave to withdraw as counsel for Plaintiff, Bear Warriors United, Inc., in this action and in support thereof states:

1. Undersigned counsel is the lead counsel in this action. Following a bench trial, this Court entered judgement for Plaintiff on April 14, 2025. (Doc. 173)

2. This action is now pending before the Eleventh Circuit Court of Appeals (Case No. 25-11612).

3. This Court retains jurisdiction over a pending motion for attorney's fees and costs (Doc. 176) as well as the Injunction imposed on May 19, 2025 (Doc. 190).

4. Plaintiff continues to be fully and well represented by Greenfire Law, PC.

5. Greenfire Law, PC will continue to represent Plaintiff before the Eleventh Circuit Court of Appeals.

6. On June 17, 2025, Plaintiff's Executive Director Katrina Shadix expressly terminated the undersigned counsel in this action via email over disagreements regarding undersigned counsel's volunteer assistance to Bear Warriors United.

Good cause exists to allow for undersigned counsel's withdrawal given that undersigned counsel has been explicitly terminated by Plaintiff and Plaintiff continues to be well represented by Greenfire Law, PC before this Court and before the Eleventh Circuit Court of Appeals.

Wherefore, the undersigned respectfully requests that this Court issue an Order granting undersigned counsel's withdrawal as counsel for Plaintiff in this proceeding and declare the undersigned shall have no further responsibilities in this proceeding.

Respectfully Submitted  this 30th day of June, 2025.


/s/  Lesley Blackner
Lesley Blackner
Florida Bar Number:  065043
lesleyblackner@gmail.com
300 South Duval Street #505
Tallahassee, Florida 32301
Tel:  (561)818-6621

Certificate of Filing

I HEREBY CERTIFY that a true and correct copy of the foregoing

has been served to all counsel of record via the CM/ECF system on this 30th

day of June, 2025.

/s/ Lesley Blackner
Lesley Blackner