# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BEAR WARRIORS UNITED, INC.,

    Plaintiff,

v.                                                Case No:   6:22-cv-2048-CEM-LHP

ALEXIS A. LAMBERT,

    Defendant

## ORDER

Before the Court is a Motion to Withdraw as Counsel.  Doc. No. 205.  On review, the motion (Doc. No. 205) is **DENIED without prejudice** for failure to include a certificate of conferral as required by Local Rule 3.01(g).  Any renewed motion must comply in full with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2025.

                                                    LESLIE HOFFMAN PRICE
                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record