United States District Court
Middle District of Florida
Orlando Division

BEAR WARRIORS UNITED, INC.,
a Florida Not for Profit Corporation,

     *Plaintiff,*

v.                                                                  No. 6:22-cv-02048

ALEXIS LAMBERT, in her official
capacity as Secretary of the
FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION.

     *Defendant.*

---

## Unopposed Motion for Special Admission

Bryan Weir, Esquire, moves for special admission to represent Alexis Lambert, in her official capacity as Secretary of the Florida Department of Environmental Protection, in this action.

I am not a member in good standing of the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Eastern District of Virginia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

1

*Alachua County Education Association, et al. v. Rubottom, et al.*, Case No. 1:23-cv-00111-MW-HTC (N.D. Fla.)

*Communications Workers of America AFL-CIO, et al. v. Rubottom, et al.*, Case No. 9:24-cv-80073-AMC (S.D. Fla.)

*Hamilton, et al. v. Rubottom, et al.*, Case No. 3:23-cv-827-TJC-MCR (M.D. Fla.)

*Miami Beach Municipal Employees AFSCME Local 1554, AFL-CIO, et al. v. PERC*, Case No. 23 CA 1492 (2d Cir., Leon County, Fla.)

*Tobin v. Florida Department of Education, et al.*, Case No. 4:25-cv-00173 (N.D. Fla.)

*Wood v. Florida Department of Education, et al.*, Case No. 4:23-cv-00526-MW-MAF (N.D. Fla.).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. §1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain

    the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Bryan Weir*

**Memorandum of Law**

This Court's local rules provide that a "lawyer can move for special admission in a case in the Middle District if the lawyer: (1) is not an active member in good standing of The Florida Bar, (2) is a member in good standing of the bar of a United States district court, (3) has not abused the privilege of special admission by maintaining a regular practice of law in Florida, (4) lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months, and (5) satisfies the requirements for obtaining and maintaining membership in the Middle District bar, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee." L.R. 2.01. The above motion satisfies those requirements. Defendant respectfully requests that the Court grant this motion.

Dated: July 2, 2025                     Respectfully submitted,

Jeffrey Brown                           */s/ Bryan Weir*
Department of Environmental             Bryan Weir
Protection                              Consovoy McCarthy PLLC
390 Commonwealth Blvd., MS 35           1600 Wilson Boulevard, Suite 700
Tallahassee, Florida 32399-3000         Arlington, VA 22209
Telephone: (850) 245-2242               (703) 243-9423
Jeffrey.Brown@FloridaDEP.gov            bryan@consovoymccarthy.com

*Counsel for Defendant*

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose my special admission.

Dated: July 2, 2025                     */s/ Bryan Weir*
                                        Counsel for Defendant

## Certificate of Service

On July 2, 2025, I e-filed this motion with the Court via ECF, which will email everyone requiring service.

Dated: July 2, 2025                     */s/ Jeffrey Brown*
                                        Counsel for Defendant

4