## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BEAR WARRIORS UNITED, INC.,

       Plaintiff,

v.                                     Case No:   6:22-cv-2048-CEM-LHP

ALEXIS A. LAMBERT,

       Defendant

_____

### ORDER

Before the Court is an Amended Motion to Withdraw as Counsel, seeking the withdrawal of Lesley Blackner, Esq., as counsel for Plaintiff.   Doc. No. 209. Plaintiff consents and Defendant does not oppose.   *Id.*   Accordingly, the motion (Doc. No. 209) is **GRANTED**.   Attorney Blackner is hereby **TERMINATED** as counsel for Plaintiff.   *See* Local Rule 2.02(c).   Plaintiff is represented by other counsel of record.   *See* Doc. Nos. 78, 119.

**DONE** and **ORDERED** in Orlando, Florida on July 7, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

- 2 -

Copies furnished to:

Counsel of Record