# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BEAR WARRIORS UNITED, INC.,

        Plaintiff,

v.                                                    Case No:   6:22-cv-2048-CEM-LHP

ALEXIS A. LAMBERT,

        Defendant

_____

## ORDER

This cause comes before the Court on an Unopposed Motion for Special Admission.   Doc. No. 208.   Upon review, the motion (Doc. No. 208) is **GRANTED**.

Bryan Weir, Esq., may specially appear in this case as counsel for Defendant. Attorney Weir shall immediately begin using the CM/ECF docket system and begin filing electronically.   Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."   Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Court notes that in the last thirty-six months, counsel has appeared in eight (8) Florida cases, to include this one, with this case representing counsel's

second appearance in a Florida court within the last 365 days.  *Id.* at 2.[1]   The Court reads Local Rule 2.01(c) along with guidance from Florida law to support a finding that an attorney who appears in courts in Florida more than three (3) times within a given 365-day period has abused the privilege of specially appearing.  *See* Rule 1-3.10(a)(2), Rules Regulating The Florida Bar (providing that more than three appearances by a non-Florida lawyer within a 365-day period is presumed to be the "general practice" of law in Florida).  Counsel is therefore advised that further appearances in Florida courts may result in a presumption that counsel engages in a general practice before Florida courts and preclude further pro hac vice admissions.

The Clerk of Court is directed to mail a copy of this Order to Attorney Weir. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

---

[1] In his motion, Attorney Weir neglected to include a case in which he was granted special admission on June 5, 2024, in the Southern District of Florida. *See Becker et al. v. Citigroup Inc., d/b/a Citibank et al.*, Case No. 0:24-cv-60834-AHS (S.D. Fla.).

Counsel of Record
Unrepresented Parties