# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 06, 2026

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 25-11612-GG ; 25-11821 -GG
Case Style: Bear Warriors United, Inc. v. Secretary, Florida Department of Environmental Pro
District Court Docket No: 6:22-cv-02048-CEM-LHP

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11612

---

BEAR WARRIORS UNITED, INC.,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

---

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

---

No. 25-11821

---

BEAR WARRIORS UNITED, INC.,
a Florida Not for Profit Corporation,

*Plaintiff-Appellee,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION,

*Defendant-Appellant.*

---

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02048-CEM-LHP

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 8, 2026

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: November 6, 2026